# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division



Case No. _____

*(to be filled in by the Clerk's Office)*

Douglas Roy Symmes Jr

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

NC Department of Public Safety, et al.
See Attached of 58 more Defendants

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to
electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social
security number or full birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of an individual's
birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any
other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in
forma pauperis.

---

Case 1:22-cv-00225-WO-JEP   Document 2   Filed 03/21/22   Page 1 of 171

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Douglas Roy Symmes Jr

All other names by which you have been known:

ID Number: 0397985

Current Institution: Scotland Correctional

Address: 22385 McGirts Bridge Rd

Laurinburg    NC    28352
*City*    *State*    *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: NC Deptment of Public Safety - DPS

Job or Title *(if known)*:

Shield Number:

Employer:

Address: 831 W. Morgan St.

Raleigh    NC    27699
*City*    *State*    *Zip Code*

☒ Individual capacity    ☒ Official capacity

Defendant No. 2

Name: Ronald Covington

Job or Title *(if known)*: Captain

Shield Number:

Employer: DPS/Scotland Correctional

Address: 22385 McGirts Bridge Rd

Laurinburg    NC    28352
*City*    *State*    *Zip Code*

☒ Individual capacity    ☒ Official capacity

Case 1:22-cv-00225-WO-JEP    Document 2    Filed 03/21/22    Page 2 of 171

Defendant No. 3
    Name                 *Jerry Ingram Jr*
    Job or Title *(if known)*   *Captain / started out Blue Unit Unit Manager*
    Shield Number
    Employer           *DPS/Scotland Correctional*
    Address            *22385 McGirts Bridge Rd*
                       *Laurinburg*     *NC*     *28352*

|  City  |  State  |  Zip Code  |

    ☒ Individual capacity     ☒ Official capacity

Defendant No. 4
    Name                 *See Attached for complete list*
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  City  |  State  |  Zip Code  |

    ☒ Individual capacity     ☒ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Postal Service Codes & Regulations Violations.*
*1st, 5th, 8th & 14th Amendment Violations, DPS Policy & Procedure Violations*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Case 1:22-cv-00225-WO-JEP   Document 2   Filed 03/21/22   Page 3 of 171

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*See Attachments for full rundown*

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced state prisoner

☐  Convicted and sentenced federal prisoner

☐  Other *(explain)*

## IV.  Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

*See Attachments Labled "B, C, D"*

C.   What date and approximate time did the events giving rise to your claim(s) occur?

_See Attachments Labled "B, C, D"_ IV

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_See Attachments Labled "B, C, D"_ IV

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Thoughts to Speaking Issues, Balance/Function Issues, Walking, Standing Permanent Skull Fractures, Mental Issues - Thought/Concentration - Sight/Vision, Anxiety, Fear, Headaches, Ear/Nose/Throat Issues, Hearing

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

- Policy Changes, Inforcement of Current Policy & of Federal & State Laws along with Constitutional Rights & Gaurantee's. Warnings given to Mailroom & other DPS Employee's of any further misconduct, Violations of Policy, Procedure, Laws or Contitutional will NOT be tolarted. To be appointed Counsel to represent me in further Critical Stages of proceedings. More than $50,000 Compensatin per person, per capacity, I ask the Court to grant any further Compensation & Relief this Court deems Just, Proper & Equitable. I ask that my A10 & B25 be overturned & all Gain Time/Merit Days lost because of those 2 charges - including the 10 months of unwarrented punishment -, be reinbursted the $20.00 - 10 for each Charge - Adminstration Fee's fallen from me. A Court Order so I can get copies of all my Medical Records, of all Pictures taken of me over that A10, Printout of all Incoming & Out going Legal Mail Logs & Personal Out going Mail which Im told I have to have a Court Order for all that & so I can make copies of documents in my procession that needed to be presented to the Court for Evidence purposes.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Scotland Correctional

B.   Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.   Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Grievance Violations, Write Up/Punishment Violations, Legal Mail/Personal Mail Violations, Medical Issues/NonTreatment/ Medical DPS Policy, Procedure/Mission Statement/Oath Violations, Violations of DPS Policy, Procedure, Law & Constitutional Rights & Gaurantee's, Covid Issues/Violations/Punishments, Religious Violations, DPS Money Scams through Globel Tell Link-GTL- & Text Behind which Violates Federal Postal Services Regulations & Codes, DPS Price Gouging through the ScoHand Canteen, Access Secure Pak & Union Direct.

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

Scotland Correctional, Directly through NC Inmate Grievance with Roy E. Cooper III
Resolution Board, with Eric Hooks & with Kenneth E. Lassiter & later

2.  What did you claim in your grievance?

Violations stated in VII-C

3.  What was the result, if any?

Basicly NOTHING. Just further Violations of Policy & Procedure mandates.

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Ive. Appealed all grievances to the NC Inmate Grievance
Resolution Board who have only further Violated Grievance
& Policy & Procedure Mandates.

F.     If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   At times things were moving & happening so fast & overlapping that I could not because by Policy & Procedure I can only file one Grievance at a time & had to wait until that Grievance made it past Step 2 before another could be filed & to many Serious Violations, Retaliation, Intimidation, Manipulation & Harassment conduct was going on all of the same time.

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any: Sent DIRECT letters to Eric Hooks, Special Deputy Attorney General, Lisa Bradly & later Clarence J. Delforge III, also the NC Inmate Grievance Resolution Board, over Capt. Covingtons 7-14-2019 actions along with a copy to the US District Court-MDNC-& Mr. Hooks before I knew himself a Special Deputy Attorney General Office was involved in my Habeas Corpus Case - #1:19cv24- which Clarence Delforge III & Eric Hooks was Directly a part of.

G.     Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. I have sent letters to NC Medical Board, NC CURE, NC Prison Legal Services, Legislators including Garland Pierce who is District 48 State Representative for this area, Laurinburg Exchange W. Curt Vincent, State Bureau of Investigations, Attorney Carlton M. Mansfield, NC Civil Liberties Union, News Bulletin & got no Help or Responce back. NC Medical Board says our Doctor Jones aren't part

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your of them. administrative remedies.)

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☒ Yes

☐ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   Douglas Roy Symmes Jr

Defendant(s)   Same as in this suit

2.   Court *(if federal court, name the district; if state court, name the county and State)*

NC Industrial Commission

3.   Docket or index number

TA 29039

4.   Name of Judge assigned to your case

Melissa Botiglione - Special Deputy Commissioner

5.   Approximate date of filing lawsuit

Dec. 2020

6.   Is the case still pending?

☒ Yes

☐ No

If no, give the approximate date of disposition.

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

Stayed pending Federal Case at the time 1:20cv00887-WO-JEP in which the Court told me refile which I'm doing now.

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

NO

Case 1:22-cv-00225-WO-JEP   Document 2   Filed 03/21/22   Page 9 of 171

☐ Yes

☒ No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit
    Plaintiff(s) _____
    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes

    ☐ No

    If no, give the approximate date of disposition _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    _____

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     _3-16-2022_

Signature of Plaintiff     _Douglas R. Symmes Jr_

Printed Name of Plaintiff     _Douglas Roy Symmes Jr_

Prison Identification #     _0397985_

Prison Address     _22385 McGirts Bridge Rd_

_Laurinburg_           _NC_          _28352_
                  City                State          Zip Code

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

_____

_____
City                State          Zip Code

Telephone Number     _____

E-mail Address     _____

Defendant's List - Sueing in Both *Individual & Official* capacity

1. NC Department of Public Safety - DPS - 831 W. Morgan St., Raleigh, NC., 27699

2. Ronald Covington - Captain - DPS/Scotland Correctional
   Scotland Correctional Address: 22385 McGirts Bridge Rd., Laurinburg, NC, 28352

3. Jerry Ingram Jr - Captain/Started out Blue Unit Unit Manager
   DPS/Scotland Correctional - Scotland Correctional Address

4.     Hester - Sergeant - Scotland Correctional Address

5.     Locklear - Sergeant - Restrictive Housing - Scotland Correctional Address

6.     Samms - Blue Unit Assitant Unit Manager - Scotland Correctional Address

7. Katy Poole - Warden - Scotland Correctional Address

8. William L. Bullard - Grievance Processer/Assitant Warden - Scotland Address

9. Dean Locklear - Grievance Processer/#3 Chain of Command - Scotland Address

10. Pamela J. Locklear - Grievance Processer/#4 Chain of Command - Scotland Address

11. Sheryl Hatcher - Grievance Department - Scotland Correctional Address

12. Christopher Adams - Scotland Mailroom - Scotland Correctional Address

13. K.M. Russell - Scotland Mailroom - Scotland Correctional Address

14.     Dunlop - Scotland Mailroom - Scotland Correctional Address

15. Justin Chavis - Scotland Investigator - Scotland Correctional Address

16.     Gaddy - STG Sergeant/Investigator - Scotland Correctional Address

17. Kim Smith - Write Up Department - Scotland Correctional Address

18. Connie Locklear Jones - Doctor - Scotland Correctional Address

19. Victor Locklear - D.H.O - Scotland Correctionl Address

20.     Gerald - Red Unit Unit Manager - Scotland Correctional Address

21.     Milsap - Case Manager - Scotland Correctional Address

22. Cynthia Lowery - Green Unit Secretary - Scotland Correctional Address

23.     Clark – Sergeant – Modified Housing – Scotland Correctional Address

24.     Locklear – Sergeant – Restrictive Housing – Scotland Correctional Address

25.     Locklear – Captain/at the time Lieutenant – Scotland Correctional Address

26. Wilbert Walker – Sergeant – Restrictive Housing – Scotland Correctional Address

27. Regina P. Hampton – D.H.O. – Scotland Correctional Address

28. Letitia S. Owen – Head Nurse – Scotland Correctional Address

29.     Hunt – Sergeant – Restrictive Housing – Scotland Correctional Address

30. Tameka Smith – Tan 1 Unit Manager – Scotland Correctional Address

31. Stephanie M. Oliver – Nurse Practioner – Scotland Correctional Address

32. Elaine M. Dimieco – Physician's Assistant – Scotland Correctional Address

33. Sophia Feaster – ADA Raleigh – 831 W. Morgan St., Raleigh, NC, 27699

34. Angelo M. Delloripa – NC Imate Grievance Resolution Board
         4207 Mail Service Carrier, Raleigh, NC, 27699 or 831 W. Morgan St.

35. Kimberly H. Siler – NC I.G.R.B. Address

36. Wakenda Green – NC I.G.R.B. Address

37. Ina M. Hinton – NC I.G.R.B. Address

38. Faustina F. Brown – NC I.G.R.B. Address

39. Beverly A. Stubbs – NC I.G.R.B. Address

40. Shaguanna M. Wall – NC I.G.R.B. Address

41. Evanne Moore – NC I.G.R.B. Address

42. Paul D. Taylor – NC I.G.R.B. Address

43. Jasmine T. Belyeu – NC I.G.R.B. Address

44. Sharond R. Smith – NC I.G.R.B. Address

45. Jonnita E. Baker – NC I.G.R.B. Address

46. Patrica A. Alston – NC I.G.R.B. Address

47. Reginold R. Mewborn – NC I.G.R.B. Address

48. Jodi T. Harrison - NC I.G.R.B. Address

49. Kenneth E. Lassiter - Director of Prisons

     831 W. Morgan St. /4260 MSC, Raleigh, NC, 27699

50. Monica Bond - Appeals Investigator - 831 W. Morgan St., Raleigh

51. Eric Hooks - Secretary of Prisons - 831 W. Morgan St., Raleigh

52. Clarence J. DelForge III - N.C. Dept. of Justice

     114 W. Edenton St, Raleigh, NC, 27603

53. Jaren Kelly - N.C. Dept. of Justice - same address

54. Todd E. Ishee - Commissioner/Director of Prisons

     831 W. Morgan St., Raleigh, NC, 27699

55. Jennifer L. Bingham - Grievance Processor - Scotland Correctional Address

56. V. Drew - Inmate Trust Fund Dept. - Scotland Correctional Address

57. Amy S. Jacobs - NC Inmate Grivance Resolution Board

     4207 MSC/831 W. Morgan St. Raleigh, NC, 27699

58. Kimberly D. Grande - NC I.G.R.B. - same address

59. R. Bagwell - Scotland Case Manager - Scotland Correctional Address

1. Ronald Covington, Jerry Ingram Jr, Then Lieutenant/Now Captain Locklear, Sgt. Hester, Sgt. Gaddy, Sgt. Locklear, Sgt. Hunt, Samms have all shown Deliberate Indifference, Conspiratorail Conduct & have used Direct & In Person Retaliation, Intimidation, Harassment & Manipulation tactics against me, Violated Policy Guidlines sense my Habea's Corpus Case over an A-10 charge come known that the Federal Court *This Court* was taking up my case. Captain Ronald Covington started the Conspiratorail Conduct 4 days after Raleigh & Myself got that notice & others Willingly or Unwilling, but none the less got envoled & has only EVOLVED in their part of ALL these Tactics, Actions & Conduct which is still hasn't stopped & only gotten bigger & more in the open. Physically & Paperwork wise.

2. Katy Poole, At the start Blue Unit, Unit Manager Jerry Ingram Jr, William L. Bullard, Dean Locklear, Pamela J. Locklear, Sheryl Hatcher, Angela M. Dellaripa, Kimberly H. Siler, Wakenda Green, Ina M. Hinton, Faustina F. Brown, Shaquanna M. Well, Evonne Moore, Paul D. Taylor, Beverly A. Stubbs, Jasmine T. Belyeu, Sharond R. Smith, Jonnita E. Baker, Patrica A. Alston, Reginald R. Mewborn, Jodi T. Harrison have all shown Deliberate Indifference, Conspiratorail conduct, Neglected/Curcomvented & Violated Grievance Policy & Procedure all through the Grievance process Concerning MANY different grievances. Showed these actions/conduct when they all didn't use, take or look at evidence stated in & or where evidence could be found that was written in the Grievance to determine what their response would be. They each over looked those Facts & Evidence which helped cover up the True & sometimes Disastrous, Serious, Threatening & of Violations of Policy, Procedure, Law & Constitutional Rights & Gaurantee's along with Medical Policy, Oaths & Mission Statement issues involved in these grievances without thought or concern of the Pain & Suffering contained in those Medical Grievances or the Stress, Anxiety, fear, further pain & suffering brought on & or prolonged & made worse when they showed Deliberate Indifference, Neglect, Conspiratorail Conduct when nothing was done to correct the wrongs/violations stated in those grievances. Here's one quick example. I put a Grievance in the Grievance

Box on July 30th, 2020 & even thou Mrs. Hatcher & later Mrs. Samms - at the time she was temporary Blue Unit, Unit Manager - was contacted about it. It took untill August 26th, 2020 before it was gotten out of that Grievance Box by Mrs. Samms & then came to my cell & told me she was taking my Library Job from me. Full details listed in the Details section labled "IV-B,C,D".

3. Christopher Adams, K.M. Russell & Dunlap through the Scotland Mailroom have shown Deliberate Indifferance/Neglect/Violated Policy, Procedure, Federal Post Regulations/Code & Laws along with Constitutional Rights & Gawrantee's & been part of the Conspiratorial conduct. They have failed to get ALL envelopes - Brown or White - labled "Legal Mail" which has seriously delayed/prevented me in trying to file Legal/Paperwork or Contact law firms for help in gaining Justice, my Freedom & in getting back to my kids. I've sent 2 Request Forms - the first hand delivered by the Blue Unit Secretary to the Mailroom & the second through the Internal Mail - requesting a Printout of all "Legal Mail Logs" that have been sent out in my name which the Secretary says I'm allowed to get. Mailroom states I need a Court Order. This issue became Worse after my Habea's Corpus case was taken up by the Federal Court. I believe it is no coincidence & this is one of those "EVOLVED ATTEMPTS" earlier stated sense other actions & tactics have not gotten the Stand Down/Case Dropped/Mouth Shut results they have been pushing & trying so hard to accomplish. The Mailroom have OPENED incoming Legal & HEPA mail that Clearly states them to be so. The Mailroom has gone so far that incoming mail they "SAY" I can't have; but Policy says I can - then play around with it & trying to delay sending it out hoping I'll back down or just avoid sending my property home which ONLY started happening to send it home AFTER I had informed the Federal Court about the issue & conduct. Then they

ONLY then sent half out & waited a month & a half before sending the rest of the "SO CALLED" property I couldn't have ONLY after a second letter was sent to the Federal Court hearing my Habea's Corpus case. Those packages/property never made it to its destination. Further Details in the Details section labled "IV-B,C,D". Also all of assudden my Power of Attorney mail is no longer a Legal Address when my P.O.A & their address had been for over 4 years. August 28th, 2020, Responce from Mr. Adams over Printout of "Legal Mail Logs" of sent out Legal Mail can ONLY be gotten by Court Order. Thats the same responce for Medical Records, Pictures taken on November 29th 2017 of myself & or of my cell along with copies of Exhibits/ Documents/Evidence need for the Court to prove my Statements & their responces & conduct are True, Irrefutable & Undeniable.

4. Kenneth E. Lassiter, Monica Bond's showed Deliberate Indifference & Neglected to take in & look at Physical, Medical or Video evidence when my A-10 conviction charge was Appealed to Mr. Lassiter & "SO CALLED" looked into/investigated by Monica Bond & then later both showed Deliberate Indiffence & neglected to respond back after being asked to clarify Mrs. Bonds statement of "Sufficient Evidence" claim in her FORM letter which EVERY inmate gets -only difference is the inmate name, charge, date, ect.- when he Appeals his Prison charge/Write Up conviction. They both showed Deliberate Indifference in taking the time to TRULY look into those charges or the evidence. So guys like me get convicted of something Clear Evidence shows we aren't guilty of & suffer the consequences like I did by lossing the chance at the time of Medium Constody in Dec. 2017 & for 3 to 5 years, 10 months altogather in Restricted Housing/MCON/Modified Housing, Gain Time at the lest 3 days a month -30 days- or 14 days a month -Gain Time 13 & 1 Merit

Day - if I still had my Library Job at that time - 140 days & thats counting the 10 days of Merit Days -. Thats not counting the $7.00 a week if I had not lost my Library Job. Their Deliberate Indifference cost me the chance to get to a Camp closer to home & my kids. Later this same issue went on when I was Charged, Convicted & Appealed a B-25 that took MANY Violations of Policy & Procedure to not only charge me with an B-25, but leading up to it & then the conviction of it all SHows & PROVES the Claim of Retaliation, Intimidation, Harassment, Violations of Policy, Procedure, Constitutional Rights & Gaurantee's along with Conspiratorial Conduct & actions.

5. Justin Chavis, Sgt. Gaddy, Kim Smith, then Blue Unit, Unit Manger Jerry Ingram Jr showed Dileberate Indifference & Conspiratorial Conduct & actions.

Mr Chavis & Mr Gaddy both talked to me over the November 29th, 2017 A-10 Charge. Mr. Gaddy tryed to badly scare me in changing my statement-verble-in what happened on that day & Mr. Gaddy done so in Red Unit, Unit Manager Gerald's office with Mrs. Gerald sitting right there beside & infront on of me. Both had the full evidence - Pictures, Medical Records, Video, Physical Evidence including the fact there were NO reports of me EVER causing ANY trouble, issues or conflicts with ANY Correctional Officers or Inmates & yet still choose to show Deliberate Indifference, Past/Pseudo Truth & Conspir-atorial conduct with the evidence for whatever reason & charged a Victim - myself- with an A-10 charge even thou the evidence shows I was a Victim & NOT a Knowing, Willing Participant of the Violence that was to come or happened. Nor did eather ask me to write a statement out at any time. Kim Smith & Mr. Chavis falsefied a Prison Form when they stated in writting that I Refussed to write a statement. Falsefied that Mrs. Smith was standing there at the time when I "SO CALLED" did so.

Which I never did & I never seen this Kim smith ever during ANY of that "SO CALLED" investigation time, nor did I know who this Kim Smith was, at the time. On November 29th, 2017 CO Richardson was told by Jerry Ingram Jr - at the time Blue Unit, Unit Manager - to sign a statement stating that I Refussed to write a statement before I was transported to the Scotland Hospital in Laurinburg. Mrs. Richardson Refussed to sign that statement because she stated I DIDN'T Refusse to write a statement. The Fact is I told Mr. Ingram I couldn't remember what had happened. Which Medical Records state that I had suffered an Bad Concussion. The Fact is I didn't refusse to write a statement, but Mr. Ingram refussed to let me state in a statement that I couldn't remember what had happened & tryed to Conspiratorially make Mrs. Richardson comply & become part of Mr. Ingram's Conspiratorial Conduct which Mrs. Richardson Refussed to do & so her name & involvedment from begining on Blue Unit, D Pod, to Main Medical & up until the Transport Officers took me from her hands & to transport me to the hospital have been Removed from the Incident Record. Mr. Chavis falsified paperwork when he stated I never asked Anyone for help, evidence, ect over my A-10 charge. I directly asked Mr. Gaddy, Mrs. Milsap & Yolanda M. Gause-Captain-through Request Forms & got no responce or any-thing back, nor any help.

6. Eric A. Hooks has shown Deliberate Indifference/Conspiratorial conduct/Neglected his responsibities by not stepping in or having someone step in & handle or atleast Truly investigate the issues

brought before him either through direct letters to him or through Court documents sent to the Federal Court & Special Deputy Attorney General Clarence DelForge III in my Habea's Corpus case. These documents & letters not only informed Mr. Hooks, Mr. DelForge III & the Court whats going on here at Scotland Correctional not only to me, but others also. Along with evidence/DC 138B Statements & other documents showing/stating the Facts & giving Mr. Hooks & Mr. DelForge III DATES, TIMES & LOCATIONS of Video Footage to back up Our accusations. This shows Conspiratorial conduct, Deliberate Indifference & Neglect to do Anything about what ALL is going on here & being do to Us. Yes we ARE inmates - Us also includes Correctional Officers also -, but Federal & State Laws, nor Constitutional Rights & Gaurantee's don't become VOID once WE or DPS Employee's step through those gates. Nor does DPS Policy & Procedure change because a DPS Employee/Employee's don't like or agree with it at the moment. Prison Policy are policies for a reason, same as Laws & Rights. NO ONE is above Policy, Procedure, Law or Constitution.

7. Dr. Connie Locklear Jones, Letitia S. Owen, Stephanie M. Oliver, Elaine M. Dimicco & Sophia Feaster have shown Deliberate Indifference/Conspiratorial conduct & have Neglected in their Oaths & duties, Violated Policy, Procedure, Constitutional Rights, Gaurantee's, Laws & their Mission Statement when it comes to Medical issues. Letters have been sent to Raleigh, Grievances have been written & Letters sent to the NC Medical Board with no effect or changes made.

8. Victor Locklear & Regina P. Hampton has shown Deliberate

Indifference/Conspiratorail Conduct, Neglected & Violated their Oaths of office along with Policy & Procedure in presiding over Write Ups/Charges brought Us here at Scotland Correctional in their DHO job. Mr. Locklear stated that Video Footage by Prison camera's ARE NOT for the Safety, Protection or for Defence for any inmate, but ONLY for the Protection & Safety of DPS Employee's. The ONLY time that Video Footage is used is when it helps them investigate US & used only when it hurts, not helps US. Also Mr. Locklear showed Deliberate Indifference, Conspiratorail conduct when he neglected to take into account in my A-10 case of the facts from my Medical Records – Concussion, No Defencave Wounds, the Severe Injurious & Damage – before he decided my fate & found WRIT me the Victim guilty of a A-10 charge. Mr. Locklear stated he was "finding me guilty BECAUSE I refussed to write a Statement BEFORE I was taken to the hospital & BECAUSE he believed I was either Lieing about what I later remembered & told Mr. Chavis & Mr. Gaddy OR I was coving up some-thing." Mr. Locklear didn't find me guilty of a A-10 because I was or because there was Any Evidence showing that I was guilty. But even thou there IS Overwhelming Evidence that I Wasn't guilty, but that I Was a Victim of the incudent! Or the Fact that on December 8th, 2017 Captain Yolanda M. Gause stated this Fact to me in the hallway just past Receiving. I had just come back from a Medical Trip. We had just left Main Medical & I was being takan back to Restrictive Housing when Capt Gause came out from some where behind me & Stated "I would be going BACK to Blue Unit soon Cause they wasn't going to charge me with anything cause I was

a Victim in the incident". Video Footage of that hallway on that day will Show & Prove this happened & that Capt. Gause came out to me & not me searching out or trying to talk to Capt. Gause. I sent a letter to Capt. Gause when they put a hold on me 5 days later & My Case Manager at the time Mrs. Milsap told me it was so I couldn't get into Any trouble Before I could be transfered to Casewell. I also later wrote a Request Form & got a responce from Mrs. Milsap where I had stated to her what Mrs. Gause had stated to me in the hallway that day. I still have that Responce back. Mr. Chavis & Mr. Gaddy investigation didn't look at or attempt to look at the True Facts anymore than Mr. Locklear did. Also why would Capt. Gause take the time & effort to do or say what she did that day & then 22 days later Im hit with an A-10 charge? Mrs. Regina P. Hampton was no different when my B-25 Charge came before her. Mrs. Hampton took in the Truth or Facts or the slip up of Sgt. Wilbert Walker made in his revised statement that showed Lie & Conspiratorail involment in it all.

9.    Gerald - Red Unit, Unit Manager showed Deleberate Indiffence, Conspiratorail conducted & Neglected her job, Policy, Procedure & her duties when she failed to fix the issue that Violated an Active Medical Restriction to NOT be Climbing Stairs while I was haused on her Unit in which she has FULL Control Over & by going so long - which I Repeatedly brought to her attention - before doing something about it. It took from November 29th, 2017 to January 3rd, 2018 in which my Health, Safety, Well Being, Life & Further Injury was put at Risk with Deliberate Indiffence during that time.

process, in Restrictive Housing, on the Units, in the Chowhall, Main Medical, Sick Calls & in the Hallways Cause They CAN & CAN Get Away With It. Which is only made Worse & are more Inboldened by DPS Higher Ups here at Scotland Correctional & in Raleigh, along with the Actions & Conduct by people like Clarence J. Delforge III & Joren Kelly with the Attorney General's Office when they fight to Cover Up & to Keep from coming to the light of day in the Public & within the Court System. This is WHY DPS Employee's & Staff BELIEVE they are Above the Law, Constitution & DPS Policy & Procedure, So they operate with IMPUNITY & ARROGANCE because they KNOW there will NOT be ANY Consequences or Repercussions for ANYTHING they DO, ALLOW, COVER UP or LOOK the OTHERWAY on. For Example, look at the "Woods V. Covington" case 3:18-cv-00664 MR, dated 06/21/2021 & the Courts Findings/Beliefs & the Fact all 3 Correctional Officers - Covington, Hunt & Barns -, Unit Manager at the time - Jerry Ingram Jr - & that Nurse all KEPT their jobs. Ronald Covington is still a Captain, Daniel Barns is now a Lieutenant, Hunt is a Sergeant & Unit Manager Jerry Ingram is now Captain. So NO loss of Job & NO Criminal Charges, but get Advancement with MORE Power & Control over others.

Nov. 9th 2021 - The Mailroom sent back another Indigent letter with one of those little notes on it which had been put in the Mail the Sometime those 2 cards was. So thats 4 Indigent Tickets that has been Denied me EVEN THO Ive Not used up my Monthly Indigent Tickets with Personal Mail.

Nov. 16th 2021 - Got Mail from the VA Workers Comp & it has already been Opened & I Didn't have to sign for it.

Nov. 19th 2021 - Talked to Case Manager R. Bagwell & she said she HAD NOT gotten

my Request Form I sent to her or the 3 Used Sheets of Carbon Paper. Mrs. Bagwell said she'd go look on her desk & see if it was there, said it was a mess at the moment cause they moved her into a different space.

Nov. 23rd, 2021 - Received Mail from Eden Internal Medicine PLLC & in Red Letters says PERSONAL & CONFIDENTIAL. It was Still opened, nor did I have to sign for it which Violates the HIPA law.

Dec. 7th, 2021 - 12:45 PM, Tan 1, C Pod - Unit Manager Tameka Smith has the guys spraying Bleach on the ceiling of the Shower trying to remove the Black Mold. Normally Mrs. Smith just has them Paint over it before some Raleigh person or Inspector is suppose to come around so they don't see it. The problem is that Mrs. Smith has had those guys paint over the Deadly Black Mold 2 different times in the last 7 months instead of of Removing the Black Mold first which Indangers our Health & Well Being. The Only way to get rid of the Black Mold is to strip the Paint & All done to the Concrete, use Chemicals to Kill the Black Mold & then paint the ceiling with Laytex Paint which holds NO Water & Mold can't grow on. But Mrs. Smith just paints over it.

1:33 PM, C Pod - The Health Inspector came into C Pod, - 4 or 5 steps in - stopped & said "Im Done". He inspected Nothing. Only went into B Pod before C Pod. Video Footage will show his Deliberate Indifference to his Job & Responsibilites, nor OUR - Inmates & CO's - Health & Well Being. Capt. Locklear, Unit Manager Tameka Smith & Other DPS Employee's & Staff went along with & allowed this Health Inspector NOT TO COMPLETELY do his JOB as Mandated by the State.

3:49 PM - Case Manager R. Bagwell says Im #19 out of 113 on the Caswell Transfer List.

Dec. 10th, 2021 - Was just handed the 2nd Attempt Grievance that was sent to Director of Prisons/Commissioner Todd E. Ishee. It was NOT Signed off by Mr. Ishee, nor anyone in Mr. Ishee's office LIKE DPS Policy & Procedure - Chapter G.0309 -

Mandates. Instead it was sent back to Scotland Correction Personal - not to me Like DPS Policy & Procedure states - & at sometime given to Tan 1 Unit Manager Tameka Smith & she signed off on it on Dec. 7th 2021 - 3 days ago - & I got my Pink Copies.

Dec. 11th 2021 - Put Medical Request Form to Dr. Connie Locklear Jones in box over MRI & setting up New Appointment with Dr. Lubunmi Ifahiyi.

Dec. 13th 2021 - Had to sign for VA Workers Comp. Commission Legal Mail.

Dec. 16th 2021, 8:15AM - Declared Dental Emergency to Sgt. Timmons.

9:10AM - Unit Manager Tameka Smith called Main Medical/Dental & declared for me a Dental Emergency. They told Mrs. Smith they would call me.

12:39PM - Taken to Dental & was told that I had to go on Antibiotics because it was Absessed. I told them I know it was & Stated that FACT in the Nov. 13th, 2021 & later the Dec. 4th 2021 Dental Sick Call - carbon copies of - & yet I to Declare a Dental Emergency just to be seen & procribed antibotics when DPS Policy says WORSE CASES are to been seen Ahead of Others. No antibiotics at Night Meds like Dentist said would be. Dental doesn't work on Fridays.

10:18PM - Called back out to Med Window - over 3 hours later - to be given the antibiotics WERE there like the Dentist said would be & that same Nurse said she didn't have hours ago. Come to findout it was there in a bag sitting there to her left all along. But Yet I GET Attatude cause I stated to her hours ago what the Dentist said & told would be there & NO Comment when I get called back out of bed to get what WAS there all along & After all.

Dec. 20th 2021 - Went to Dental & she cut open the infected ⌒ area & drained it. Dentist states that the infection was OLD. I stated that I had sent 2 Dental Sick Calls stating this FACT. Dentist asked why I didn't Request a Dental Emergency. I told the Dentist I Should Not have had to do so because my Dental Sick Call SHOULD have moved me to the Front or Close to the Front of the line

BECAUSE it stated Swelling & Pain in detail. Nor should I have to indure the Added *2.00 to Declare a Dental Emergency to be seen AS DPS Policy & Procedure says! Suppose to go tomorrow to have 2 of the 3 teeth removed.

Dec. 22nd, 2021 - Informed by a Reliable DPS Higher Up Source that between the guys that are sleeping in the GYM, Receiving & Restrictive Housing Rec. Cages we are 38 people OVER Compacity & that Scotland Correctional is MORE THAN 60 Correctional Officers short to FULLY run Scotland Corr.

Dec. 28th, 2021 - I received a book called "Ravenna Noah Felix" by A. Longo Ravenna. The POINT is that this book is full of Religious Photo's & measures 10X13½ & Im allowed to have it. BUT the Calender that "Isreal My Glory" sent me which was less than 8X10 was Rejected BECAUSE of its Size & was made to send home WHICH Never arrived at its sent or SAID sent destination & I was charged to have it sent home.

Dec. 29th, 2021 - Went to see the Barber tonight. Scotland still isn't giving them the Barberal to clean the Clippers AS DPS Policy & Procedure - Chapter E. 2108 (e)(3)(F) - Mandaus. The Barbers are being made to use the Cleaning Solution that is ONLY suppose to be used at the end of the night Because it can Burn/Cause Rashes - which it did tonight - to the skin.

Dec. 30th, 2021 - Medical Trip to Scotland Hospital to do the Ultra Sound on the Main Vains in my Neck that was Suppose to have been done 6 months ago, but ONLY happen After I filed a Grievance over this Medical issue & a Couple other ones. Came up Negitive of Issues. I THOUGHT the trip was for the MRI - which was another Medical Issue in that Grievance - that Dr. Lubunmi Ifahiyi had ordered back on Sept. 21st 2021. But I was wrong.

January 4th, 2022 - I got a "Medical Communication" telling me that the "Carotid Doppler done 12/30/21 did not show any Flow restrictions. Normal Test." 2 problems

with this. #1, Test is 6 months late. #2, The issues including the Dizzy Spells were caused by the Head Injury & Not blood flow. The Dizzy Spells lasted 4 months, the Headaches, Vision, Mental & Physical issue still an issue.

Jan. 5th 2022 4:30 PM - CO informed me that Capt. Ingram Jr. states that I have to go to the Chowhall if I want to eat. That I can't have a tray brought to me EVEN THO I just got back 25 minutes ago from having 2 teeth pulled & my mouth is still numb. So I was made to go Without!

Jan. 10th 2022 - I received Mail from VA Workers Comp. Commission that I DIDN'T have to sign for. Put in New Request Form in box to "Whoever in Grievance Dept. who took Mrs. Hatchers Place" cause they sent the Request Form back that they got from me today. See Carbon Copies Made.

Jan. 11th 2022 - I received Mail From UNC Health - HEPA stuff - which had already been opened & I didn't have to sign for. Violation of the HEPA Law. Also it had been sent to another inmate on Blue Unit - F 33 - & then sent to me.

Jan. 12th 2022 - I received Mail from the VA Workers Comp. Commission. It had already been opened & didn't have to sign for it.

Jan. 13th 2022, 9:05 AM, C Pod, Tan 1 - Sgt. Hester came to the Pod door & said we were on Quarantine because someone tested Positive. Some of the guys requested to speak to O.I.C - Officer In Charge - & Sgt. Hester refussed which Violates DPS Policy & Procedure. When this was stated Sgt. Hester thought this was funny & started Laughing in their faces. No Unit Manager, NOR Medical Staff have come to do Anything that Quarantain Procodure Mandates.

Jan. 14th 2022, 6:37 PM - Lt. Brookens came into C Pod & told us we have to give up our Black Shorts we sleep in. Refussed to show us where in DPS Policy & Produre that this has Changed as DPS Policy Mandates they have to WHEN asked & Suppose to be done Before it Comes into Effect. So now we have to wear Pants

into the Shower & when we get out of the Shower now, because they slip out if we are only in our boxers to do so. Now we also will have to Sleep in our pants if we don't want to take a chance of getting a Exsposure Charge while we sleep. Because of the Fact that NOTHING has happened as Mandated by DPS Grievance Policy on that Grievance Unit Manager Tameka Smith signed off on on Dec. 7th, 2021. So I CAN'T file a Grievance over this because of the Above Violation going on.

Jan 15th, 2022, 4:41 PM - Still NO Memo or Memorandom posted over the Black Shorts issue as DPS Policy & Procedure Mandates.

Jan 17th, 2022 - Nurse came with Self Meds to CPod & told us that Medical Staff had NO IDEA that We - CPod - was on Quarantine & couldn't beleive that the Pod hadn't been tested yet for Covid as is Suppose to be done.

Jan 18th, 2022, 10:16 AM - 2 Nurses came to C Pod with the Booster Shots & was told we were on Quarantine & those 2 Nurses ALSO stated they hadn't been told we were on Quarantine & said they Hadn't been told that most of the Pod wanted to be tested, NOT the Booster Shot. So they left saying they were going to go find out what was going on. If we Were on Quarantine or NOT? That if we WERE on Quarantine, then why haven't the Nurses been informed? Why Medical HASN'T Tested us? Why its NOT posted on C Pods door?

We were told, AS OF Today - not Thursday 13th, 2022 - we are NOW on Quarantine. Then the Nurses went down to Medical & told Higher Ups we were trying to start a Riot here in CPod.

Jan. 19th, 2022 - As of 8PM we have still NOT been Tested.

Jan. 20th, 2022, 5:44AM - Someone during the night put a printed paper with the Word "Quarantine" on it 6 times down the paper. NOT the Offical Quarantine Sign. Around 9:45 PM - CO's tryed - Sgt. & a Lt. - tryed to move a new guy into CPod & being on Quarantine, they AREN'T suppose to do that PER Quarantine Protocol. If they

do, then that Pod's Quarantine time starts all over.

Jan. 21st, 2022, 11:56AM - STG Officer Bathy, another CO & Sgt. Timmons brings that guy in here again, EVEN THO they say we are Quarantined. So that guy was Forced onto C Pod.

6:PM - Still NO Covid test or protocol followed. But Now they say we will come off Quarantine on Jan. 27th 2022.

Jan. 22nd 2022 - 1:45AM - Lt. Johnson came down to C Pod & told Dennis Morrow that he had to go to work - he's Maintance - EVEN THO we are on Quarantine, just like ALL other inmate workers are here in C Pod, A Pod, E Pod on Tan Units. They are MAKING Mr. Morrow go to work & BREAKING Quarantain Protocol - as Ive Stated before that DPS Employee's & Staff are willing to Violate/Over Look DPS Policy, Procedure & Protocol when it Suits or doing so is in their favor & helps them - So That they don't have to call a DPS Maintance Employee" in & have to pay them that Time plus Extra for coming in After Hours & Weekend.

3:45PM - Per Warden Jacobs we ARE NOT on Quarantine, we are under Observation. But yet thats not what that printout on the door still states & hasn't been taken down. This is DPS's way For NO Covid Tests, Moving guys Into the Pod, Moving guy Out of the Pod & MOST of all Force Maintance Workers to go to work INSTEAD of calling in DPS Maintance Employee's. But YET we are under Quarantine Standers. No one is going to work & ONLY Mr Morrow is made to go to Work after 5PM when something needs to be done & the DPS Maintance Employee's have all gone home.

7:09 PM - Sgt. Adams just came to get Mr. Morrow again for Maintance Work.

Jan. 23rd 2022, 12:15AM - Tan 1 Control Booth camera footage will show that the Female CO is sitting in a chair at the BACK of the Booth SLEEPING instead of sitting infront of the Controls & Monitners watching the Pods. This is a

DIRECT Violation of DPS Policy & Procedure along with a Safety Risk. NO CO's are walking, nor sitting in the Corrodar as Mandated & Sgt. Adams must be in her Office cause the lights are on & the door is open which ALL Tan 1 Video Footage will show this as a FACT.

Jan. 24th, 2022 - On the Tablets its been posted that a BO5 was being made a A26 for an issue that DPS Employee's, nor Staff can't prove to be an issue through Physical Evidence of a Blood, nor Urin test. But yet will Charge & Convict a guy even tho they can't prove the effects they SEE aren't a Natural or a Chemcal Inbalance produced by the body. Either way DPS & Scotland are further changing WriteUp Classifications & using them to WORSE & FURTHER - time strechers - Punish guys WITHOUT evidence which Violates Constitutional Rights & Guarantee's & this further evidence of the fact JUST like Scotland did with me on that A-10 & B25. Only difference the Evidence showed I WAS innocent & a Victim along with NOT Guilty by the FACTS & EVIDENCE.

Jan. 26th, 2022 - At Mail Call I get back a Legal Mail IRS Letter stating that I don't have any Indigent Tickets. It clearly states IRS & Legal Mail written on the invelope. This is further Deliberate Indifference & Conspriatorial Conduct in Delaying this Legal Mail from getting out to where it needs to go.

Still NO DC-410 Response paper on Grievance that was signed off on Dec. 7th 2021 by Tameka Smith & no Pink copies of Grievance turned in on Jan. 19th, 2022. Still NO Carbon Paper from Case Manager R, Bagwell.

Jan. 27th, 2022 - Was given a Stamp, put IRS letter in Mailbox.

11:40 AM - Just got back from a Medical Trip finally to UNC Spine Pain Management - which was in that Grievance over Medical Issue - with Dr. Philips. Dr. Philips states that Goabopentin IS a Time Release pill & WHY its in capaule form. Dr. Philips is NOT Happy that EVEN AFTER herself & Dr. Stephen Scott both

requested that the Capsuls *NOT* be opened because they *ARE* a Time Release pill & cause when you open it & swollow it, it numbs the Mouth &Throat which causes issues with Swollowing & the Fact that the effects are all at once & *NOT* with time which is the *POINT* in wanting me taking it.

' Got an interresting letter from Case Manager R. Bagwell. It only further shows Deliberate Indifference, Conspiratorial Conduct, Hypocritical & Contradictable words.

February 1st 2022 - 10:45 PM - put Request Form Response in box to Case Manager R. Bagwells over her newest response over Carbon Paper, Carbon Copy Made Got *NO* Pink copies of Grievance dated Jan. 19th, 2022.

Feb. 4th 2022, 10:29 AM - CO Haywood came to me & told me Unit Manager Tameka Smith says I have to move off C-42 so that a Seizure guy can be at the front of the Pod. The funny thing is, is the FACT that *NO OTHER* guy that has Seizure gets this same NRSD Treatment, nor had Jermey Justice before now. When Mr. Justice was moved into the Pod, he was put on C-28, not C-42 which is the Bunk Im on & was on when Mr. Justice was first moved into C Pod. IF what Mrs. Smith states were true that a Seizure guy has't to be house in the front of the Pod. Then he would have be put on C-42 from the start. This further shows Deliberate Indifference, Conspiratorial Conduct & Retaliation over my latest grievance, Carbon paper & Lawsuit.

12:13 PM - Asked "Acting Sgt." Haywood to let Mrs. Smith know I was refussing to move because Mrs. Smith was doing this for Retaliation reasons & NOT for any Warrented or Backed Up DPS Policy & Procedure reason.

12:58 PM - Let "Acting Sgt." Haywood know I was still refussing to be moved NRSD because of Mrs. Smith's Misconduct & Violation of DPS Policy & Procedure. So Im packed & ready to be taken to Restrictive Housing because the proof being that when Mr. Justice was moved into the Pod he was placed on C-28 & IF Mrs. Smith's

statement were True that ALL Seizure guys have to be housed on front bunks.
Then WHY wasn't I moved when Mr. Justice was first placed in C Pod? OR
Before my Grievance calling for "Discplenary Actions" be brought against
Any & All of the people Violating DPS Grievance Policy & Procedure? I just got
my Pink Copies back on that Grievance LAST NIGHT. Which is Concerning the
Grievance Mrs. Tameka Smith signed off on on Dec. 7th 2021 which still not handled.
1:33PM - "Acting Sgt." Haywood was told by Unit Manager Tameka Smith - cause Mrs.
Smith Refussed to come talk to me over this - to ~~assign me~~ to C-41 -
Top Bunk - & leave Mr. Justice assigned to C-42 because I had lost my
Bottom Bunk Restriction on Nov. 30th 2021 - I lost that Restriction because
on Sept. 21st 2021 a MRI was Ordered by Central Prison Spine Specialist Dr.
Lubunmi Ifabiyi & it has YET to be done. Later I will learn at a Sick Call that
that Video Confrence, nor Dr. Ifabiyi's name shows up in my Medical Records, nor
her Oder of that MRI. & without it my Restriction can't be Renewed. - "Acting Sgt."
Haywood said the Sgt. told her to do this. Mrs. Smith left Mrs. Haywood to deal with
Whatever Fallout came of Mrs. Smiths Retalitory Misconduct & Mrs. Smith
Refussed to handle it Directly as DPS Policy & Procedure Mandates is HER JOB.
   Come to findout by a Reliable DPS Source that Mr. Justice was the Whole
Time was assigned to C-16 & was used by Tameka Smith & so was Mrs. Haywood
was also being used as pawns in Mrs. Smiths Retalitory Conduct while she
sat & watched from a distance office away from the issue. So if Seizure are
Mandated to be On Front Bunks, then WHY was Jermey Jastice assigned to
C-34 & later C-16? Also then WHY was Eric Blount -0035064- assigned to
A-32 or A-34 for OVER 2 years when he had at the Least 2 Seizures a
Month so bad he HAD to be taken to Medical EACH Time? And yet Jermey
Justice's Seizures aren't the Severe ones as Eric Blount induces? This

only further shows proof of Tameka Smith's Deliberate Indifference, Consp-iratorial Conduct, Retaliation & Misconduct of further Violations of DPS Policy & Procedure & Posable indangerment of Inmate & Staff because of her - Mrs. Smith - Misconduct & Neglection of her DPS Job Duties.

8:19PM- Got the DC-410 Response for latest Grievance that was signed off on Feb. 1st, 2022. Angela Mendoza is the person who those Request Forms went to that refussed to respond back, nor would tell me their name. Im told that the Unit Secretaries nua the ones who handle the DC-410's & pass them along to the next person because Scotland eleminated the Grievance Dept./Sheryl Hatchers job & leaving it to be done this way. Now I know WHO was getting & NOT Responding back & ignoring me over the Grievance Questions over the Grievance signed off by Tameka Smith on Dec. 7th, 2021 which still hasn't been handled & the Whole reason for todays New Retaliation Conduct by Mrs. Smith YETAgain & are Continues & Repeated showings of Deliberate Indifference, Consperiatorial Conduct & Retaliations that ALL Violate DPS Policy, Procedure, Law & Constitution. Which is the VERY REASON WHY Mr. Sase - our old Tan 1 Assit. Unit Manager - took the Assit. Unit Manager job on Blue Unit because of Tameka Smiths repeated & unchecked Misconduct which Mr. Sase would try to fix AS DPS Policy & Procedure Mandates, but Mrs. Smith would just come back & change it back to the Violation way she had done it before.

Feb. 10th, 2022 - About 8 to 10 guys were shipped to Caswell Prison this morning, so why wasn't I on that bus going with them sense I already have that Approved Transfer to go to Caswell?

Around 11:20AM - I was called to Tan 1 Unit Managers Tameka Smiths office over the latest grievance. I Showed & Explained to Mrs. Smith HOW & WHERE DPS Policy & Procedure has been/still beeing Violated over the Grievance signed off by her

On Dec. 7th, 2021 on the Special Draw for Canteen, I showed Mrs. Smith that adding to DPS Policy off a $10.00 "Hygen" Draw brings into effect that DPS Policy & Procedure - Chapter B.0204(a)(5)(d)(3)(12) - that states that "Food CAN'T be Used as Punishment". Mrs. Smith tryed to say they ment the "Chowhall Food." I stated thats NOT what DPS Policy & Procedure states. It states "$10.00 Special Draw" a NOTHING More & by Adding "HYGEN" to it Changes & Violates DPS Policy & Procedure which Violates Chapter A.0613(a). Mrs. Smith states, "The Prison has always done it this way." I told Mrs. Smith that this maybe true, but Doesn't change the FACT they are still Violating DPS Policy & Procedure by doing so, or the FACT there are Plenty of Other things done here at Scotland Correctional that Violate DPS Policy, Procedure, Law & Constitution that has Also been DONE for Years, but in the end DOESN'T change the FACT it Still is a DPS Policy & Procedure Violations. I told Mrs. Smith that DPS Policy & Procedure states that by Protocol it has to go through Chapter A.0606 to make the Changes Legal & Binding so that it Doesn't Violate DPS Policy & Procedure. I told Mrs. Smith these are just some of the reasons WHY myself & Others were suoing DPS, Herself & other DPS Employee's & Staff. I also Explained to Mrs. Smith the FACTs of the Grievance that she had before her - Grievance # 4860-2022-TIC - 17406 - & How & WHERE DPS Policy & Procedure was Violated in the HARSH NON Handling of the Grievance She -Tameka Smith- signed off on Dec. 7th, 2021 which is the Grievance before her & Not the Dec. 7th, 2021 she signed off on on that day. We will see how Mrs. Smith handles grievance # 17406, cause this is the grievance Mrs. Smith Retaliated on me over on Feb. 4th, 2022.
Feb. 11th, 2022 - Got Mail from the VA Workers Comp. Commission & it was already open & didn't have to sign for it.
Feb. 12th, 2022 - Put Request Form in the box to Medical/PA Elaine M. Dimicco

trying to get my Medical Records over my Neck/Spine - C4 thru C6 & T1-issues sent to the VA Workers Comp. Commission so that I can move forward with the Legal Matters with the VA Workers Comp. Commission. Also requested for a DMA 5D28 Medical Records Release form if the Prison one I filled out & sent to Main Medical on Oct. 27th 2021 wasn't good enough.

Feb. 16th 2022 - Finally got Step 1 over the Grievance I was called into Unit Manager Tameka Smiths office over - which in the end was a Waste of Time, Energy, Air & Effort -, EVEN AFTER proving WHERE & HOW DPS Policy & Procedure had been Violated in the NON handling of the Oct. dated Grievance, but also the Violations within the Oct. dated Grievance itself. Mrs. Smith still came back with the Lame Response that just Further shows Deliberate Indifference & Conspiratorial Conduct, but further Violations to DPS Grievance Policy & Procedure & STILL Ignores the FACT that the Oct. dated Grievance that Mrs. Smith signed off on on Dec. 7th 2021 WAS NOT ADDRESSED which is WHAT Grievance # 4860-2022-TIC -17406 was all about. The Oct. date Grievance Still DOESN'T have a number or any DC-410 Response paper.

Feb. 23rd 2022 - Further proof that DPS Employee's or Staff follow DPS Grievance Policy & Procedure. I got Step 2 today & they AGREED with Step 1. TWO Problems with that. #1 - The Grievance ITSELF is NEVER Addressed - which is what I wrote at the bottom of the Step 2 paper so we will see IF the Grievance Board does the Same "Follow The Leader" Conduct which will further prove Deliberate Indifference, Conspiratorial & Neglect of Jobs as DPS Policy & Procedure Mandates. #2 - The Response over the Issues in the Oct. Grievance only shows further proof of that Deliberate Indifference, Conspiratorial Conduct & Neglect of Job Requirements, along with proves the FACT to Cover Up the Fact that DPS Policy & Procedure Has Been Violated for MANY LONG YEARS & Still IS being Violated & the FACT No One Cares & AREN'T going to Stop CAUSE its always been WHAT they have done EVEN THO it doesn't change the FACT

that Scotland DPS Employee's a Staff show Deliberate Indifference that they Know
they HAVE BEEN Violating DPS Policy & Procedure.
Feb. 25th 2022 - 9 paper letter put in the Mailbox addressed to Warden Stephen Jacobs
over Case Manager R. Bagwell & the Carbon Paper issue.
Feb. 28th 2022 - Went to Sick Call - paper for Feb. 22nd Sick Call form -. Nurse states a
Appointment has been made for the Ear, Nose & Throat Specialist. Nurse says there
is Something in the works for the Head Injury issue a for the Lower Spine/Right
Leg issue. Nurse says she can't say what, Other Than that Something is in the
Words over those 2 Medical Issues.
3:30 PM - Case Manager R. Bagwell came to see me over my "YEARLY" review that she
states will be in March & not December because thats when its a was done Last
Year. I asked WHY it wasn't being done in December like its suppose to be?
Mrs. Bagwell said she didn't know why it had been changed. Also that the
Carbon Paper that I had gotten from OTHER Case Managers, Mrs. Bagwell said
she didn't care WHAT I do with it, AS LONG AS I don't send it to her for
replacement. So we will see what Warden says about the issue.
March 1st 2022 - Sending Unit Manager Tameka Smith - because Tan 1 Secretary Angela
Mendoza hasn't been here for a while for some time - a Request Form asking for
copies of Step 1 & Step 2 to Grievance #4860-2022-TIC -1740b.
March 4th 2022 - Again Unit Manager Tameka Smith is having these Jaintors PAINT OVER
the Black Mold instead of doing what NEEDS to be done to Remove, Kill & Prevent
it form growing back. But keeps & painting over it & helping it Grow & Spread & further
put our Health & Well Being further at Risk & In danger.
March 7th 2022 - Got Request Form date March 1st 2022 back in the Night Mail Call,
with NO Copies of Grievance 1740b Steps 1 or 2 & No Response written on the
Request Form. So I wrote, "Im sending this back a 2nd time for a response."

Put Request Form back in the Mailbox for Unit Manager Tameka Smith.

March 9th 2022 - Request Form dated March 1st 2022 came back yet again with NO
Response, Nor any copies of Steps 1 or 2 of Grievance #17406. So dated it
"3-9-2022 - This is my 3rd Attempt sending this to you to Either get the
Copies Requested or a Response why not & why you keep sending this back
to me without a Response." & put it back in the Mailbox again.

March 11th 2022 - Still NO Response back from Unit Manager Tameka Smith. Nor Copies
of Steps 1 & 2 of Grievance #17406.

March 13th 2022, 3:25 AM, CPod - CO Mitchelle - Female - has yet again Cussed & Directly
Threaten Physical Bodly harm to a inmate INFRONT of the Sgt. & this isn't
the first time. Mrs. Mitchelle has done this Angerly before not only Infront of
the Night Sgt., but at the same time Infront of the oncoming Day Sgt. Coming
on duty - Chapter A .0705 (7), .0906(b), Chapter F. 1605(i) - & Mrs. Mitchelle
has yet been Written Up or Received ANY Disciplinary Actions against her
for her conduct & Verbal threats which Violates DPS Policy & Procedure - Chapter A
.0201, .0202 (e)(1)(2)(3),(f)(1)(g), .0705 (8), .0910 (A)(3)(1), Chapter F. 1605(b)(k)
(o)(p) -. CO Mann who works the other Night Rotation after working with CO
Mitchelle one night has started & continued Acting & Talking as CO Mitchell on
her own & has also Not received Any Write Ups or Disciplinary Actions of her
own. Sense Warden Stephen Jacobs has taken over Scotland Correctional, Conduct
like these have only Incressed & CO's have - the bad ones - become more Bolden which
inturn Scotland Correctional has had MORE CO Stabbings in this SHORT time
then has gone on in the Over 6 years I've been here at Scotland & things have
Overwhelmingly gotten Worse in many ways sense Warden Jacobs tookover.
This conduct puts Myself & Others - including other CO's - Health, Safety & Well
Being indanger of HARM directly & indirectly by allowing this conduct to

continue BECAUSE Scotland Corr. is SO SHORT STAFFED as it is a can't AFFORD - cause it already can't really Safely Operate - the loss of ANY further CO's off ANY Units for Disciplinary Actions, Firings or CO's Quiting for ANY REASON. So Warden Jacobs & Other DPS Employee's & Staff Allow & Overlook 97% of all Violations of DPS Policy, Procedure, Law, along with Constitution & while Violate them all themselves for NOT Reporting it in a Incidant Report or Reppremending those CO's in Any Way, Shape or Form. Which only Incur- rages, Inboldens & Inflames the ISSUES & the DANGERS. So these BAD DPS Employee's & Staff further Believe they are Above the Law & so they Continue to Operate with Impunity & Arrogance!

March 14th 2022, 5PM - Nurse took my name down again to Maybe finally get to take the Orderly Class. We will see if Im allowed to this time or keep doing the job with NO Pay, Gain Time or Merit Time.

March 15th 2022 - Seen PA Elaine M. Dimicco, says there is a appointment set up for me to see Dr. Andrea Jarchow - Ear, Nose & Throat Specialist -. Mrs. Dimicco says she put in a U.R. for a MRI for my Lower Spine/Right Leg issue, Renewed my Bottom Bunk & Climbing Steps limit to O Steps. Still giving me a hard time for Treatment over the Head Injury/Concussion from June 11th, 2021. Says NO other treatment for the Toe Fungus outside that Vinger treatment. Says she can set up for a Nurse to use a Drimial - which is made for sanding wood, metal, ect - to sand down my Toenails inwhich I told Mrs. Dimicco that thats what cause the Fungus & Iregular growth of my Toenails that she sees now. Also NOW it shows - Mrs. Dimicco says - in the computer of my Video Confience on Sept. 21st 2021 with Dr. Lubunmi Ifahiyi. Mrs. Dimicco says that Dr. Ifahiyi didn't finish her notes on Sept. 22nd 2021, but did later in Oct. Here is the problem with that, so NOW its in there BUT in all Dr. Ifahiyi's

notes she stated NOTHING - according to Mrs. Dimiceo today & which through the Grievance over this states the following thing also - ABOUT having a MRI ordered or the then vist to UNC Spine for follow up & treatment which is the ONLY thing Dr. Ifahiyi talked about during that Video Confrence, so how is there NOTHING about either thing in Dr. Ifahiyi's notes? Also its NOT DPS Policy, Procedure, nor Protocol that Seizure guys be housed at the front of the Pod. So this is further proof of Deliberate Indifference, Conspiratoral Conduct & Retaliation on UnitManager Tamelia Smiths part & of PA Elaine M. Dimiceo & other Medical Staffs PAST & PRESENT Misconduct: I bet when Mr. Justice comes back from Court, that they Won't give me back my C-42 Bottom Bunk which was taken from me for Retaliation reasons, Also Im told there are NO Bottom Bunk available. So Im still stuck on a Top Bunk. Also at my past Sick Call the Nurse said - which she was reading what from the computer information - Something was "In The Works" over the Head Injury/Concussion issue & the Dr. Ifahiyi thing. But then today NOTHING is going to be done concerning the Head Injury/Concussion Issue. More Deliberate Indifference, Conspicatoral Conduct & Neglect over SERIOUS Medical Issues & trying to get Treatment or Treatment in a Timely Manner.

    At Mailcail I didn't get those copies of Step 1 or 2 for Grievance #4860-2022-TIC-17406. But I did receive Step 3, Administrative Remedy Response from Raleigh. Which states, "This examiner has reviewed this grievance & the response given by staff in the Step 1 &/or Step 2 response. My review of this grievance reveals no violation of applicable Prison policy nor does it show any evidence of discrimination, retaliation, or disrespect or abuse of authority by staff regarding the processing

of this offender's grievance. Lastly, because this grievance challenges aspects of a disciplinary infraction, it is outside the scope of the ARP & should have been rejected by the facility. See policy.0306 (b)(3). Therefore, this grievance is dismissed as outside the scope of the ARP. Dated 03/09/2022 by Wakenda Greene. Which is a Perfect example as to WHY her name is on the list of the 59 being sued. There are 2 things I'd like to point out to the Court as I wrap up these papers. #1 - Mrs. Greene played the "Follow The Leader" game as the Court can see - also the Fact Mrs. Greene made a False Statement when she stated 2 different times, 'This examiner has REVIEWED this grievance' & 'My REVIEW of this grievance' which Mrs. Greene CLEARLY didn't - that Mrs. Greene herself DIDN'T READ the Grievance itself which Mrs. Greene makes Perfectly Clear in her total response BECAUSE the Response in Step 1, the Agreed response in Step 2 & further agreed with Step 1 in Step 3 & in Step 3 makes the FACT that NONE of these Responses have NOTHING to do with Grievance # 17406 which makes it all Worse. NONE of the Response speak about WHAT Grievance #17406 IS ABOUT. They are Commenting on WHAT the Grievance dated Oct. 16th, 2021 - that has yet to be processed even tho it was signed off on in Dec. 2021 - that was sent to Direct of Prisons/Commissioner Todd E. Ishee or his Office in Raleigh by DPS Policy & Procedure is suppose to be done if a Grievance can't be handled as DPS Policy & Procedure Mandates it suppose to be. But instead Mr. Ishee sent it back to Someone here at Scotland Corr., NOT back to me as DPS Policy & Procedure also Mandates. So Tan 1 Unit Manager Tameka Smith got that Grievance at

Some point & signed off on it on Dec. 7th 2021. NOT Grievance #17406.

#2 - Mrs. Greene response stated, "Lastly, because this grievance challenges aspects of a disciplinacy infraction, it is outside the scope of the ARP & should have been rejected by the facility. See policy. 0306 (b)(3)." Chapter G. 0306 - Rejection of Grievance - (b)(3) states - Challenges a disciplinary action;" - This refrence goes to show Mrs. Greene again doesn't know what she's talking about cause it Clearly shows Mrs. Greene HASN'T READ herself Grievance #17406 or the dated Oct. 16th 2021 Grievance. But CLEARLY shows further Deliberate Indifference, Conspriatoral Conduct & further "Follow The Leader" Conduct by MIS. Greene & Other DPS Employee's & Stoff. BECAUSE the Oct. Grievance is about the VIOLATION added to DPS Policy & Procedure - Chapter B. 0204(a)(5)(d) (3)(12) -, which is the POINT DPS Employee's & Staff like Mrs. Greene Refusse to Acknowledge BECAUSE its like Unit Manager Tameka Smith stated, "Its ALWAYS been done this way by the Prison". But it still doesn't change the FACT it still Violates DPS Policy & Procedure & will continued to be done like other Violations untill the Court makes them Stop. Because EVEN THO these Violations have been brought to DPS's attention - Chapter A. 0613(b) which states Prison Policy CAN'T Violate DPS Policy & Prodedure, which it does - & as the Court can see, NO ONE cares, its busness as usual, full steam ahead.

    Also as of the Close of these papers, still NO response back from Warden Stephen Jacobs over issues with Case Manager R. Bagwell over Carbon Paper & Still No carbon paper from Mrs. Bagwell EVEN THO I sent her Carbon Paper with the Request Form dated 1-12-2022, I have Yet to get any in return sense.

Pages Needed to be Copied for the Court - Pages of Evidence

As of 3-15-2022

| Subject | Pages |
|---|---|
| 1. Grievance | 226 |
| 2. Doubled Sided Papers | 61 |
| 3. Assorted Papers | 94 |
| 4. Case Manager | 77 |
| 5. Trust Fund | 31 |
| 6. Tort Claim | 181 |
| 7. Medical | 127 |
| 8. Mailroom - Letters stating Including Legal Mail never made it to Clerk of Court/lawfirm | 66 |
| 9. DHO - B25 d Letters to Pamela Locklear & William Bullard | 16 |
| 10. Habea's Corpus - "WHEN" & "WHAT" was Stated from the beginning | 144 |

10. Milsap - at the time my Case Manager showed Deliberate Indifference, Conspiratorail conduct & Neglected in her duties when on December 13th, 2017 requested help from her like I was Seeing & Hearing other Case Managers doing for the guys they had on their case load over Write Ups/Charges like I was trying to get from Mrs. Milsap over my A-10 charge, nor would Mrs. Milsap tell me how to findout who I needed to get that information from, nor would Mrs. Milsap attempt to talk to Capt. Gause for me over her statements on Dec. 8th, 2017, which I had sent a Request Form to Capt. Gause on Dec. 12th, 2017 & didn't know if she had gotten it. I wrote Pamela Locklear on Jan. 17th, 2018 over these issue with Mrs. Milsap & Mrs. Locklear stated it wasn't Mrs. Milsap's job. Then if it wasn't her job, then why was other Case Managers doing it? Why did another Case Manager inform me it was part of their dutres & advised me to write to Pamela Locklear over this issue? Then what is Mrs. Milsaps duties consist of if its not to help the guys on her Case Log? Then who am I suppose to contact when I need Help, Information or need to findout who Im to contact to get that Help, Information when that person doesn't know? So HOW or WHY is it other Case Managers dutres, but NOT the dutres of Mrs. Milsap? Is Mrs. Milsap different or special than other Case Managers?

11. Cynthia Lowery showed Deliberate Indifference, Conspiratorail conduct, Neglect of job & Violated DPS Policy & Law by overstepping her authority & Oath as a Notary. Mrs. Lowery not only repeatedly read my Legal Papers I was trying to get notarized, but repeatedly made notes of what was in those Legal Papers that was going

to the Federal Court Habea's Corpus case over my A-10. Mrs. Lowery Unethical & Illegal actions should prevent Mrs. Lowery from the privilege of being a Notary & the Responceablility that comes with it. Mrs. Lowery's only job as a Notary is to make sure I am who I say I am, that thats my name on the document & that she see's me sign that document no matter what the document is or what it's for. But Mrs. Lowery's Unethical, Illegal & Conspiratorail conduct got into the way of her Oath as a Notary & the duties her Secretary possion consist of.

12. Sergeant Clark & other Unknown Sergeant names Red Unit, Modified Housing Sergeants showed Deliberate Indifference, Conspiratorail conduct & Neglect in their duties & left me in a cell Right Beside the guy who jumped on me & sent me to the hospital with Serious physical & mental injurious & left me in that cell & in that POD for 3 days even though I Repeatedly told them this fact & ONLY Finally moved me because the toilet was broken & was full of human waste & it had been broken even Before I was put in that cell. Im Requesting that the Court allow the Other Sergeants names PLEASE be added to the List of Names being Sued under "Individual" & "Official Capacity."

13. Sergeant Locklear, Sgt. Wilbert Walker, Sgt. Hunt & Other Unknown Sgt's names on Red Unit, Restrictive Housing showed Deliberate Indifference, Conspiratoria l conduct & Violated Policy & Procedure. Sgt. Locklear, Sgt. Hunt & Other Unknown Sgt's names neglected their duties & Policy by putting me in November 29th, 2017 thro January 3rd, 2018 in a Top Teir cell & leaving there, making me climb stairs

Even Though I had a Active Medical Restriction at the time of NO CLIMBING,
I Repeatedly told them, Correctional Officers, Transport Officers, Doctor
Nurses & Unit Manager EACH & EVERYTIME I was taken from my cell
Handcuffed BEHIND my Back to see Doctor or Nurse or INFRONT at
the Waist & Ankles when going on a Medical Trip.
Sgt. Lockler, Walker & Hunt all showed Deliberate Indifference,
Conspiratorial conduct & Repeatedly Violated Policy & Procedure
after I was taken to Red Unit, Restrictive Housing over a B-25
issue on June 3rd, 2021 & continued untill June 16th, 2021. During that
period of time I was Denied my property, - Legal Paper, Bible, Hygen
& Address Book - so I couldn't contact the Court or anyone outside
these walls. I Request that when the names of the other
Sergeants that were part of the issues going on in 2017/2018
be foundout, that those names PLEASE also be placed on the
Listed Sued & they too be under "Individual" & "Official Capacity."
14. Katy Poole & NC Department of Public Safety itself showed
Dieliberate Indifference, Conspiratorial conduct after testing
us for Covid 19. Less than 48 hours later we were told on July 30th,
2020 by Mrs. Samms that we ALL - D POD - tested Negative &
was told we ALL - 46 guys - had to pack up our property becauce we
All was being moved into the Gym. So they took us out of a Safe, Clean
& Separated Cells & moved us into the Gym where we were in close
quarters, no separating walls or door & 1 shower, 1 toilet & 2 stand up
urnals for 45 guys - 1 guy went to the Hole - while POD on Blue Unit stayed
empty untill we were moved back on August 2nd, 2020. Yet we still ate
togather in the Chowhall with the rest of the guys on Blue Unit.

The Mandates that was put on DPS Employee's on the streets, the Prison put those same & further mandates on us here at Scotland Correctional even tho we could bring Covid into the Prison & Most DPS Employee's weren't following ANY of those mandates. Some DPS Employee's were being Overly Strict on & taking things Above & Beyond what our mandates stated & YET wasn't following or doing the things these DPS Employee's were Overstepping & forcing on us & punishing us for perceived violations of THEIR overreaching or overstepping mandates while Mrs. Poole -Warden - showed Deliberate Indifference in putting a stop to this conduct. Pull up June thru August & this Court will see this fact on Video Footage on Blue Unit, Hallways, PODs, Main Scotland Hallways & Chowhall. We couldn't give Covid to DPS Employee's, They are the ones who Can bring it in here & pass it to US in the beginning! Mrs. Poole showed Deliberate Indiffence by allowing CO's like Edwards & Jones on 1B Rotation overstep Mandates & Policy while getting away repeatedly & reported Bulling, Threatening & using Petty things to give themselves Authority -So Called- to talk down to & lock down & take our rec. time for the rest of the night for NO Policy or True DPS Mandated reason. There were guys on Blue Unit, C Pod who are Quarantined & ARE Sick & I'm told by a Reliable DPS Source that some of those Sick guys were sent here -told at that time- here from Lumberton Correctional when a NO TRANSFER order was in place & these SICK guys from Lumberton were brought in LITERALLY through the back door on the Kicken/Sewing Plants Shipping & Receiving side & Trough MCON Rec outside area door. I was also told by this same Reliable DPS

Source told me that the 1st guy who died from Covid was one of those Transfers from Lumberton & thats the reason Covid 19 got into Scotland Correctional. Mrs. Poole started on March 17th 2020 quarantining these guys beside B-POD which houses the Kitchen Workers. Which CO's make rounds into C-POD then go into B & A PODS right after. Which A POD has the guys in there that are High Risk of death if caught. Mrs. Poole could have easily Cleared out MCON & placed the Sick back there where they would have been Sealed off from the rest of Scotland Correctional & the CO's that work on MCON ONLY work on MCON & go to NO OTHER Unit to work. Thats 8 PODs with 16 Cell per Pod.

15- Elaine M. Dimicco, Letitia S. Owen, Stephanie M. Oliver, Sophia Feaster have shown Deliberate Indifference, Conspiratorail Conduct & Neglect in their Oaths, Duties & Mission Statement in how they handle Medical Issues which Violates Policy & Procedure. These Actions/Conduct have prevented or Delayed Treatment; Cause further/prolong pain & suffering & or have Put or Attempted to put my Health, Safety, Well Being & Life at risk & indanger because of their Deliberate Indifference, Misconduct Conspiratorail conduct & Neglect.

16. Takeka Smith has shown Deliberate Indifference, Conspiratorail Conduct, Neglect of Duties along which has put Others - including Correctional Officers/ DPS. Employee's - Health, Safety, Well Being & Lives in danger by her Violations of DPS Policies & Procedures.. At times with direct help from Letitia S. Owens & Other Medical Staff along with other DPS Employee's.

17. Clarence J. DelForge III & Jaren Kelly have shown Deliberate Indifference, Conspiratorail Conduct, Neglect & Violations to their Oaths of Office, Laws & Constitutional Rights & Gaurantee's. Both has seen stated Physical Evidence & where to find Further Evidence & have choosen to further help/support/defend

DPS & DPS Employee's who Violating DPS Policies & Procedures, Laws & Constitutional Rights & Gaurentee's instead of for example, like with my District Attorney from my hometown Craig Blitzer who ended up resigning indisgrace who had been investigated & the Evidence was overwhelming against Mr. Blitzer & the NC Justice Dept. Choose NOT to represent Mr. Blitzer Because of that overwhelming & detrimental stated evidence. But yet my Stated Physical Evidence is even More overwhelming & detrimental to the case against DPS & the 52 list DPS Employee's & Still Choosing to defend them & got the Case - including the Habeas Corpus - NO:1: 19cv24 - & the Tort Claim - TA29039- — Dismissed with Deliberate Indifference, Conspiratorail Conduct like the overwhelming, irrefutable & undeniable, detrimental evidence doesn't/didnt matter & justice would be better served by dening justice by stopping that Detrimenal Evidence from being brought to light, that the Violators of their Oaths of Office, Laws & Constitution breakers are brought to Justice along with the Consequences & Repercussions suffered for those Violations & conduct which BECAUSE of these 2 guys Conduct & actions have only further INBOLDINED & TOLD these 53 listed & others that they ARE Above the Law, Policy & Procedure of DPS & ARE Above the Constitution. Also that there are NO Consequences, nor Reprecussions for those Violations like it is for the MANY people you keep seeing More & More on the news also Violating Oaths of Office, Laws & Constit- utional Rights & Gaurentee's & their Amunity TAKEN from them & they ARE being Charged, Convicted & Sentenced for those Violations, including my Disgraced DA Blitzer even thou they gave him & his wife a lesser charge Even Thou he showed NO Compassion to a woman dealing with Cancer who had payed back "So Called" money imbessled, but Blitzer & Wife got away clean & that woman died in prison 13 months of Cancer & she ONLY had a 12 month sentence. But yet they Show Deliberate Indiffence, Conspiratorical Conduct & Neglect of their Oaths of Offices

by giving DPS & DPS Employee's a pass on their Violations & Misconduct while Violating their own Oaths of Offices to uphold ALL State & Federal Laws along with ALL State & Federal Constitional Rights & Gaurantee's for ALL, inmates included. Also the FACT that NO ONE is above the Law, Constitution, Policy or Procedure. Inmates have DIED & have had to Induce Cruel & Unusual & Prolonged Punishment for Unjust & or Unwarranted Write Up/Charges because of the Actions/Non-Actions/Conduct of Scotland Correctional DPS Employee's & because of the Actions/Non Actions/Conduct of Mr. DelForge III & Mr. Kelly & Others.

          The following Definitions of the following Words are provided by "Black Law Dictionary" 11th Edition, 2019

1. "Conspiracy - "An elastic, sprawling & pervasive offense, ... so vague that it almost defies definition. Despite certain elementary & essential elements, it also, chameleon-like, takes on a special coloration from each of the many independent offenses on which it may be overlaid. It is always 'predominantly mental in composition' because it consists primarily of a meeting of minds & an intent." "When two or more persons combine for the purpose of inflicting upon another person an injury which is unlawful in itself, or which is rendered unlawful by the mode in which it is inflicted, & in either case the other person suffers damage, the commit the tort of conspiracy."

2. Injury - "The violation of another's legal right, for which the law provides a remedy; a wrong or injustice. Anything said or done in breach of a duty not to do it, if harm results to another in person, character or property. Injuries are divided into real injuries (such as wounding) & verbal injuries (such as slander). They may be criminal wrongs (as with assaults) or civil wrongs (as with defamation). Any harm or damage. Some authorities distinguish harm from injury, holding that

while harm denotes any personal loss or detriment, injury involves an actionable invasion of a legal protected interest."

3. Chain Conspiracy - "A single conspiracy in which each person is responsible for a distinct act within the overall plan, such as an agreement to produce, import & distribute narcotics in which each person performs only one function. All participants are interested in the overall scheme & liable for all other participants acts in furtherance of that scheme."

4. Civil Conspiracy - "An agreement between two or more persons to commit an unlawful act that causes damage to a person or property."

5. Conspiracy To Defraud - "A secret plan by two or more people to cheat a person or organization. The common law & (in some jurisdictions) statutory offense consisting in a agreement between two or more persons to use dishonest means that will harm or imperil the economic interest of another, or that will influence the exercise of a public duty. Traditionally, the defrauding need not have been the primary purpose of the fraudfeasor's conduct; it is enough for the fraudfeasor's to know that their actions will necessarily result in the defrauding of victims."

6. Conspiracy to Injure - "A tort that occurs when two or more persons combine to harm someone else, whether physically, mentally or economically."

7. Tort - "A civil wrong, other than breach of contract, for which a remedy may be obtained, usu. in the form of damages; a breach of a duty that the law imposses on persons who stand in a particular relation to one another. Tortious conduct is typically one of four types: (1) a culpable or intentional act resulting in harm; (2) an act involving culpable & unlawful conduct causing unintentional harm; (3) a culpable act of inadvertence involving an unreasonable risk of harm; & (4) a nonculpable act resulting in

accidental harm for which, because of the hazards involved, the law imposses strict or absolute liability despite the absence of fault. (pl) The branch of law dealing with such wrongs."

8. Constitutional Tort - "A violation of one's constitutional rights by a government officer, redressable by a civil action filed directly against the officer. A constitutional tort under color of state law (such as a civil rights violation) is actionable under 42 USCA § 1983."

9. Violation - "An infraction or breach of the law; a transgression. The act of breaking or dishonoring the law; the contravention of a right or duty."

10. Continuing Violation - "An unlawful act that occurs as a part a series of related or recurring unlawful acts over a period of time. Each act is treated as a separate violation."

11. Infraction - "A violation, usu. of a rule or local ordinance & usu. not punishable by incarceation.

12. Civil Infraction - "An act or omission that, though not a crime, is prohibited by law & is punishable.

13. Cover Up - "An attempt to prevent authorities or the public from discovering the truth about something; esp. the concealment of wrongdoing by a Conspiracy of Deception, nondisclosure, & destruction of evidence, usu. combined with a refusal to cooperate with invesitigators. A Cover up often involves Obstruction of justice."

14. Obstruction of Justice - "Interference with the orderly administration of law & justice, as by giving false information to or withholding evidence from a police officer or prosecutor, or by harming or intimidating a witness or juror. Obstruction of Justice is a crime in most jurisdictions". "The goal, to proscribe every wilful act of corruption, intimidation or force with

tends in any way to distort or impede the administration of law either civil or criminal -."

15. Inchoate - "Partially completed or imperfectly formed; just begun."
"The word 'inchoate', not much used in ordinary discourse, means 'just begun', 'undeveloped'. The Common law has given birth to three general offences which are usually termed 'inchoate', or 'preliminary' crimes - attempt, conspiracy, & incitement. A principal feature of these crimes is that they are committed even though the substantive offence is not successfully consummated. An attempt fails, a conspiracy comes to nothing, words of incitement are ignored - in all these instances, there may be liability for the inchoate crime."

16. Slight Evidence Rule - "The doctrine that if evidence establishes the existence of a conspiracy between at least two other people, the prosecution need only offer Slight Evidence of a defendant's knowing participation or intentional involvement in the conspiracy to secure a conviction. The doctrine that only slight evidence of a defendant's participation in a conspiracy need be offered in order to admit a coconspirator's out of court statement under the coconspirator exception to the hearsay rule."

17. Adminicular Evidence - "Corroborating or auxiliary evidence presented for the purpose of explaining or completing other evidence."

18. Admissible Evidence - "Evidence that is relevant & is of such a character (e.g., not unfairly prejudicial, based on hearsay, or privileged) that the court should receive it. - Also termed Competent Evidence; Proper Evidence; Legal Evidence."

19. Pinkerton Rule - "The doctrine imposing liability on a conspirator for all reasonably foreseeable offenses committed in furtherance.

of the conspiracy, even if those offenses are actually preformed by coconspirators."

20. Oath of Office - "An oath or affirmation taken by a person to enter into the duties of public office, by which the person promises to perform the duties of that office in good faith."

21. Official Misconduct - "A public officer's corrupt violation of assigned duties by malfeasance, misfeasance, or nonfeasance. - Also termed misconduct in office; misbehavior in office; malconduct in office; misdemeanor in office; corruption in office; official corruption; political corruption; abuse of office."

22. Serious and Willful Misconduct - "An intentional act performed with the knowledge that it is likely to result in serious injury or with wanton & reckless disregard of its probable consequences."

The following are West Headnotes provided by "Thomson Reuters Westlaw" of Federal Court Opinions/rulings.

1. Civil Rights - Vicarious & Liability & Respondeat Supriour in General - Supervisory Liability in General: "Generally to be liable for civil rights violation in supervisory capacity, defendant must have failed to remedy wrong after learning of violation created unconstitutional policy or allowed such to continue or acted with gross negligence in managing subordiantes who caused wrongs."

2. Civil Rights - Goverment Agencies & Officers: "Absolute immunity of public officials under Civil Rights Acts of 1871 defeats suit at outset, SO LONG AS officials actions were WITHIN scope of immunity, but fate of official with qualified immunity Depends Opon circumstances &

motivations of his actions, as estiblished by Evidence at trial."

3. Conspiracy - Civil Rights Conspiracy: "To State conspiracy based 1983 claim, complaint must allege specific conduct violating plaintiffs rights, time & place of that Conduct & Identify responsible officials."

4. Criminal Law: "Passive failure of prosecution to Correct what it KNOWS or SHOULD KNOW is false testimony Constitutes KNOWING use of false evidence."

5. Constitutional Law - Use of Perjured or Falsified Evidence: "A conviction obtained through use of false, misleading or withheld evidence, known to be such by representatives of the State OR by the State must fell under the FOURTEENTH Amendment's due process Clause; the same result obtains when the State, although not soliciting false or misleading evidence, allows it to go Uncorrected when it appears." The NC Justice Dept & Clarence J. DelForge III who tryed to use my Street Charges to make me look bad in an Habeas Corpus Prison Charge case & when I informed Mr. DelForge III & the Court of the FACTS of my Street Charge case of Illegal, Violations of Oaths of Offices, Law & Constitutional Rights & Gaurantees. Mr. DelForge III shawed Deliberate Indifference & Conspiratorial Conduct over those FACTS as he did with the Evidence stated in that Habea's case. So did Jaren Kelly when he was presented with Overwhelming, Undeniable, Irrefutable evidence & Mr. Kelly like Mr. DelForge III shaved Deliberate Indiffences & Conspiratorial conduct by & trying to get the Cases dismissed to KEEP the Truth, Facts & Evidence from coming to light. Which VIOLATES their Oaths of Office.

6. Duties & Obligations of Prosecuting Attorneys: "The prosecuting attorney OWES Honesty & Fervor to the State & Fairness to the defendant in the performance

of his duties as a prosecutor."

"The prosecuting attorney SHOULD use Every HONORABLE restraint so as to AVOID Misconduct, Unfair Methods or Overzealous partisanship which would RESULT in taking Unfair Advantage of the Accused."

"Prosecuting attorney has DUTY to use every LEGITIMATE means to bring about a JUST conviction & to make HONEST & Vigorous presentation of State evidence."

Here's an example of how far Covington, Hunt, Ingram & Nurses have no problem showing Deliberate Indifference, Conspiratorial Conduct or Neglect in self with having no problem Violating their Oaths, Policy, Procedure, Laws & Constitutional Rights & Guarantee's or helping cover up/turning a blind eye of those Violations & Harms - physically & mentally - done during those Violations. Along with the reason WHY DPS Employee's believe they are ABOVE THE LAW, DPS Policy & Procedure along with Constitutional Rights & Guarantee's & the REASON they should - the named people in my lawsuit - lose their so call immunity. This case shows the Court Believing & Ruling that YES Violations are happening by DPS Employee's, YES DPS Employee's are lieing, attempting & going along with Covering Up Violations of DPS Policy & Procedure, Laws & Constitutional Rights & Guarantee's & have in this case finally brought into the FULL light of the Court & the FACT of How the Justice Dept. is Violating their Oaths of Offices to keep these FACTS from being brought BEFORE the Court to PREVENT the Court from SEEING the FULL Facts & Evidence. Sadly in the end the Court ruled that they BELIEVED the many Violations DID happen & yet those named - Covington, Hunt, Barns, Ingram & Nurses - still KEPT their jobs. Barnes & Hunt got promotions & NO TRUE or REAL Consequences or Repercussions for their Misconduct or Violations, NOR Direct ones because

of their Unjustified & Undeserved immunity that blankets them & gives them the OKAY to keep Violating all the things listed before. Nothing changes, Beating continue like described, further Violations of DPS Policy, Procedure, Law & Constitution still WITHOUT Worry or Fear of ANY meaning full thing will be done to Stop or Prevent - which I hoping my lawsuit will finally do - them from doing it again or that if they do do it again they will Lose their jobs, be Charged & Convicted for Laws Violated or being Directly Sued & the TAX PAYER stops picking up the FULL bill & Inmates stop having to Suffer Physical & Mental - alot of the time with NO Medical treatment from a hospital if the injuries aren't bad enough & then Medical Staff along with other DPS Employee's here at Scotland HIDE the inmate in MCON untill their injuries are better or atleast less able to be seen so untill then the inmate is Denied ANY vists from the outside, Phone calls out & Mail disappears. The following case along with my own is WHY Im asking the Court to REVOKE Everyone on my list of their Immunity that THEY THEMSELVES have gone Above & Beyond to be denied as So many other Law Inforcement - which have the SAME Oaths of Office as DPS Employee's have taken & Medical Staff have also taken - & Collage Professers have been Striped of & have had to Suffer the Consequences & Reprocussions OFFICATLLY & INDIVIDUAL capacities - by Federal & State Court rulings - because of their Misconduct & Violations of Policies, Laws & Constitutional issues. So So should the ones list in my lawsait BECAUSE they have Repeatedly shown Deliberate Indifference, Neglect, Conspiratoral conduct in their Actions & Attempts to Cover UP in one way or another of their conduct, actions & Violations. This is WHY I ask the Court to Strip ALL of their Unearned Immunity & ask the Court to Order a FEDERAL Investigation into the Violations & Corruption going on here at Scotland Correctional.

Travon Levi Woods - V- Ronald Covington    3:18-CV-00664 MR- June 21st 2021

III. Factual Background

*4 -1- Nurse involved showed Deliberate Indifference & Conspiratorial Conduct in covering
up the Facts & Injuries done to Mr. Woods by accused.

2- Officer Jerry Ingram Jr involvement & the same Deliberate Indifference &
Conspiratorial Conduct in the Same way as the Nurse.

3.- DHO's same Deliberate Indifference & Conspiratorial Conduct as the Nurse & Mr.
Ingram of the FACTS & VIDEO FOOTAGE response when DHO - same when it comes
to Grievance that state Video Footage as evidence to claim - doesn't want to admit the
fact that Video Footage BACKS UP an inmates statement of innocents & misconduct
of DPS Employee's EVEN THO DPS Policy & Procedure says DHO personal are to
provide an impartial disciplinary hearing." - Chapter B, 0205 (i)(1) &
(j) "Disciplinary Hearing Officer Responsibilities -(1) The DHO reviews ALL the
evidence for referred disciplinary cases, INCLUDING both DIRECT and CIRCUMS-
TANTIAL evidence, determines guilt or innocence and determines sanctions
consistent with this policy." This also shows the FACT that DPS & NC Dept. of
Justice P.S.S. Alan D. McInnes withheld the FACT that YES video footage is
destroyed after 30 days AT Scotland Corr., BUT is held in Raleigh for
5 years PER DPS Policy Chapter F. 1507 (e)(1)(2) which they failed to inform
the Court & in so doing so WITHHELD Evidence from the Court - which further
shows & proves Violations of Law & Constitution along with Contempt of Court &
Misleading the Court of FACTS - which at the time of the Courts Response
Im stating - June 21st 2021 - that footage was still or by DPS Policy & Procedure
SUPPOSE to still be held at DPS in Raleigh & PER the stated Policy above can ONLY
be Destroyed AFTER the Attorney General authorizes it to BE Destroyed.

As of Mid 2020/Early 2021 ALL Video Footage is now digital.

B - Excessive Force.

3rd paragraphy states the Court BELIEVES it was used by Defendants Barnes & Hunt & that Defendant Covington "AT BEST failed to protect Plaintiff from harm & AT WORSE DIRECTED the use of excessive force on Plaintiff by Barnes & Hunt." This is part of Capt. Covington & Other DPS Employees Pattern/Trademark conduct. These Actions are just the tip of the ice-burg of how many Inmates have gotten & are still getting done this way on the Actions & or Orders of Capt. Covington - others done also over & for the same reason stated in this Case. Over & Because & Involving now Sergeant Esholia Nealy who has been GREATLY rewarded for her conduct & the FACT she is Engaged to Capt. Covington & against DPS Policy & Procedure none stopped working under Capt. Covington on his shift with which Violates DPS Policy & Procedure - & Capt. Brit. This case - Woods - v - Covington - only further shows FACT that this is one of many of Capt. Covingtons KNOW & REPEATED tactics when it comes to dealing with inmates he - Capt. Covington - proceives to Irritate or Disrespects himself or who Irritates or Mrs. Nealy CLAIMS Irritates or Disrespects her.

*6 - Findings/Beliefs of the Court of the Misconduct/Violations of DPS Policy, Procedure, Law & Constitutional Rights & Guarantee's.

Here's is a Detrimental & Serious example how the Health, Safety, Well Being & in this case LIFE is NOT a forethought & shows Deliberate Indifference & Conspiratorail Conduct of Tan 1, Unit Monger Tameka Smith & Higher Ups here at Scotland Corr & in Raleigh. An inmate named Julius P. Ellenburg - 1627059 was being abused - Physically & Mentally -, taken advantage of - Financially - & mistreated by James Kelvin Medlin - 0277956 - way Before I was put

into Tan 1, A POD back in July/August 2021 & sleeped on Bunk 21 & Mr. Ellenburg sleep on Bunk 24 beside me. I informed the Unit Managers through a unsigned letter stating this was going on in detail what was happening to Mr. Ellenburg & to Other Defenseliss Wheelchair bound inmates in A POD by 4 other inmates at the same time. I did about a guy who had been BEATENED by one of those Other inmates inwhich Toby — slept on A6 & then moved to C2 in CPOD — was in a wheelchair, but was Beatened for No Reason — just cause the inmate could & was egged on by other inmates that could CLEARLY been seen in the video — & it took 5 days BEFORE DPS Employee's came to his aid & rushed to the hospital — inwhich he had sustained SEVERE & Life CHANGING injuries. On December 31st, 2021 Mr. Ellenburg DIED because of the Physical abuse Mr. Ellenburg sustained lil over a week before by Mr. Medlin — which is PART of the reason Mr. Medlin is in prison for in the first place (No. A18-20, May 21st, 2019) & should have NEVER been placed (among others — the 4 stated) in a POD where those are the SAME TYPE of people are housed in that block — which I'm told by a Reliable High Up Source that Mr. Ellenburg's back was either badly injured or could have been broken which cause complications to his intestings which he was fighting Cancer from, which brought about Mr. Ellenburgs Untimely death. Yet even after this NO Video Footage has been looked at, NO Actions have been brought against Mr. Medlin & himself & the last 3 are still house over there in APOD with the Defenceless & Wheelchair bound.

Toby Wayne Hawkins -1209423-

## Covid & Vaccine

Supposedly this is the worst pandemic since that of 1918 & the Variants of of this disease just keeps coming According to Specialist who want everyone forced to take Vaccines that are AT BEST Experimental. Their effects in preventing or making the disease less life threatening are yet Unproven.

The vaccines ARE NOT held to the SAME degree or level of lab testing as others of history. The Scientist ADIT that the Vaccine DOES NOT stop the spread, nor stops a Vaccinated person from Getting, Spreading or even Dieing from Covid. Our Tan 1, Unit Manager Tameka Smith told us this herself - who tested positive the same Day or Day after - when guys here in CPOD stated they ARE FULLY Vaccinated. Mrs. Smith stated it didn't matter or changed anything. For a perfect example, Neuse Correctional - 3060 - in Wayne County was reopened & ONLY houses VACCINATED inmates & they went into Quarantine in Oct. 2021 because of an outbrake. Commentary by Stephen Flurry states in an articale called "Brought to You by Pfizer" that "Project Veritas caught Pfizer scientists candidly admitting on hidden camera that people who get the disease build a natural immunity that probably offers more protection than a Pfizer Covid Vaccination & that the company is deliberately hiding this fact for profit. One scientist admitted, 'I still feel like I work for an evil corporation, because it comes down to profits in the end... Basically, our organization is run on Covid money now." "An investigative report published by the Children's Health Defense Team found that the pharmaceutical giants & the Corporate media are largely owned by just two asset management firms: BlackRock & Vanguard." "America's corporate, tech & media elites are cashing in on the Covid vaccine for big time profits. Pfizer anticipates $26 billion in vaccine sales alone just in 2021. They do not care about evidence that natural immunity is much better than vaccination. In fact, they are unperturbed by the 17,128 vaccine deaths reported to the Centers for Disease Control & Prevention." Even with these stated facts & all the rest out there. DPS will ONLY allow Vaccinated guys attend School, get Jobs or even be an Orderly - which you have to take a 2 hour class to be Certified" & get paided & Gain Time for. BUT the fact is we

are Already doing the job NPLY1 day in a day out & thats okay that wek1
Im not vaccinated. Vaccinated & Un vaccinated are being denied
Religious Services all together, but can do these AA/NA, Anger Management
& 5 other programs that be signed up for & attended. But NO Religious
Services.

Another example that if ALL DPS Policy, Procedure & Protocol - Safety & Search-
along with daily observation protocols were followed AS Mandated. Then
what happened on Jan. 8th 2022 to CO Patterson in B Pod, Blue Unit could
have been prevented. Mr. Patterson was SEVERELY injuried & had to
be Airlifted straight from Scotland Correctional with a Sheet & a Towel
over his face COVERED in blood. Because NONE of the above DPS Policy,
Procedure or Protocols AREN'T Strickly followed & is Laxed. So many lights
in Restricted Housing has been gutted & that metal delieveraled THROUGOUT
the Prison & every ganghanger, want to be a bully guy has a shank.

## Tablets - Global Tell Link - Money Scam

One of the Big & Main issues with the tablets is the Fact that
NOTHING outside of the Music App. are saved under our Login Number.
So when we lose that Tablet because we are moved to a different Bunk
or different Pod or transfered to a different Prison, we LOSE all the
Time, Money & Effort put into the other Apps. on the Tablet. We have to
Start all over again. Also the Movies on there are movies shown a
million times on T.V. or Old movies. The FACT that 99% of everything
is saved on the Tablet & NOT under our Login Numbers AS IT would be
if we were on the streets & downloaded these FREE APPS., Because then
you could Login from ANY divice & everything is still there where you left
off during last Login even tho your Not on the Same divice you started it

On. Sense DPS & GTL gave us these Tablets, it has caused problems because the System is Substandard & just big enough, but NOT big enough to handle all the Logins & Data, - Tablet, Phone & Other operating systems connected to this prison system - so it kicks us off the Tablet & Phone & or won't let us call out because the system is Overloaded. The Prison Computers are haveing the Same problems as Stated by Relaible Source High Up in Medical. This same person States that "the System is Overly slow or takes forever before it will even act like its trying to open up the program to gain the information needed or to input information". This was a Cheap & Fast put togather system with a High price tag to install & then a Price Galging -$15.00 for 1500mins - price tag to gain access to the service with old movies, free downloads, text message Service ONLY available under the Paid section EVEN THO its FREE for us to Send a message & Cost our outside people to respond. On top of that we have a Daily Time Limit that we can access PAID & NON PAID sections including Legal section which is 180 minutes a day ONLY for that section.

More Recent Medical Deliberate Indifference/Neglect example.

As of Jan. 19th, 2022, Rodney "John" Jones - 0744066 - late afteenorn was rushed to Duke Hospital shortly after arriving back from a Medical Trip over the Medical issues Mr. Jones is now at Duke Hospital. The following information was gotten from Mr. Jones' mother Sylvia Jones. Mrs. Jones states that he has had X-Rays & CT Scans done sense arriving at Duke Hospital & it was declared by Duke Doctors that Mr. Jones needs surgery AS SOON AS can be arranged. Needs Fusion & decompression from T-2 -T8. That Mr. Jones has Ostemyelitis of the spine that Started because of an infection of the blood that had worked its way into the bones. Mrs. Jones states, "This doesn't make no sense to let a person get & Stay in this shape with these Medical

issues & suffering in excruciating pain for 12 months all because they never-
had no available bed for Mr. Jones. Was sent back to Scotland even tho he
had caught that blood infection after within hours coming out of surgery &
was still at the hospital. He was brought back to Scotland Correctional & was
Put in a Receiving & Put on a mat on the floor to sleep for atleast 2 weeks,
before he was put on a bed in CPD. Now after all this time Mr. Jones has
been Tailed to & Treated AS IF he was LYING & FAKING the Medical & Seven
issues - which in the end as it has been in my own medical issue complaints all Raven
when Outside LICENSED Specialist in whatever Medical issues is Finally
gotten involved, its then Proven that all along air users neither LYING, nor
FAKING anything that we were trying to get Medical Treatment & Relief from.
Mr. Jones has had to suffer & endure all this time BEFORE getting the Medical
Treatment Mr. Jones so desperately & undeniably - but was denied this so long-needed
to the point by the time Medical Treatment finally did come, EVERYTHING
has become Unbelievable long worse cause further worsing Medical issues
developed as stated above. This is the Conspiratorial Conduct Deliberate Indif-
ference & Neglect by Medical Staff - including Dr. Jones & PA Dimick - & of other
DPS Employer's contacted by Mr. Jones; family & of listed in my suit on
HOW they health Medical issues that they are UNQUALIFIED to make final
decisions on & Deny, Delay or Prolong us from getting the Medical Treatment
we Desperately & Seriously need which Violates DPS Policy, Procedure, Oaths
of Office/Job along with Constitutional Rights & Guaranteed's..!!

10083
Redacted

I am a Layman with NO Law experence, so PLEASE construe anything I say Literally with all that comes before you.

From Jan. 6th, 2016 to present Ive had to fight tooth & nail to get any Medical Treatment- DPS Policy & Procedure, "Medical Treatment - ADII-1, II (a) - The constitutional obligation, grounded in the 8th Amendment & Statutory requirement GS 148-19 requires Health & Wellness to provide offenders access to guilty care provided by competent healthcare professionals: (3) Improve the health status of the offender (4) Ensure Consistency with the mission & goals of the NCDPS/Prison/Health & Wellness."

Health Services Mission Statement - "It is the mission of the N.C. Department of Correction, Division of Prisons, Health Service section to: Ensure that all incarcerated individuals receive comprehensive healthcare equivalent to that available in the community & subject to the same regulations. Provide continuous monitoring & evaluation of the accessibility, availability & quality of healthcare provided by this Division. Provide opportunities for professional development of staff through continuing education & effective health education for inmates."

Healthcare Treatment Philosophy: "Health professionals are committed to respect all human beings. This commitment cannot be altered by the fact that individuals being cared for are in correctional facilities. The philosophy, ethics, responsibilities, functions, roles, skills, & legal authority that guide the practice of community health professionals also guide the practice of health professionals in corrections. All employee's involved in the delivery of health services within the Division of Prisons, shall treat all inmates who are receiving healthcare professionally & with dignity." - For spinal issues which to a small point gotten slowly & far apart & with hassel. Over Medical

Restrictions of Not Climbing which I had from around April 28th 2016 untill April 5th, 2018 when it came up again for renewal & on May 6th, 2018 I was Told it had been renewed, but not true. After many many Sick Calls, grievances & trips to Restrictive Housing, its still an issue. I've yet been able to get Dr. Locklear Jones to deal with it or been able to force the issue through DPS Policy & Procedure ways. Its a ongoing issue with my Restrictions & getting Treatment. The Medical issue - Lower Spine/Right Leg - that got me the Restriction in the first place & the Facts of that Medical issue through a MRI was the ONLY reason it got renewed in 2017. But even with those Medical Facts, - which still haven't change at this moment in time -, at that Sick Call in 2017 Dr. Locklear Jones stated that the Prison wouldn't attempt to deal with the issue, that I'd have to live with it. Which with my Lower Spine that causes my Right Leg to go numb & at times loss of all function here & there without warning. I let Central Prison deal with my thick toenails. They CUT & BURNED my skin around my nails & the Skin UNDER my toenails to the point that they now grow crazy. Some grow in crazy different directions. One grows Straight UP. They are spotted Yellow & Brown tint under the nail & a few are thicker - which Scotland doesn't sell Toenail Clippers -, one is big, to gather nail & not normal. I've stopped trying to get treatment for that because its an issue, but not a big as others. I've stopped trying to find out about the Heart pains - which I'm told by a guy with the SAME accouring issues consistaint with what Aorta Vascular Plumary Vessel Anurism feels like which PA Elaine M. Dimicco will later wave away & not talk about, let alone look into. -, which at times I have electrical currents - some small, some large - that goes from my heart to under my left arm pit, but Never any further. The issue is there more then it isn't. When it gets bad, it feels like a Round Stake has been stabbed into my Top Left

side of my heart. Grievance Rejections & Responses shows just how hard the fight is & has been along with the Deliberate Indifference, Conspiratorail Conduct, Neglect & Violations of DPS Policy & Procedure, Law & Constitutional Rights & Guarantee's here at Scotland Correctional & from Raleigh DPS Employee's. Then on Nov. 29th, 2017 incident happened where I was jumped on & I was transported to the Scotland Hospital where I had a broken nose, bad concussion, facil fractures, swelled shut left eye, half swelled shut right eye & BOTH black as the ace of spades. The handling from that moment on is the issue from Nov. 29th, 2017 & further issues that lead up to present day that further Shows & Proves just how BAD & DEEP that DPS Policy & Produre, Deliberate Indifference, Neglect, Conspiratorail Conduct & Violations of Oaths of Office/Job, DPS Policy & Procedure, Law & Constitution. So on Nov. 29th, 2017 while at the hospital from sometime after 9:30AM up untill around 6/7PM I was NOT given anything to eat. Upon returning to Scotland Corr. is when further misconduct - listed above - happened. I was put in the BirdCage/Holding Cell on Red Unit for over 2 hours sitting on a hard steel I beam & was still given nothing to eat even tho I told the Sgt. I had not been given anything to eat for Lunch or Dinner. When I was told I was being put in Red Unit Restrictive Housing, C Pod, Cell 24 - which is on the top teir -, I informed that Sgt. I had a Active Medical Restriction Not to be Climbing Stairs. He made me climb those stairs anyway carring a mat. I was in No condition Mentally or Physically, nor had the Strength & in to much pain to argue to hard over it. I was put in that cell with ONLY that mat. No Sheets, Blanket or Shirt Jacket, nor anything elese to keep warm with for 2 Days even tho I repeatedly asked. Between Nov. 29th, 2017 to Jan. 3rd, 2018 I Repeatedly told CO's who took me down & back up those

stairs while handcuffed BEHIND my back to go see the Nurses, Doctor, Sgt. Gaddy & FCC, along with Transport Officers who done the same with the stairs — which one of those Officers told me to wait till I got to the 4th or 5th step & then fall & he'd let me, then I'd get paid — & I was handcuffed to my WAIST in the FRONT. If I had fell, I'd not been able to catch myself if that Right Leg would have went out. Going & Coming Back from a Medical Trip I told all Transport Officers who took me, Nurses, Doctor & even the CO's & the Red Unit, Unit Manager Mrs. Gerald that I had a Active Medical Restriction Not to be Climbing Stairs which done me no good with NO ONE untill Jan. 3rd 2018 when after Repeated attempts Mrs. Gerald finally had me moved down to C Pod, Cell 19, Bottom Teir. I had Head Injuries — Left eye swelled shut, Right eye swelled 1/2 shut, Broken Nose, Crack running from inside my Right eye socket to my forehead & other facial fractures: I was told I had to let the Nurses know when I wanted my P.R.N. pain meds when she came into the Pod. The issue was I was put in the Last Cell on the Left side of the Pod which is the same eye I needed to be able to see out the cell door with to see the Nurse in the Pod. If it hadn't been for other guys then I would have never known when the Nurse came because I could See or Hear them. Telling the Nurses, Doctor or anyone elese didn't help with solving this issue either. Because of the Deliberate Indifference, Conspiratorial Conduct & Neglect of their jobs, Mrs. Milsap, the investigating officer Chavis & Sgt. Gaddy, I was charged with a A-10 & later found guilty EVEN THO the Evidence & the Facts show I was a Victim & not a willing Participant. Mr. Victor Locklear stated because he Believed & Felt that Because I didn't write a Statement Before

going to the hospital - EVEN THO Medical Records show I had a bad concussion which is WHY I couldn't remember at the time - that "I was either Lieing - about what remembered later & had told Sgt. Gaddy infront of Mrs. Gerald BEFORE & AFTER Sgt. Gaddy tried to Scare me into Changing the facts I was telling him that happened in Mrs. Gerald's office & this was the day After Mr. Chavis & "SO CALLED" Kim Smith says I refussed to write a statement again - OR I was trying to Hide something". #1 There was NO ONE with Mr. Chavis that day. #2 IF I refussed to write a statement "As They Say", then WHY DIDN'T Mr. Chavis have me sign that paper also when he had me sign those other papers or WHY DIDN'T Mr. Gaddy have me do one after I told him & Mrs. Gerald what I remembered & while Mr. Gaddy was trying to scare me into changing what I was saying happened & Mrs. Gerald NEVER said a word while Mr. Gaddy done this infont of her. I was housed in MCON. When moved from MCON to Modified Housing - which by DPS Policy & Procedure I was NEVER supposed to be house there -, I was put in E-41, 2nd Floor, Red Unit. The guy who jumped on me to "Put Me In My Place" was in cell E-39 Right beside me. Which Violates DPS Policy & Procedure. I told the Sgts after getting in there on June 17th 2018 - early morning - up to June 19th 2018 - late afternoon - of this Fact. By DPS Policy & Procedure this ISN'T Suppose to happen or stand. I was ONLY moved Because the toilet was broken & had been Before being put into that cell, but didn't findout that fact untill After I did #2 in it & pluse more was still in that toilet when I was finally moved to F-27. If the guy who jumped on me on Nov. 29th, 2017 had wanted to take revenge on me & further "put me in my place" again because he also got charged & convicted on a A-10. Then he had Plenty of time cause More & make Worse the damage & medical issues

I already had, was & Still am dealing with from that Nov. 29th 2017 incident much, much worse. My anxiety & fear was over the top during those days between June 17th 2018 & June 19th 2018 & I'm still dealing with that anxiety even today which is only made worse because of the Deliberate Indifference, Conspiratoral Conduct, Neglect & the Denial of Proper Medical Treatment along with the Violations of DPS Policy & Procedures, Laws & Constitutional Rights & Guarantee's along with Violations of Oaths & Ethics of DPS Employee's & Staff, along with other issues which has made FEAR & Looking Over my Shoulder - because of DPS Employee's, NOT because of other inmates - all the time part of life here at Scotland Correctional. I was still being Denied that No Climbing Restriction up to March 2021 & lost June 3rd 2021 by Head Nurse Letitia S. Owen by Violating DPS Policy & Procedure by changing my Experation Date from Nov. 30th 2021 to June 3rd 2021 to Remove me from bunk Tan 1, C12 which also Violates DPS Policy & Procedure & doing so without a Medical - issue Fixed or Better - Reason FURTHER Violates DPS Policy & Procedure which will be explaned out further into these documents. Even Tho I was TOLD on May. 6th 2018 that my No Climbing Restriction had been renewed, come to findout when I moved to Modified Housing was a lie. When I was taken to Modified Housing, I was taken up in the elevator. Between that time because of Fear of Falling down those stairs I couldn't go to Outside Rec., See the Nurse or Doctor, nor go to a Class they said - CO's - was Mandatory - Lucky for me my group had not had to go to between getting there & leaving early a Month 1/2 or so later. But not going would have ment a Write Up & Modified Housing time - 3 months - being Started over. - cause they said - CO's - I couldn't go down on the elevator. On Jan. 9th 2019 a 530 Habeas Corpus was filed over that A-10 - which I was told by the Court &

the Special Deputy Attorney General Clarence J. DelForge III - Charge that I was unjustly found guilty over. On July 10th 2019 myself & NC Dept. of Public Safety was informed in a letter that the U.S. District Court - MDNC was going to hear my case & that they had 40 days to respond. On July 14th 2019 Capt Ronald Covington took myself & 2 other guys down to ~~Dorm~~ Receiving & I was put in the First Shower Cell, 1 guy in the next Shower Cell & the 3rd guy in a Holding Cell. Capt. Covington had my handcuffs removed & told me to move further in to the Shower Cell under the Showerhead. Capt. Covington pulled his taser out, pointed it at my face inches away & put the laser into my eyes- back & forth - & directly threatened me. He told - Capt. Covington - me, "I'm not fucking around with your fucking ass, keep your fucking comments to & about Nealy to yourself & I If you tell anyone what happened down here or cause ANY problems, I will Personally fuck you up." Told me, "IF you are a man, now is the time to do something & Prove it." The whole time Capt. Covington had the taser right in my face & CO standing behind him over his left shoulder, 1 CO standing in the doorway of the Shower Cell & 3 to 4 outside the Shower Cell. Further & more Indepth details in the Grievance filed, which a copy of was sent to the Habea's Court, to Mr. DelForge III & to Eric Hooks - which at the time I didn't know those two where going to be part of that Habea's Corpus case. Mr. DelForge III's letter was just sent to the Dept. of Justice office - When Capt Covington & the Other CO's left my Shower Cell & the Cells the other guys were in, Capt Covington STILL HAD that taser in his Right hand & you can see this Fact on the Video footage. From then on Capt. Covington & others have shown Deliberate Indifference, Conspiratorial Conduct, Neglect & Violated MANY DPS Policy & Procedures along with causing me overwhelming Fear, Anxiety, Stress, Worry with their

Overwhelming Harasment, attempts to Manipulate me, Intimidation & Retaliation Tactics & Actions all these years nonstop pretty much. I wrote a Emergency Grievance & sent it to the Inmate Grievance Resolution Board in Raleigh - which they sent back to me stating it wasn't a Emergency EVEN THO the paper they sent back with it Stating what was Concidered an Emergency is Exactly what was Stated in that grievance - & made carbon copies & sent them with a letter to Eric Hooks - Secretary of Prisons -, Lisa Bradly - Special Deputy Attorney General - Which I didn't know at the time that Mr. Hooks or A.G. Office would be part of the Habea's Corpus case for DPS. I sent a copie to the Federal Court & 3 other places, plus my Power of Attorney at the time. Grievance Board in Raleigh said it WASN'T a Emergency Grievance - EVEN THO Capt. Covington directly threatened bodily harm to me & others = & that I had to file it with Scotland Correctional, which I did after I rewrote it, I sent it directly to Katy Poole - Warden - & Mrs. Poole gave it to Blue Unit, Unit Manager Jerry Ingram Jr - now Capt. Ingram - & Mr. Ingram signed off on it on Aug. 9th, 2019. Later that same day & then again on Aug. 11th, 2019 Capt. Covington showed further Deliberate Indifference, Conspiratorial Conduct, Intimidation, Manipulating, Harassing & Retaliation actions & tactics directly towards me. Aug. 11th, 2019, Blue Unit, C Pod camera footage can help prove this fact. On Aug. 12th, 2019, Mr. Ingram came to my cell & Harassed, Intimidated & Belittled me through my cell door & then walked away before I could get my cell door opened to try to talk to Mr. Ingram, but Mr. Ingram had already walked off - C Pod Video Footage will show this to be fact also & ALL Video Footage SHOULD still being held because the Industrial Commission ORDERED that ALL EVIDENCE stated was to be held & IF ANYTHING was Deleted or LOST it would be Considered AS IF

it would SHOW - Video Footage or Documents - exactly what I have stated it would - & when I caught up with Mr. Ingram, he informed me he didn't have time to talk to me. So I wrote Mr. Ingram a letter - carbon copy made - & a CD gave it to Mr. Ingram directly. Aug. 15th 2019, was given a hard time by Cynthia Lowery - which I didn't know her name at the time - Green Unit Secretary & Notary. Mrs Lowery didn't want to fill in the Notary place in my papers or place her seal on them. Also Mrs. Lowery started reading my Legal Papers to the Federal Court & was making Notes on what they said. I informed Mrs. Lowery that what she was doing was Illegal. But Mrs. Lowery kept on Reading & Writing until I took the papers back from her. Mrs. Lowery told me that my Case Manager would have to make the copies for me & I informed Mrs. Lowery that I KNEW Case Managers make NO copies of ANY papers, including Legal papers & I had that in writting from one. Which was true at the time. Aug. 25th 2019; 4:56 PM, Chowhall - Capt. Covington, at the time Lt. Locklear - now Capt. -, Sgt. Dial - Male CO - & another CO are standing together in the Chowhall where I had to walk by them to leave while they all stared me down & when I got close to them & was walking by Capt. Covington was talking about me being "the one who dared write that Grievance on him" & they all followed me with their eyes - which the Video Footage you will see me & see them as their heads tracking me till I get out of their sight - trying to Intimidate me as I go down the hall. - Chowhall & Hallway Video Footage will show this to be a Fact - Nov. 21st 2019 around 2:29 PM - I tryed to get 4 Legal Documents copied & Notarized. Again the Blue Unit Secretary wasn't here, so again they send down Mrs. Lowery - which at the time I was told her name

was Mrs. Locklear - & I was told again that I'd have to get my Case Manager to make the copies & I told Mrs. Lowery again Case Managers don't do that - but come to find out that on Nov. 17th, 2019 a Unposted Memo went out to all Secretaries that they could NO Longer make copies of ANY Legal work any longer. That we now had to go through our Case Managers to get them Copied. This Memo JUST HAPPENED to be sent out the Very day the States/Prisons response came in the mail & giving me ONLY 20 days to respond back. The Prisons Higher Ups or Scotlands Warden Katy Poole are trying to make it more difficult to get Legal Work done & sent out. Cause now ONLY T-1 Claims - Which they say that DPS Employee's will Scan & sent it to where it needs to go Which is Illegal - Can get copies made of. Also you can ONLY get 2 sheets of Carbon Paper at a time when you Turn In 2 used sheets. Which makes it really hard when you need 3 Carbon Copies of many pages of Legal Work. Again Mrs. Lowery not only was reading my Legal documents, but again also making Notes about what was in them. Even Tho I again confronted Mrs. Lowery on that Fact that she wasn't Legally allowed to do either any more than the Mailroom was legally allowed to open my Legal Mail & read it. Mrs. Lowery again still didn't stop, so I took my papers back - Which is another reason why there SHOULD be camera's in ALL offices as they now are in the Control Booths so there is NO BLIND spots for Unethical, Illegal conduct That Violate DPS Policy, Procedure, Laws & Constitutional Rights & Guarantee's - & I told Mrs. Lowery I'd be filing a Complant with the Prison - Grievance, which I did - & also with the Federal Court which was my Habea's Corpus papers I was trying to get Copies of & Notarized. I did Both.
Nov. 27th, 2019, I sent a letter to the Federal Court, Mr. DelForge III & Mrs.

Sheryl Hatcher - Grievance Dept. - to inform them I was given False Information of the Green Unit Secretaries name being Locklear, that her name was really Cynthia Lowery. Even Tho I sent that letter to Mrs. Hatcher WAY BEFORE Step 1 could have be Investigated or even started, that information was ignored. See Grievance Responses for full details. I was told by my Case Manager that IF the ONLY reason why I caught that A-10 charge WAS Because I had to go to Outside Medical & NOT because of a "Fight With Weapon" like I'm labled. Then I should have No Problem being able to get a Early Override to get my Mediums. So I sent in the "Institutional Transfer Request - see copy of that paper - form like Mr. Blackmon said & put in the "Reason For Request" the information Mr. Blackmon told me to state. I was Approved like Mr. Blackmon said it would be by Asst. Superintendent Charle Locklear, but was overrode by some unnamed person.

Feb. 18th 2020 - I was shown Deliberate Indifference, Conspiratorial Conduct when I was Retaliated against, Threatened, Harassed & taken to Red Unit by Sgt. Hester in which I wrote a detailed Grievance over.

March 17th 2020, around 1:10 PM - I was told to pack my stuff. I was being moved to F-29 - Bottom Teir Cell -. Then the CO came back & told me I was being moved to D-20 - Top Teir Cell -, I told the CO I have Medical Issues that prevents me from being housed on the Top Teir or 2nd floor because of the stairs. Mr. Ingram - Blue Unit Manager at the time - knew this Fact, but told the CO to take me to Restricted Housing. So the CO's first have to take me to Main Medical which they did. They tell us, Yes I have Documented Medical Issues - which should have activated DPS Policy & Procedure, Chapter E. 2600 - & Yes at one time for 2 years I had a Medical Restriction Not to Climb Stairs,

but BECAUSE Dr. Locklear Jones still hasn't renewed that Restriction - not because of my lack of trying & paying CoPays trying hard to get a discussion to get it renewed - there was nothing they could do to help me. So I was taken to Restrictive Housing where I sat for 3 days - with No Write, No Investigation which DPS Policy & Procedure Mandates MUST start within 24 hours. Without the Write Up, I can ONLY be held for 2 hours in the BirdCage/Holding Cell. No Longer which was told to Sgt. Hester on Feb. 18th, 2020 by Sgt. on Red Unit/Restricted Housing - March 20th 2020 around 6:30pm I was moved back to D-21, Blue Unit, Bottom Floor Cell.

April 2nd 2020, around 11AM, C-25, Blue Unit - Capt. Ingram came & told me & others to pack up cause we were being moved yet again. Capt. Ingram asked where I was at the last time I was moved, I told him D-21. Capt. Ingram told me I had to go upstairs - 2nd Floor - to Green Unit. Again I tell Capt. Ingram what he already knows about my Medical Issues - Which Dr. Locklear Jones Has Not & Will Not address for some reason & now 2 weeks later here we go again - So Capt Ingram again tells the CO - same one as last time - to take me to Lockup - Restricted Housing -. So again. Im taken to Main Medical. They inturn tell us the SAMETHING as the last go round. So Im taken to Restricted Housing & put in a BirdCage/Holding Cell. An hour later I was moved to C Pod Restricted Housing Rec. cell around 1:53 PM. I was told they was going to move C-25 out & put me in there. But C-25 refused to be moved, so around 2:41PM Sgt. Locklear came to me to inform me I was going to be put in C-16 - Top Teir -, So I told Sgt. Locklear I couldn't be housed on the Top Teir like he will knew from the last time I was brought to & kept in Restricted Housing - March 17th - 20th, 2020 - for this SAME reason. Sgt. Locklear Threatened me that he, "Would get the PERT team down here to DRAG your up those Stairs to C-16." I

told Sgt. Locklear that IF I Willingly walked up those stairs to be housed on a Top Teir, then all that had been Done, Refussed, Neglected a Tryed to be Done or Threatened to be Done if I didn't & the Medical Treatment, ontop of the Non Medical Restrictions renewal Denied or Promished was done that Never Happened would give THEM a OUT or ALLOW THEM to get away with it & all because I bowed down to the Fears, Threats or just stupidly do it & Put my Health, Safety, Well Being & Risk further Injuries of my Life if I done it & if my Right leg went out on me while I was on those stairs & IF I had done as THEY wished, then I would NO Longer have a leg to stand on or any Defense to try to further Fight for this Documented Medical Issue & I was NOT stupid enough, nor could THEY Scare or Threaten me - which ontop of the Capt. Covington, Ingrem, Adams/Mailroom & Grievance & Medical Issues that already made the Fear high - enough to WILLINGLY do it, anymore than their Deliberate Indifference, Conspiratorical conduct, Violations of DPS Policy & Procedure or any of their other actions & attempts to stop me from Standing Up, Speaking Out & allowing THEM ALL to get away with all THEY have Done & or Tryed to do. So he - Sgt Locklear - would have to just call the PERT team to get me put in Cell C-16. Finally around 3:48pm Sgt. Locklear asked if he put me in the computer to be housed in D-17, Blue Unit, will I go? I said Yes because it's a Bottom Floor Cell which has been the Whole issue all along & the last time. So I was sent back to Blue Unit.

June 14th 2020 - I got a paper from. Christopher Adams from the Mailroom stating that I had gotten a Religious Calender in the mail & we're not allowed to have a "Wall Calender" because of its size. Funny thing is I have a hard-back that closed is & the same size open as that Culender is. But anyway thats NOT with DPS Policy & Procedure states a yet. I was made to send it Home

or "SO CALLED" have it Destoried. So I marked "Mail Home," signed it dated it & sent it back to Mr. Adams.

June 22nd, 2020 - I get a paper from KM Russell stating that if I don't have $7.75 in my account within 3 working days, then my property - the Religious Calender - Will Be destoried. The Prison keeps a "Running Bill" on us for Medical, Dental & Write Ups - which I don't see how they get away with doing it. Because when I was in County Jail I was told by them it was Against the Law for them to keep a "Running Bill/Tab". If the money wasn't IN the account "At Time of Service", then they could NOT take money that comes in later for past service, but could take what money was in the account even if it wasn't the full amount, but that would be the ONLY money gotten. So how does the Prison get away with it sense they also are a State run entity also? "At the time it was already $7.00 in the account because of at the time I had the Library Clerk job. But would not add that .75¢ to that "Running Bill/Tab" untill I got paid again the very next week on Monday. But if I had been Completely Indigent, it would have been sent Home for Free. I know this for a Fact cause I got a book in the mail in 2018 that I was told I couldn't have because it showed Nudity - which was a small picture of a Trible woman shirtless & could see her breasts. But the Prison ALLOWS National Geographic in about the SAME subject & FULL PAGES pictures of those SAME kind of Trible women pictures - It was sent Home - which is how I know about the small picture in that book - & NO Charge ever showed up on my Weekly Trust Fund printout.

June 24th, 2020 - I get a paper from Mr. Adams stating I had gotten a "Hard Bound Publication Larger Than 2 Inches". There's two issues with this. #1

It was a book called "Harry Potter & The Order of the Phoenix" & this book is Not 2 inches thick & its soft cover. #2 There is NO HARDCOVER books put out to by the company who put together the Harry Potter books. I marked "Mail Home", signed, dated & set it back to Mr. Adams.

July 8th, 2020 - I get a paper from Mr. Adams stating that ONLY my Religious Clander - which came in the mail on June 14th, 2020 - had been sent Home, but NOT my book along with it even though there was $19.92 in the account - all from Library job pay -. If they had put BOTH in a Medium box, it would have ONLY costed me $15.05. I sent a Request Form asking WHY BOTH wasn't sent out together sense there was enough in the account to do it?

July 16th, 2020 - I get a response back from Mr. Adams that the "Book was not ready for mailout. It's a process for everything done within the mailroom & the Staff always do things according to policy." So it takes MORE THAN 22 days to Allow a book to be sent back out in the mail? But if I send a BOX of books I had in my possession home, it goes out the NEXT DAYS mail! But it takes longer on property that comes in the mail thats NOT given to me longer before it CAN BE sent home? Why? So on my Weekly Trust Fund Statement - July 20th, 2020, 1:01:01 thru July 27th, 2020, 18:01:59 - that on July 23rd, 2020 a Postage/Shipping charge for 0.01¢ is taken from my account which was the full amount in it at the time. So I sent a Request Form to the Mailroom asking about that charge & what it was for. I got NO response back

Aug. 5th, 2020 - I go to the canteen - which is on Wensday & we just got our Account Statement on Tuesday night - to buy stamps - got paid Aug. 3rd, 2020, Monday- & all $7.00 is gone. Im told to send a Request Form to Mrs. Drew -

Trust Fund Dept -. Mrs. Drew responds back about having a package thats to be sent Home, that the $7.00 was taken for that, the full cost is $8.40 & I still owed $1.38. So it took from June 24th, 2020 to Aug. 4th, 2020 to get that book OKAYED to finally be sent Home? But thats ONLY after I had informed the Federal Court of this further issue with Scotlands Mail room - Property coming in & about Legal Mail NOT making it out - I got paid $7.00 a week for my Library job. So WHY did it take them so long to Even ATTEMPT to send my property home? The "EVOLVED ATTEMPTS"- Deliberate Indifference, Conspiratorial Conduct, Violations of Oath of Offices, DPS Policy & Procedure, Laws & Constitutional Rights & Guarantee's - I spoke about in the ~~Deth~~ Defendant Rundown part includes the Mailroom DPS Employee's. My Property finally got sent out on Aug. 12th, 2020. Then there's the Issue where NOT ALL envelopes lobled "Legal Mail" ARE NOT making it out of the Scotland Mailroom. Ive got LETTERS - from 3 different places, Lawyers & County Courthouse - proving this FACT.

March 4th, 2020 - I had my "Motion For Appropriate Relief" notarized - 8 copies - & put 6 of them in Brown Envelopes, took them to Sgt. Davis to sign off on, Mr. Davis signed & dated the 6 Brown Envelopes, I signed & dated it & Mr. Davis sent them to the Mailroom with Blue Unit's Secretary. Those Brown Envelopes SHOULD have went out in the morning mail on March 5th, 2020 to the Rockingham County Superior Court, to the NC Dept. of Justice, Rockingham County D.A.'s Office & 3 other places.

July 13th, 2020 - I sent a letter to the Clerk of Court requesting the Status of my M.A.R. Request. I was informed by the Clerk dated July 16th, 2020 that they NEVER received my M.A.R., but didn't say - as they had in other response letters - if the D.A.'s office or A.G.'s office did or not. Ive gotten NO response

from the other 5 places. I was told by the Blue Unit Secretary that I could Request a copy of the "Legal Mail Log" thats kept of ALL Outgoing Mail & get it. I sent 2 Request Forms - July 21st & Aug. 20th, 2020 - & a response dated Aug. 27th, 2020, Mr. Adams states, "Your request for all legal mail you've sent out will need to be requested from an attorney / court order." I had sent the 2nd Request Form after I got a letter back dated Aug. 8th, 2020 from the Clerk of Superior Court telling me my 2nd M.A.R. made it to them, but the 4 other Motions I requested yet again Status on - 1 mailed out Nov. 27th, 2019, 3 mailed out together on Dec. 4th, 2019 - NEVER made it & never said if the D.A.'s office got them. But I doubt it because the Clerk stated the D.A's office had the 2 mailed out on Dec. 6th, 2019, but the Clerks office NEVER received those 2 Motions either. I sent the Clerks Office my "Motion For Appeal" on Aug. 28th, 2020, Status letters on Sept. 9th & Oct. 15th, 2020 with NO Response back. I have NO Idea if those letters ever went out & I have no Extra Copies - outside of mine - of those of those Motions that I can just add a New Notarized Affidavit paper to & just send out like I did with the M.A.R., so these Legal Mail issues are only further Delaying my legal attempts to gain Justice, my Freedom & get BACK to my now -then- 8 year old son & his sister who I have been away from sense Dec. 11th, 2014, when I SHOULD have been at worst back home to them NO LATER than June, NO EARLIER than March 2016 IF I had gotten TRUE Justice that Law & Constitution demands a guarantee's. I've been kept from getting close to home & kids, - which I could have done around Dec. 16th, 2017 which I was eligible for on that date - but because of that A10 Conviction that I was/am Clearly a Victim - & further been Victimized sense -, NOT a Knowing Participant to what happened. Which because of that Verdict

which got me a "Institutional Violence" stamp & didn't get my Mediums until Over 3 years later -around 16 months- & so still no closer to home. I was 18 days away from getting my Mediums with NO reason to be denied when Nov. 29th, 2017 happened!

Aug. 26th 2020 - Unit Manager & Over Jobs, Mrs. Samms came to my cell door around 12:36 pm, Blue Unit, D Pod, Cell 17; Video Footage will show- in a Loud, Angry & Irate demeanor stating she was "taking my Library Job from me BECAUSE I was JUST an inmate & I wasn't going to disrespect HER officers & that I have no control nor run anything & that I had NO RIGHT to Complain or Seek relief to be able to do my job." Mrs. Samms Conduct Violates DPS Policy & Procedure Chapter A. 0201 (e)(1)(2)(3)(f)(1)(g9) h8, Chapter A. 0703 (3), Chapter G. 0301 (d), .0303 (a)(b). Mrs. Samms done this Right After she finally got my grievance out of the Grievance Box which had been sitting in there sense July 29th 2020. I had sent 2 Request Forms to Mrs. Samms. 1st on April 24th 2020 trying to get help over issues with doing my job & the 2nd on Aug. 17th 2020 over the grievance that was in the box & had been sense July 30th 2020. Also Mrs. Hatcher -Grievance Dept- was contacted by my Case Manager Mr. Blackmon Cause I sent him a Request Form on asking for help over that grievance still being in the box. That Grievance contains Mrs. Samms & Capt. Ingram names stating I've been to them trying to get the issue over my Library Job fixed & handled. It also contains the Latest & Ongoing issues. By DPS Policy I HAVE to Violate a Policy in some way BEFORE mine or ANY job can be taken from us. I've NOT done that. When I was in Modified Housing - FPod, 2018 - I watched & listened to CD Neal - the CD named in this recent grievance - Cuss & use the N word letting inmates have it because Mr. Neal said they were "Keeping the Block

hot by doing stuff to keep making himself & other CO's have to keep coming into F Pod so much. No wonder they couldn't do bussiness or make any money by keeping the Block hot." Then as I state in this grievance, Mr. Neal causes issues with me doing my Job & NOTHING MORE by following me around into the Pods & Just standing there starring at me while I tryed to do my job & causing me issues cause Mr. Neal was in there doing that showing Deliberate Indifference in causing the problem, but yet in 2018 Mr. Neal stated what he did to F Pod & Knew the issue he was Causing in those pods by just standing Inside the Pod Starring. Mr. Neal, nor ANY other CO do that to Any other guys that its their job to run the Hallways & Into the Pods.' I've NEVER been caught moving/transporting ANYTHING from Pod to Pod. NEVER been searched, questioned or accussed of doing so, but get treated by Mr. Neal & 1B Rotation like I have, when the one's who HAVE dont get treated as I do.' Like a Hallway Janitor who got Caught 2 times - once carring drugs & the 2nd time carring drugs & a kite - a BOTH times he d'idnt Get a Write Up, NEVER lost his job - he was the Top Janitor postion & Capt. Covington made it know HE'S the one who gave him back his job & moved the other Janitor back to the #2 position spot - & still FREELY allowed to run all over Blue Unit doing his job WITHOUT a CO shodowing him or limiting him in doing his job. When I got this Library Job this time, it was a 3 days a week Job. When the issues - Deliberate Indifference & Conspiratorial Conduct started by Capt. Covington - & Stayed - & no help from then Unit Manager Ingram Jr or anyone else - I tryed to do it only 2 days a week - the LEAST I Could do & STILL be able to do my job - hoping I'd have less hassel being able to get out of my Cell & Pod to do my job on night shift. Still one Rotation - as stated in Grievance - still NEVER allowed me to

do my job & the other Rotation got way harder then it already had been & CO Neal got even worse after CO Washington got his Sergeants Stripes & moved off Blue Unit for a time. I don't know what CO Neals new found issue was or Why he had the Attitude or Issue with me & me doing my job. But it just shows the Changes & Wide Spread Deliberate Indifference & Conspiratorial Conduct all/or going on. I show ALL DPS Employee's & Staff RESPECT - Even Mr. Neal, Covington, Ingram & others EVEN THO they OVERWHELMINGLY Show & Prove I SHOULD NOT - & just try to do my job so that myself & others wanting to get something to read, can do so to help pass the time & or learn something new & relax! And yet look what happens when I've done NOTHING wrong & yet how I get Talked to & Treated. As stated before, DPS Policy & Procedure states DPS Employee's & Staff AREN'T suppose to Cuss or make Racial Slirs & are SUPPOSE to keep Conflict & Issues down & mellow, not CAUSE or MAKE Worse conflicts & issues or try to PUSH a inmate's buttons so that you can GAIN a legit DPS Policy & Procedure Violation so you CAN write him up & Legitly TAKE his job. DPS Policy & Procedure Mandates "DISCIPLINARY ACTIONS" for their Violations of DPS Policy & Procedure.

Aug. 19th 2020 - I went to the Blue Unit Secretary office to get a box & one of those Forms - Personal Property Disposition"- so I can send some property home & I'm told I'll have to wait until the following week to get that form because they are Changing something on it. So I get a new form on Aug. 26th 2020 & what they have changed, - I don't if it was by Raleigh or by Scotland Corr. themselves only - was the date it Supposely had been Changed Policy Committee - which is ONLY how DPS Policy & Procedure can be Rewritten, Chapter A. 0601, 0602, 0604, 0606, 0607, 0608, 0613 (a) "Standard operating procedures may not conflict with Prisons policies." was back dated to Carer

them in a lawsuit another inmate had just filed just Days after that date - see old & new forms -. They took out the Clause in the form where its states, "the Cost to send property home will come out of your Inmate Trust Fund Account" (unless I am indigent)"... ect. They took out the "Unless I AM Indigent" part. So now when we are told we have too many books, pictures, letters or too much Legal Papers to Either send it Home or it will be Taken & Destroyed. So if you are Indigent, now they can Just destroy it no matter what it is. Whats the Indigent Fund for if not for this? It's not like DPS aren't Making money on us buy Charging $5.00 for Sick Calls/Dental or $7.00 for a Medical Emergency when the States/Tax Payers are already paying for all Medical Care. Plus the $10.00 for Write Ups & Price Gauging in the Canteen & with Access Secure Pak, Union Direct & the money scams with/through Globel Tel Link & the Tablets, along with money scam - along with Violations to Federal Postal Code & Regulations - through/with Text Behind. Also the money $2.00 per picture ticket - for Picture Trickets that goes to the So Called "Mens Club" that has ONLY happened ONCE in the a little over 6 years I've been here & EVEN THEN the Prison Charged us $3.00 MORE than the Papa John's pizza costed on the Streets & advertised on TV. So NO "Mens Club" Money was used/spent there! Thats like the issue over sending Property home that has come in the mail, that they say I can't have & Even Tho at the time I had a job & paid every week & cant just put that as a "Running Bill/Tab" like they do with Medical & Write Ups, then take the money when I get paid as they do with Sick Calls & Dental visit. Instead they rather THREATEN to Destroy my property WITHIN 3 Days if I don't have the FULL Amount - ie .75¢ - in my Account by then. DPS Employee's would rather show

Deliberate Indifference, Conspiratorial Conduct, Neglect, Games & Cover Ups when ANY of DPS Employee's are Confronted through Grievances or Court Actions of them going against DPS own Forms, Policies, Procedures, Law & or Constitutional Rights & Guarantee's or will Restore your 30 Days they took from you to STOP you from getting an A-10 charge Rightfully overturned & STOP the Court from Hearing or Reading anything Unethical, Illegal, Unconstitutional & Conspiratorial conduct/actions going on here at Scotland Correctional. Getting those 30 Days back in my Habea's Corpus case is a good & a small win, But even smaller when compared to the FACT I was WRONGFULLY found guilty & Punished in 6 different ways instead of JUST the Punishment DHO ~~og~~ gave me which is 1 of those 6 & it had 4 punishments in that 1 alone & And the FACT that Everything showed I wasn't guilty, but a VICTIM! Thats why I ask the Court not let them get away any further with ANY of that IN or DURING this Case PLEASE! Here's an example where DPS/Scotland Employee's aren't looking out for OUR - Inmate or CO's - Safety, Health or Well Being. CO's Edwards & Jones who are both off of the 1B Rotation were under investigation over a PREA complaint filed through Dr. Lucklear Jonas & Others in Main Medical of Undeniable & Irrefutable evidence that things DID happen to Mr. Joey Howard by CO's Edwards & Jones. Mr. Howard said he couldn't file that PREA through the phone at that time cause the *63 PREA number wasn't working. Mr. Howard called his family & informed them of what happened & then filed a Medical Emergency which is how he was Seen by Dr. Lucklear Jones & the photographed. There was Clear Physical/Body Evidence that Mr. Howard was Assulted & Soughtamized with an Object - not a body organ/part - & Clear Video Footage showing BOTH CO's going into Mr. Howards Cell

TOGATHER which Violates DPS Policy & Procedure Cause 1 CO's is Suppose to stay Outside the cell while 1 searches or whatever. That investigation lasted around 8 to 10 months & in Sept. 2020 BOTH CO's were back to work like nothing ever happened & further inbolding THEM & OTHERS they are ABOVE the LAW, DPS Policy & Procedure & Constitution. I bring this up ONLY because it Shows how I & E - Inmate & CO - are Unsafe here on this side of the fence here at Scotland Corr. & the FACT I had already informed Eric Hook - Secretary of Prisons - & Clarence DelForge III - Special Deputy Attorney General - through my Habea's Corpus - NO:1:19-CV-24- papers about those 2 CO's - before this happened with Mr. Howard - & about other CO's Lawless Conduct & Actions & YET because of theirs & Others Deliberate Indifference & the Fact I gave them Names of CO's, Dates, Times & Locations of Video Footage & DC 138 B statements also with Date, Time & Locations to Back up ALL Allegations I was making at the time. Its a FACT Neither took time to look into ANY of my Allegations. But because of theirs & other DPS Higher Ups have Choosen to show Deliberate Indifference, Conspiratorial Conduct, Neglect & Violations to Oaths of Office, myself & Others - inmates & CO's - have had, are having to pay the prize & suffer for their Chooses & Mr. Howard had to pay a Serious & Humiliating Price for their Deliberate Indifference. CO's Edwards & Jones still even got to work up front & during that whole investigation, so suffered, nor pay or suffered no Consequences or repercussions for their Conduct. I know this filing will make things even worse for me as it moves forward. But if I don't Stand up & Speak Out, then who will? So far NO CO's here have. Sadly the BAD DPS Employee's & Staff have NO FEAR of ANY Consequences or Repercussions for their Conduct or Actions because of DPS Higher Up & because of people like. Mr. Clarence DelForge III & Jaren Kelly. This is WHY DPS

Employee's BELIEVE that they are UNDER THE COLOR OF LAW & ABOVE the LAW that they can do ANYTHING - for example the Woods V. Covington case: 3:18-CV-00664 MR, 6-21-2021 Court ruling - they want, however they want to do it NO MATTER what DPS Policy & Procedure, Law or Constitution says!! So for its TRUE, just look at that case stated above & the FACT that Covington, Barnes & Hunt not only still have their jobs, but Barnes & Hunt have gotten promotions & Covington & Hunt are doing the same & worst things!

Sept. 2nd 2020 - It looks like Mrs. Samms Rant & Raving about "Solving the issue by taking my job from me" was just further Conspiratorial conduct & further attempt of Retaliation, Intimidation & Humiliation cause I put in that Grievance over the issues of being able to do my job & the Fact I named Mrs. Samms in that Grievance. If this Video Footage IS looked at, then it will be like the saying goes, "A picture is worth a thousand words," then that Video Footage is worth a Million! Mrs. Samms face expressions & body language even without audio still shows & proves Beyond Doubt what Im talking about when I say Rant, Rave & Anger which is nothing New for Mrs. Samms. Its almost a Daily thing. Mrs. Samms will cuss you out, use racial slurs, literally talk down to you & make a Nonissue a issue & then make it worse & Mrs. Samms will ignore you worse than Mr. Ingram EVER did. With all of them - DPS Employee's - Im so tired of having to look over my shoulder & keep an eye out for their Conspiratorial Conduct, Deliberate Indifference & their Setup Conduct all the time! Im not a Gang Banger or Trouble Maker - they get treated Way BETTER - & yet Im treated like you'd think one of them would be treated. But I CANT let the Fear, Anxiety & Stress Caused by them - DPS Employee's & Staff - Stop me from doing the Right thing & Standing Up, Speaking Out. Because not doing so Stops, Solves, Fixes or Prevents NOTHING.

It just gives the DPS Employee Predators a target & a big Hidden Victim of their misconduct, actions, belittlings & abuse from them. If something isn't done Directly - in a "Individual & Official Capacity"-, then it will NEVER stop & they will just keep getting away with it, the Prison will stay Understaffed & ONLY get worse along with other Inmates & DPS good Employee's will keep suffering - Menally & Physically as I am - if No One SAYS or DOES nothing about it!

Sept. 3rd 2020 - Video Confience with Ear, Nose & Throat Specialish Dr. Andrea Jarchow & she states the CT Scan shows all the facial Fractures I've stated & it shows a badly crooked nose thats Causing Nasel Passage to remain wide open, Breath/Throat issues, Skin - bone is stabbing the skin on the nose - & the Left ear issues. She's - Dr. Jarchow - is unsure about the headache issues. This only goes to show further proof of Dr. Locklear Jones' Delabertet Indifference & Conspiratora:l Conduct on these issues, but On & About other issues also. But also the Deliberate Indifference to the Pain & Suffering Im having to indure Because of those isscues & without the Proper Medical Attition that was & still is needed & have Complained about sense Feb. 2018. Mrs. Jarchow states AS SOON as Central Prison starts up again, that Ive already be placed on the list to HAVE the surgury to fix the issues. This should further show I DON'T play games or FAKE Medical issues going on or the Pain I say Im having & that Im NOT after Pain Meds or any other Meds for any reason then for Pain & most of the time NOT even then. IF I do agree to take ANY, I REFUSSE one's that Might or Will Cover up the issues so that I can't tell if those issues are getting Better or Worse. I just ASK for the Medical Treatment

to Solve or Get As Close as can be done to Solve the issue as Medically Possable & NOT cause the issue to get worse or new ones. I don't expect perfect & my expectations I do have Dr. Jarchow states are Low & Doable. Dr. Jarchow says if anything gets worse to set up a appointment with her. But that will cost me Another $5.00 & take 3 SickCalls with a Nurse Before I MIGHT get to see the Doctor & TRY to get her to do it or anything elese. Why is it they can keep charging us for the Same issues over & over again or for trying to get the Medical Treatment ALREADY ordered but NEVER done or to get Restrictions renewed over & over again that the Medical Issue that brought about those Restrictions HAS NOT changed or to TRY to get Restrictions Renewed that Dr. Locklear Jones won't talk about EVEN THO there is Medical DOCUMENTATION & Past renewals by Dr. Lucklear Jones showing it IS a True Medical Issue that still Unfixed & Unresolved, which only further shows Deliberate Indifference & Dr. Lockear Jones' Conspiratorial Conduct. Even on Chronic Issue - which my Spinal Doctors have listed me as having Chronic Nerve Damage in my Neck, across Shoulders & down Both Arms -, Policy States we're NOT to be charged for. But they DO ANYWAYS! If we say something to Trust Fund, - about this & being charge more than once when we were within the 14 days or when made to go to a 4th Sick Call - Trust Fund says take it up with Medical & then Medical ignores you & your Request Form. These are just a few issues & there are even more that need to be Addressed & Fix or Inforced better or New Policies to Solve these Deliberate Indifference issues. Be as Strick on DPS Employee's & Staff as they are on US - Inmates & Good CO's -. Just because they commit these Violations, Misconduct, Deliberate Indifference actions Under Color of Law & BELIEVE they are Above the Law doesn't change the

FACT that DPS Policy & Procedure, Law & Constitution still Applies to US - Inmates & Good CO's - & CAN'T be Broken, Overlooked or Bypassed because WE are on this side of the fence & because they have BADGES clipped to their clothing, Waste or Hung around their necks. They are BOUND by those 3 things listed above & by the Oaths they took to GET & WEAR those Badges they like to flant in our faces. THEY - DPS Employee's - are NO MORE Above the Law, Policies, Procedures or Constitution then we are!

Sept. 10th, 2020 - I went on a Medical Trip to UNC Spine & yet again I was Shorted me on the PackOUTS. Im Suppose to get because it will miss Lunch at the Prison during these trips. This also happened on Aug. 25th, 2020 when I went on a Medical Trip. Im suppose to get 2 Packerts & EACH are Suppose to have 1 Peanut butter, 2 packs of thin sliced meat, 6 peices of bread & a Apple in EACH BAG. We get NOTHING to drink in the Packouts like we do when you get Trip Packouts from Central Prison or Other Prisons Im told do. Both times it was even short the Peanut butter.

Sept. 18th, 2020 - In less than a Month, 2 guys have died of Covid 19. One guy died in his bed on Tan Unit - Medium Custody - & the Other guy died not long after he was Finially rushed to the hospital. The problem is with him is the FACT he was shipped here from Lumberton literally through the Back gate/ Backdoor of Scotland BECAUSE there was A NO TRANSFER ORDER ineffect. Warden Katy Poole's Deliberate Indifference & Neglectfulness chuose to Allow these SICK Inmates to be Transfered here to Scotland ANYWAYS. Those guys were Already Sick & placed on Blue Unit, C Pod right beside the Kitchen Pod & Accross from the guys who were more pronded to die from it.

Sept. 18th, 2020 - Blue & Green Unit Kitchen Workers had a lot of guy test Positive & was moved into Blue Unit C Pod instead of MCON = were a few were put - which

which would cut them & those CO's - MCON CO's ONLY work in MCON & don't come into contact with ANY inmates outside of MCON -. Like I've said before, CO's are going into C Pod & then B-Pod - Kitchen Workers & Hallway Janitors - & then into A Pod which has the guys in there that are High Risk if they get it & are more likely to Die from Covid. But NOTHING is being done to Protect Me or Them - CO's included -. The Prisons Warden Katy Poole's Deliberate Indifference/Neglect is putting ALL our Health, Safety, Well Being & Lives at a High Risk. Yet most of the Scotland DPS Employee's & Staff are Complaining only about their Pay & THEIR Protection - Even tho its a FACT we can't give it to THEM unless THEY bring it in THEMSELVES or as Warden Poole has done, brought it in KNOWING those guys were Already Sick from Covid & a NO TRANSFER ORDER was in place - to the News Station & to the Laurinburg Exchange newspaper. Story is in the Sept. 9th 2020 edition. DPS Employee's told them that they didn't want to take it back to their Families, NOT the FACT Warden Poole was bring Covid Sick guys from Other Prisons to Scotland. Just like when we went on this Lockdown in Aug. 2018 & was kept in FULL Lockdown for so long - let out for 5 mins to Shower or use Phone, but NOT BOTH - that guys families complained so much that Raleigh sent a DPS Raleigh Employee to Scotland to investigate & was here for 3 days. Raleigh then told Warden Poole she had to take us off FULL Lockdown. We are STILL on Part Lockdown even today - Feb. 6th 2022 -. Warden Poole & Other Scotland DPS Employee's Complained then of PAY & SHORT STAFF for their Deliberate Indifference - They GOT that Pay raise, but not many new staff & are kept on this 1/2 Lockdown/Modified Housing set up, NO GYM Rec. & Very Very little Outside Rec. Same complaints again - Pay, Short Staffed - & Still - at that time - after 2 years we are still on that 1/2 Lockdown/Modified

Housing set up. They stopped letting us come out for Night Rec. cause they say that Scotland Corr. is short staffed, but all the CO's that have been here are Still here, so why the change. Sense they closed our traps on the doors, now we cant get any hot water for soups, coffee, ect. Sgt. Simmons says she got a email saying No One is allowed out of their cells at night. But that emibl is inforced only on Sgt. Simmons shift as long as it doesn't incovenice them, but when it does, then they disregarde it like Sgt. Simmons started doing in the morning by poping our doors to Come Get our trays instead of passing them out like they were told they Had to do. DPS Employee's complain about a Pay Raise & after they get it, then they do less, keep us locked down & we suffer for it untill like I said it incovenices them & dont want to follow what & how they are told to do something like we CAN'T Come out for NO REASON on Night Shift.

Sept. 23rd 2020 - I've gotten no word over my last grievance which is overdue & I've yet to get a response from Main Medical where I sent a Request Form over the Meds. Dr. Scott - UNC Spine - renewed & upgraded. The Medline Nurse says it doesn't even show up on the computer. Another thing, how does the Prison get away with making us Allow staff to Slowly flipp through our Legal Mail that is CLEARLY addressed as in my Case to the U.S. District Court - MDNC or to the Rockingham County Clerk of Superior Court. like Mrs. Samms did & does? They say they are making Sure there's No Contriband in the Brown Envelopes that are Addressed to a Court, DA, AG or Commissions named & address printed on the front. Mrs. Samms did this today with papers to the U.S. District Court & when Mrs. Samms was done

She looked up at me with hostle eye's & shook her head at me like she was disappointed in me, which I'm guess is while Slowly Flipping through those parts, she seen her name on the Lawsuit List. Which is another reason/example WHY all offices should have a Camera in them cause its a Blind spot DPS Employee's use to do things out of Camera Eye & when stated about these things, it's Our word aginst Theirs, when it would be the Video Footage against Their words. Sgt. Lamb was standing there also during this incounter. DPS Employee's SHOULDN'T be allowed to do this period when the Envelopes are labled with the Stated Names & Addresses on them. Because the Mailroom Double Checks ALL outgoing & incoming Legal Mail Names & Address are Legit Legal Mail places. So if a Outgoing addressed envelope isn't addressed with the right address, then it would be rejected & checked out further. So the going through Legal Mail for Contriband is a False & Unlegal Reason to go through a Brown Envelope Labled Legal Mail. Now a Personal Mail Brown Envelope is a different story. It doesn't have the Legal Protection that Legal Mail does.

Sept. 25th 2020 — Now Warden Poole has had atleast 20 guys — me being one of them — out of D Pod because we came back "Abnormal" & was put in B Pod with 6 guys already in there who tested "Positive" & are Overwhelingly sick & keeping us in Quarantine for 30 days. The sick guys are Only getting Cough Medicine & nothing more — a bottle a day — . We are being shorted on meals & more so at Lunch time. Today the finally moved the High Risk guys out of A Pod & put them on the other end of Blue Unit into D,E,F Pods. BUT DPS Employee's & Staff who are working on this end — A,B,C, Pods — are still going around CO's & Inmates on the other end, so Still aren't fully following Quarantine Protocol. The HeadNurse Letitia S. Owen

told me I would be getting a copy of the Results - which took the Prison Less Than 21 hours to Test, Send Out, Get Back a Inform us of these results - that got me a others put into Quarantine. But as of yet still not gotten that copy like we had after getting tested on July 28th 2020 a EVEN THO then WE ALL test "Negative", we were ALL-44-moved into the GYM that only had 1 shower, 1 toilet a 2 Urinals for 44 guys a NO wall protection as we had in D Pod. WHY would you take guys out of a CLEAN enviroment a put them in the GYM a still have them Eat with the rest of the guys on Blue Unit in the new Chowhall? Or move guys into a Pod with 6 overwlemingly Sick guys who tested "Positive" when the others test only "Abnormal" with no signs or symtoms or sick. or Worse of all, WHY would you LITERALLY bring guys through the Back Door - Video Footage will prove this to be a FACT - when you KNOW they are Sick a a NO TRANSFER order is Inplace for THIS VERY Reason.

Oct. 8th 2020, 3:28PM, Blue Unit, B Pod - Mrs. Samms yet again came into B Pod Out of Control - Literally, Emotionally - a then sprayed James Dixion for NO TRUE DPS Policy or Procedure reason a then closed his - Mr. Dixion's - trapdoor a left Mr. Dixion in that cell coughing a gaging - Mr. Dixion had been trying to file a Medical Emergency BECAUSE he was ALREADY having trouble breathing - a Sgt. Lamb, along with others CO's tryed to get Mrs. Samms to let them get Mr. Dixion out of that cell. Mrs. Samms refussed to allow it for around 3 to 5 minutes while Mr. Dixion coughed a gaged even harder in that cell. The Whole time Mrs. Samms is Cussing, Yelling a Threatening Mr. Dixion. The Vido Footage will show another one of those "The picture is worth a thousand words" moments, but the Video shows WAY More! Mrs. Samms LITERALLY shoved Sgt. Lamb a other CO's out of her way a not only yelled a cussed Mr.

Dixion face to face through the cell window, but Also at CO's too. Mrs. Samms told those CO's to let Mr. Dixion marenate for a while. Mrs. Samms was MORE out of control, irate then she had been with me over that grievance, but ALSO verbal, hostal & physical even to the CO's who were/are around Mrs. Samms. The Video Footage will Show & Prove this to be a FACT. Yet I bet that you WON'T Find any paperwork or complaints filed as DPS Policy & Procedure Madates by ANY DPS Employee's involved; including Sgt. Lamb on Mrs. Samm's direct Violation of DPS Policy & Procedure. Mrs. Samms done this in a Cell beside me & Sprayed Mr. Dixion HEAVIERLY - which if that Mace was blood, then the cell looked like a BLOODY murder Scene - & that mace spread throughout the WHOLE B Pod with guys in here Already having trouble Breathing & you use a chemical that puts a man to his knee's when sprayed who's Healthy & Breathing Clearly. What do you think that stuff does to a guy who isn't? We all were coughing & gaging & the ones Closer to Mr. Dixion - myself included sense I shared a vent with his cell - got a big dose of that mase.

Sept. 25th, 2020 - Somehow 1 B Rotation DPS Employee's Jones & Edwards are back at work. NOT Fired, NO Criminal Charges, NOT in Jail or had to Bond out. How is it they get away with what they did when Video Footage along with further Clear, Undeniable & Unrefutable Evidence backs up what Mr. Howard stated happened? CO Jones is still over stepping DPS Policy & Mandate by locking me down for the rest of the night because I was eating in the Pod/Dayroom, EVEN THO there is a Sign - which I have one of those signs gotten for me by Higher Up DPS Employee - at the Front of the Pod put up BY Scotland that CLEARLY states, "Mask should be worn at all times, EXCEPT when EATING."

Oct. 15th 2020, 7:45pm, Blue Unit, B Pod — CO's Edwards, Buckers & Lt. Reevles locked me down for the rest of the night because I was eating in the Dayroom. I pointed to the sign thats still posted on the windows at the front of the Pod put there by Warden Poole's orders onto every Pod window. I was told — & Lt. Reevles went along with it — that means when I'm in my cell. The DPS Employee's on 1B Rotation repeatally overstep their Authority, DPS Policy & Procedure. over petty things as a Show of Power over & against anyone with NO Legit or Policy reason cause i can & are allowed to do so by Higher Up & their Sgt Bridges. Writting grievances, sending letters to Eric Hooks or Telling Anyone in Raleigh or here at Scotland Corr. gets me NO WHERE. This further proof of Deliberate Indifference & Conspiratorial Conduct.

Oct. 19th, 2020, around 10:15AM — CB Wiley came to B Pod door with Step 2 of my "Job Issues Grievance". I told Mr. Wiley they Skipped Step1. Mr. Wiley went through his papers & couldn't find a copy of Step 1. But Step 2 states it Agree's with Step 1. I told Mr. Wiley I jeust sent Sheryl Hatcher — Grievance Dept. — a Request Form over a Step 1 Response being Overly Late. Mrs. Hatcher Should have gotten my Request Form on Oct. 15th, 2020. How could Dean Locklear agree with a Step 1 that has already Timed Out? Because Step 1 has Timed Out then Mr. Locklear is the one who then has to investigate it & give a response. That Clearly wasn't done. Also I wasn't allowed to sign Step 2. Mr. Wiley just wrote "Unable to Sign" & checked "Appeal". That doesn't prove I seen or read that paper. How do they keep getting away with all this Deliberate Indifference & Conspitatorail Conduct & doing things However they want to do it?

Oct. 19th, 2020, 10:54AM — 1A Rotation CO Jones just Brought & Handed Calvin Cheeks a Grievance. Step to Read, Sign & took that paper back. So WHY

couldn't I have Signed my Grievance Step 2 9 Minutes Ago?

Oct. 22nd 2020, 6:46 pm - Headnurse Letitia S. Owen came to BPod & said, "The reason we haven't gotten a copy of our Covid Test Results is because she didn't have the Medical Hours to do all the printing of those papers & that we would be coming off Quarantine in another week or so. That CPod would come off first." CPod is already over their 30 days & in 3 days from today will be our - BPod- 30 days. What are the DPS Medical Staff or Prison -DPS Themselves - trying to hide by Not giving Me/Us a copy of those Covid Results like Mrs. Owen told me I would get the day Mrs. Owen READ the Covid Results to me in DPod the day they moved us to BPod & like we got a COPY of the Covid Test Results the last time we were test & then moved into the GYM Even Tho we ALL test "Negative"? Something's not Right about ALL this. Just like the Signs about "Cleaning The Phones" or the ones about "Wearing PPE In This Area" that HAD NOT be posted before, NOR WORN & then a couple days later someone came around & took pictures of those signs AS IF they have been posted the Whole time, which they Have Not. NONE of those signs were put up UNTILL a little over a week before we are to be taken off Quarantine.

Oct. 23rd 2020 - We were taken of Quarantine.

A "Institutional Violance" stamp is now called a "Predatory Infraction" which is Degrading & looks worse on someone like myself when DPS Employee's Unjustly put that label on US when like me has done NEATHER of those things that got me that A-10 charge & convicted. But now I have a Degrading, Unfair & Untrue stamp in my Records now depicting me a PREDATORE. ONLY BECAUSE I had to go to Outside Medical!

Oct. 16th, 2020 - Sent Request Form to Mailroom Christopher Adams asking that
   he run the Tracking Numbers on the Religious Calender & Hardback Book
   because Lisa Price - my Power of Attorney at the time - says Neither has shown
   up at her home which is the address it was Suppose to be Sent to.
Sept. 22nd, 2020 - Scotland ran the Exhaust Fans alnight & froze us. Cruel & Unusual Punishment
Sept. 24th, 2020 - Covid Test Done · now understand the reason for the Exhaust Fans.
Oct. 31st, 2020 - Nov. 3rd, 2020 - Been running AC day & night. Cruel & Unusual Punishment
   It appears Scotland are trying to get us Sick Enough to pop up "Abnormal"
   again to put US on Quarentine & get further Covid money.
Nov. 2nd, 2020 - Request Form #2 sent to Mailroom Adams over Calender & Book.
Nov. 3rd, 2020 - N.P. Stephanie M. Oliver showed Deliberate Indifference &
   further Conspiratorial Conduct in the Report she wrote on Sept. 2nd, 2020
   stating "MRI - which was done on Nov. 10th, 2016, So almost 3 yrs Old - shows NO
   Issues of Low Back/Right Leg & Shows I DON'T Quailfy/Meet Criteria for
   a "No Climbing Restriction" - EVEN THO that MRI is WHAT GOT that
   Restriction Renewed in 2017 & BACKS UP there IS a Issue & Now N.P.
   Oliver says shows NOTHING -. States that "the Hard Copy from Dr. Stephen
   Scott - UNC Spine - over Meds says I have to Consult with Doctor over
   that Med Dr. Scott renewed & upgraded." Medical will give me the pills
   I can keep in my cell, but NOT the one Im suppose to take at the Med Window
   which Im Suppose to take WITH the Med Window Med. The funny & Conspiratorial
   poof of things the Fact in Medicals statements they NEVER state anything about
   the Med Im give to keep in cell & take With Med Window Med didn't show up
   in the Lab Work they STATE was done, but NEVER was!
Sept. 10th was when that was done & as of today still not seen/talked to Doctor
   over that Med. Nurse says Stroke Test must be talked to Doctor about.

Nov. 3rd 2020 - Clothshouse CO states Katy Poole says NOT to give out shirt jackets at this time a YET Scotland keeps running COLD AIR into the Pods. There is NO Excuse or Reason for this other than trying to get "Abnormal" Covid Test results which still is Cruel & Unusual Punishment misconduct.

Nov. 4th 2020 - got a "Medical Communication To Offender" paper tonight from Main Medical & Unknown Author so they can't be Directly accountable for their following statements. It states, "Previous communication was sent to inform that MS - or its MDS, I don't know - restrictions will not be renewed as Criteria have not been met. You were seen by aptomelry 3/2020 following your Vision Concerns and perscribed eye glasses which was issued 4/2020. Goabopentin was discontinued after labs were done and none was detected in spite of you receiving it each day. This medication will not be restarted. You was also prescribed meloxieam to take daily and this was last rifilled 9/14/2020. Please complete a green sheet for refill request." I explained the Restriction thing in the Nov. 3rd 2020 Sick Call vist. The Eye Glasses thing is Straght Deliberate Indifference, Neglect & Conspiratorial Conduct in full veiw, Cause I Don't need Reading Glasses, nor does Reading Glasses solve the Vision issue of CLOSE UP a at the VERY SAME TIME the Distance Blurred issues that Comes a Goes. Also when I was taking that Goabopentin a was stopped out of the blue wasn't because NO Lab Work showed it wasn't in my system is a Blatant Lie, Cause NO LAB WORK/BLOOD was EVER taken or done while I was on that Med a the Melaxieam Med during those 3 months or so. But yet Medical SAY's the Goabopentin wasn't in my system a is now REFUSSING that Med, but still trying to give me the Melaxieam which if Medical HAD done Lab Work/Took Blood like Medical says they did, then why don't they state that wasn't or was found? Because NO LAB WORK was

was EVER Done, NO Blood was EVER Taken in those 3 months, nor after those 3 months. But IF it had REALLY been done, then BOTH Pills would have been found in my system. I DON'T PLAY with Meds. Take them or Refuse them.

Nov. 5th, 2020 - Wrote a Grievance that between 6:20 pm & 6:40 pm I was allowed out of my Pod - B Pod, Blue Unit - to do my Library Job & I get run out of Blue Unit C Pod BECAUSE I have CO Ornelas - female - shadowing me. So I leave C Pod & go to D Pod & CO Ornelas is trying to rush me to do my job after only being in the Pod after a few minutes, I tell CO Ornelas I'm doing what I'm SUPPOSE to being well doing. Then I turn around - Video Footage will show this to be a fact - & I have 3 CO's standing IN the Pod, Sgt. Washington is standing the opened D Pod door & CO Neal is looking through the door from the Main Unit Hallway watching. So BEFORE I can leave D Pod the books I've Been Given to be put in the Library Return Box is searched. That has NEVER happened. ALL CO's KNOW I don't do ANY transporting of ANYTHING. So when I get out D Pods door I asked Sgt. Washington what the deal was. Sgt. Washington said What do you mean. I said I've NEVER been followed before Until CO Neal Started doing it. - Which that, CO Neals attitude & not letting me out to do my job was what the Last Grievance was over - Sgt. Washington said this had NOTHING to do will Neal, - but yet CO Neal was right there at the door outside of D,E,F Corrador Glotting - SAID they were doing their jobs - but yet they don't shadow Hallway Janitors who go into & around inside the Pods to do their jobs - I told Sgt. Washington that I'd handle it like I did before. Sgt. Washington said, O, how you going to handle it? I said in a grievance like I did the last time when CO Neal done it. Sgt. Washington told me I was done doing my job & to go back to my Pod & lockdown. I told Sgt. Washington they was going Above & Beyond their job & adding to what Ingram, Dean Locklear & Raleigh

stated in their response in that grievance. Sgt. Washington stated thats just how it was & I told him that was NEVER how he used to be. Sgt. Washington then stated I was FIRED & he'd write it up tonight to have my job completely taken from me. These actions tonight is further proof of Deliberate Indifference, Conspiratorial Conduct & Retaliation for my Grievance over CO Neal a because ALL - Ingram, Dean Locklear & Raleigh - agreed I was to be allowed to do my job. They did Ignore the Words a Conduct of CO Neal. In Shadowing me is Preventing me from fully doing my job & causes Issues in some of the Pods & they Know This. Because I'm being Shadowed - which like taking my job from me, they have NO REASON to do it anymore than anyone elese who has a job that takes them In a Through the Pods - is causing guys & my self from getting & filling out Book Requests Forms so I can turn them into the Library to be filled & get a book to read. Also this is further proof of Deliberate Indifference, Conspiratorial Conduct, Retaliation, Intimidation, Manipulation & Harassment because I called out the Facts in a Grievance & didn't let ANY of them Bully me about it into backing down & keeping quiet & stopping from Trying to do my Library Job. I MAY BE a Inmate, but Wrongs & Violations to DPS Policy, Procedure, Law & Constitutional Rights & Guarantee's CAN'T be allowed to Happen or Continue to Happen & WILL NOT STOP unless someone Stands Up, Speaks Out about the Misconduct, Violations & Conspiratorial Actions. I've Always TRYED to do my job to the best of my ability & not just Pretend to do it & get paid for it. I don't do Anything I'm NOT SUPPOSE to do while doing my job. When CO Neal isn't making rounds, he's stilling infront of the Outside door letting the Cold air rush over him. CO Neal sweats like he's Detoxicing or going through Withdraws of Alcohol or some other substance. Nov. 6th, 2020, 11:22 AM, Blue Unit, B Pod - I asked CO Sheely to Directly give

Capt. Ingram my Grievance so he can sign off on it - Which the LT & Capt's normally will do - & give it Directly to Sheryl Hatcher - Grievance Dept - & send me my Pink copies. I did this so I KNEW it was signed off on & sent forward so it wouldn't sit in the Grievance Box 2 months like the last one did. But Sheely said Capt. Ingram to put it in the box. So I let Mr. Sheely do it. Video Footage will back up all I said in that Grievance. It stated, "What Remedy Would Resolve Your Grievance: Stop the Retaliation, Intimidation, Manipulation & Harassment tactics. Let me do my Job like I was allowed to do BEFORE July 14th 2019 happened & Stop the Threats of taking my job from me for NO GOOD, TRUE, LEGIT POLICY BACKED REASON!" This probably won't help or change anything anymore than any other grievance ever does or completely does EVEN THO DPS Policy & Procedure Mandates state SHOULD. But NOTHING CHANGES if one keeps their mouth shut. Just like the other Deliberate Indifference & Conspiratorial Conduct going on Concerning Medical, DPS Employee Conduct & Violations to DPS Policy & Procedure around here at Scotland that is being Done, gotten Away With & Covered Up!

Nov. 12th, 2020 - Warden Katy Poole shipped guys in from Pendle Correctional today. That Prison is where the First Covid case/hotspot broke out & where the First Covid death happened. They are Quarantined on Blue Unit, A Pod & 1st Shift Kitchen Workers are housed - including myself - in B Pod & 2nd Shift Kitchen Workers are now housed in C Pod. Warden Poole is still putting myself & others at Unneeded Risk by housing Quarantain guys next to me & the Kitchen Workers. The CO's making their rounds in A-Pod & then Coming to B & C pods just like before moving it From one Pod to the Next.

These Violations, Deliberate Indifference & Conspiatorail Conduct issue are spoken about through out my Habeas Corpus Case - NO 1:19-cv-24 - & brought

of Secretary of Prisons Eric Hooks directly through letters to his office OR through papers filed to the Court & copies send to Special Deputy Attorney General Clarence J. DelForge III. The following information was sent to the NC Industrial Commission Special Deputy Commissioner Melissa Botiglione & Assistant Attorney General Jaren Kelly because at the time things were moving forward with the Industrial Commission & still no Word or Response from U.S. District Court -MDNC at the time. I have copies of ALL stated Letters & Documents sent to the above list & unlist People & Places to show WHO was told/contacted & WHEN they were told & WHAT they were told.

Nov. 30th, 2020 - Signed & Appealed Step 1 & Step 2. It states I've not been fired from my Library Job & Green Unit, Unit Manager Mr. Chavis stated that Sgt. Washington stated in his statement that he never stated that he fired me - EVEN THO Sgt. Washington went & talked to Thurman Anderson, opus #0008424 & offered him the job that SAME night -. Mr. Chavis told me I wasn't allowed to Have, nor Read Sgt. Washington's statement or any other Statements written about the incident.

Dec. 2nd 2020, 8:55pm - CO Neal brought around to the Pods - but CO Neal stayed out-side the Pod - another inmate from Blue Unit, D Pod to do the Library Job. I asked him - the inmate - when he had been hired for the job & he stated it had been on 1st shift earlier today by Mrs. Samms. I had sent - hand delivered-a Request Form to Mrs. Samms - today is her first day back in a month or so - asking to have a word with her when she had a moment. Maybe this is why I wasn't given the chance EVEN THO Step 1 stated I wasn't fired from my job & there NEVER has been 2 Library Clerk for ANY Unit.

Dec. 10th 2020 - I got a letter from VA Workers Comp. Commission tonight & I didn't

have to sign for it - EVEN THO its Legal Mail - & it has Already been opened. The Post Mark says Nov. 19th 2020, someone in the Mailroom has written on the envelope "OTH 11-24-2020 & my Opus #", but I didn't get it untill tonight. Jan. 13th, 2021 - My Power of Attorney -at the time- Lisa Price states my "Calender," NOR my "Book" that was sent out almost a Month & 1/2 ago still has NEVER made to it Addressed destination. Calender shipped - they say - on July 9th 2020 & the Book on Aug. 12th, 2020. It makes one - myself & others - wonder when the issue keeps happening not only with my Property, but also with Legal Mail & Personal Mail NOT making it to the Address - nor Returns through the mail - written on its packaging & the FACT the Mailroom -Christopher Adams - won't look up the "So Called" tracking numbers - for the Calender, never given one for the book - given to me OR refussed to give me the tracking number in the first place. Mr. Adams states it NOT his responsability to look them up. Yet the Prison is Charging us to send it out & yet the stuff NEVER makes it to where is Supposed to & Addressed to. The Prison doesn't like it when we lick the glue on the envelope. after they have looked at it & signed off & before they put just regular tape on it. Its like they don't want it Completely sealed for some reason. They use Regular tape & not Packing Tape to make SURE the envelope can't be Reopened & Not come open in transport. Thats WHY I lick the flap before they can try to stop me.

Jan. 26th, 2021 - I received a letter from the VA Workers Comp Commission, but again didn't have to sign for it. Also this time I wasn't given the Original envelope, but a Copy of it with my letter. So again the Mailroom is picking & choosing when this Legal Mail IS Legal Mail & when its NOT. But YET Christopher Adams in the Mailroom states they ALWAYS follow Policy to the Letter. Yet here is more Proof & Fact that they don't with

Legal Mail or with HEPA mail.

Jan. 28th 2021 - I received information from BIANC - Brain Injury Association of North Carolina - & in it explains issues Ive been Having & Complaining about to the Medical Dept & Dr. Lockleor Jones directly & because of her Deliberate Indifference, Conspiratorial Conduct & Neglect these issue have gone Unchecked Even Tho Ive Complained repeatedly about these issues started AFTER the Nov. 29th 2017 incident. Headaches, Vision issues, Balance, ect. Which BIANC states that with Treatment could Resolve or Lessen the issues. WITH TREATMENT!

Jan. 29th 2021 - The Prison - Scotland - sent around a paper labled, "NCDPS Division of Prisons Offender Covid 19 Vaccine Declination Form". In the wording it Falsely states that, "I have been offered a copy of the DPS Fact Sheet for Offender Covid 19 Vaccine Recipients" for the vaccine being administered". I marked out "I have been" & wrote "I have NOT been" on the form. Then signed & dated it. The Prison HAS NOT passed out, nor offered ANY fact sheets what so ever- anymore than they Printed Out our/my Last Covid 19 Test results which HeadNurse Letitia S. Owen stated would be done, but later stated she didn't have Enough Medical Time to print them out. So if they don't have time to print out ONE page, how can they think they are willing & Have printed out the Covid 19 Fact Sheet?

Jan. 29th - Mailcall I got another letter from VA Workers Comp. Commission & I had to sign for this one. So Jan. 26th 2021 it wasn't Legal Mail & today its concedered Legal Mail. Further proof of Deliberate Indifference & Conspriratorail Conduct by picking & choosing when to follow DPS Policy, Procedure, Law & Constitution over Legal Mail & so many other issues done or trying to be done To & Against me.

Jan. 29th, 2021 - Went out to the Barber Shop to get a shave & still don't have a shaver. The Barbers are still HAVING to use hair Clippers to do their job. Normally you only get some small scratch like cuts because of Clippers HAVING to use as Shavers. But tonight the Clippers got me good on my Adams Apple. & it bleed like crazy. HAD to be taken to Main Medical to have the cut - not deep enough for stitchs - cleaned, stopped it from continuing to bleed - it had bleed so much that the coller of my shirt was soaked - neosporn & bandaided. IF the Barbers had the Equitment they are Suppose to have to do their jobs, then this WOULD'NT have happened. The Nurse stated a Report would be filed. Here's the BIGGEST ISSUE, After I came back from Main Medical & the Barbers - 3 of them in B Pod, Blue Unit with me - told me that they DIDN'T HAVE the Cleaning Stuff they are Suppose to have to clean the Clippers After EACH Person or to clean the BLOOD off those Clippers properly! Thats a HEALTH, SAFETY, WELL BEING & LIFE Altering issue for & because of so many Health issues. The BIGGEST one at this moment that SCARES me the most is the FACT that the guy in the cell beside me is HIV POSITIVE & went out to get a SHAVE before me tonight!! I wrote Grievance On & Over the FACTS & RISKS listed above.

Feb. 2nd, 2021 - We go to canteen this morning & they are selling big bags of chips for .30¢ a bag & we get put a limit on how many we can buy. But thats not really the problem. The problem is we get Price Gouging / Excessive Pricing - "A price that has NO Reasonable Relation to the Value of a good or Service & IS Higher Than that Value". Like the Radio's, Electric Shavers, Watches, ect. with & Through Access Secure Pak, Union Direct & Globel Tel Link - GTL - alot of things in Canteen & when we finally get a deal like this on stuff. Scotland ALLOWS DPS Employee's & Staff to buy CASES of whatever it is & they

do this right infront of our faces as we are standing in the Canteen line a get told - like today - we can ONLY get 2 bags of each of the 2 kinds of chips. DPS Employee's or Staff SHOULDN'T be allowed to buy so much & knock us out of getting what they can get in Variety out on the streets. But DPS Higher Ups/Management don't care & alot of DPS Employee's a Staff are Over Greedy & Smugly do it right in our faces at the Canteen Window. This is ONLY the 4th time in 5 years we have even had big bags of chips offered in the Canteen & the Snack bags size chips cost us. 35¢ & higher a bag.

March 15th, 2021, 8:48AM - Case Manager Pressley came to see me today. My ONE YEAR Review - which use to be every 6 months - was Suppose to happened & Mediums gotten according to my old Case Manager Blackmon no later than Dec. 16th 2020. But didn't happen. My ONE YEAR Reveiw finally happened on March 2nd 2021. Mr. Pressly states, sense then Raleigh has approved me for my Mediums, but Scotland hasn't yet. But yet Scotland HAS signed off quickly - I have their Names & Opus #'s to prove it - on guys who caught Institutional Violance - less than 18 months into their "SO CALLED" 36 months they were Suppose to do BEFORE they could get a Override to get their Mediums, but YET Got their Mediums. One of these guys got his Stamp in Early 2020 & caught atleast One - but I think TWO - Write Ups & YET Still got a Override, got his Mediums & Moved to Tan Unit. This guy got a Write Up the Same Month right Before he got his Mediums a STILL got them EVEN THO that Write Up disquilifies him for atleast 90 days!

March 15th, 2021 - Tonight I got Legal Mail, had to sign for it & when it was handed to me it had Already been cut open. Also noted this FACT on the Legal Mail paper I had to sign for that mail. That Legal Mail was from the Law Firm

"Midkiff, Muncie & Ross, PC" & CLEARLY states under their names, "Attorney's & Counsellours of Law." This is the 2nd time this has happened in a week or so. The last one was from the Attorney Generals Office which was also noted on the Legal Mail paper I signed. The Legal Mail that also came tonight was from the VA Workers Comp. Commission & I had to sign for it also. I was not opened. So this time it was conceded Legal Mail.

March 18th 2021, 7:42 AM, Blue Unit, B Pod - YET again Assit. Unit Manager Samms is in here Irate, Yelling, Cussing & Threating - which all are a Violations to DPS Policy & Procedure - for No good or policy reason. Just like DPS Employee's Edwards, Jones & Ricker on 1B Rotation BELIEVE they are Above DPS Policy, Procedure, Law & Constitution while they Operate with the BELEIF of being Above that Law & they operate with Impunity & Arrogance as does the people listed in this 1983 Lawsuit. This is why NONE of them have a problem showing Deliberate Indifference or Conspiratoral Conduct & Neglect openly towards me, nor above using Retaliation, Intimidation, Bulling, Harassment or Manipulation tactics on or against me. They all act like this BECAUSE they KNOW no one - Other DPS Employee's or staff - will write a Incident Report on them as DPS Policy & Procedure Mondates they are Suppose to do. So they KNOW that NO Consequenses or Reprecussions will be brough against them because of those Actions or Nonactions. DPS Employee's & Staff who ACT in these Manners & Violate Oaths of Office, DPS Policy & Procedure, Law & Constitutional Rights & Guarantee's SHOULD NOT be protected under ANY Amunity & SHOULD have to PERSONALLY Pay the price Physically - ie their jobs, street charges, ect - & Financially for their Actions & Violations as OTHER Law Inforcement & College Professor are LOSING their Amunities, being Charged/Conviced & Personally Paying - Physically & Financially - for their Actions

& Violations. These DPS Employee's & Staff SHOULD NOT get away with it any longer, Nor SHOULD the Taxpayer have to cover the full cost. These things & Others will NEVER STOP as long as they are ALL covered under ANY Amunity. Mrs. Samms, Covington, Ingram & the rest listed within this 1983 Lawsuit should NEVER been given or still allowed to have the Power, Authority or Privileges of a job in ANY Prison. Let alone a CO, Unit/Asst. Unit Manager, Sergeant, Lieutenant, Caption, District Attorney, with the NC Justice Dept. or ANY position with Power OVER or CONTROL of another Person, their Life or Future! Most don't have the Temperment or Control they are Required to have PER DPS Policy & Procedure to work at a Prison or Advanced within a Prison which is CLEARLY shown through their Deliberate Indifference, Conspiratorial Conduct, Neglect & who CLEARLY Oversteps & Violate DPS Policy, Procedure, Law & Constitution. This is NOT ONLY bad for Inmates, but for Other DPS Employee's & Staff also. Its EVEN WORSE when the GOOD DPS Employee's & Staff "GO ALONG, TO GET ALONG" & look the other way, Help or Allow a COVER UP to happen & OverLook it all. These GOOD CO's COULD make an ANONYMOUS phone call outside of work to the Right People or Organization or Entities that COULD do something about it & put a Stop to it. But they choose NOT TO Do so.

March 18th 2021 - I tryed to send out Legal Mail to the VA Workers Comp Commission & I am told its NOT Legal Mail. Again the Mailroom is Picking & Choosing when they ARE Legal Mail & when they AREN'T.

March 19th 2021 - Tonight I get a Letter & Medical Records in the mail that is from a Doctors Office & it CLEARLY states, "Personal & Confidential" in bright RED Letters under their name & YET the HIPA Law has yet again CLEARLY been Violated because that Envelope has already been opened.

April 3rd 2021, around 10:35 AM, Hallway outside a then Inside the Chowhall - Capt. Covington had a guy from B Pod, -my Pod- Blue Unit locked up. Capt. Covington said, "Because he -inmate- was talking shit." So Capt. Covington came back into the Chowhall cussing US & Threating to be back a 6PM to "SHOW US" what talking shit to him - Capt. Covington - gets US.

April 5th 2021 - Spoke to the UNC Spine Pain Management today on the phone EVEN THO I signed a form on Dec. 9th 2020 for an In Person Appointment that never happened. Pain Management - Dr. Philips - stated they were going to Represcribe the Meds that Dr. Scott requested - & was denied for a FALSE Reason - & stated that they would put in the order that the pill was to be KEPT WHOLE & NOT poured out of the Capsule into water BECAUSE a Time Release Pill & BECAUSE of the Swollowing Issues it cause when taken in Powder Form. Going to try me on another treatment, but going to set up a In Person vist before they do. Also wanted me to start using a Cream called VOLTAREN until then. As of today - April 16th 2021, No Meds, No Voltaren.

April 7th 2021 - I received a Medical Restriction paper tonight stating that I finally have back the "No Climbing" & "Bottom Bunk" restrictions. This was done with NO Further MRI or anything else done or looked into. So it only further Proves the Deliberate Indifference & Conspiratorail Conduct Shown To & Towards me along with the FACT the Medical Records - MRI - that got me the Restrictions & 2017 Renewal DOES show Medical Proof that there IS a Medical Issues that exsist & that they - Dr. Locklear Jones, N.P. Oliver & others - have made me Suffer & be Punished - because I WOULDN'T Willingly put my Health, Safety, WellBeing or Life at risk - Unjustly or Unnecessarally go through so much for NO Good or Medical or DPS Policy or Procedure REASON! BECAUSE of their Deliberate Indifference & Conspiratorail Conduct

has caused me to FEAR them a making me to continue to look over my shoulder & look out for Setups that will cause me further FEAR, Issues, Pain, Suffering, Hassle, & make me have to deal with & go through further Threats & Retaliation BECAUSE I'm trying to Protect - because they sure aren't trying to - my Health, Safety, Well Being, Life or Further Pain, Suffering or Injuries. It took me over 3 years to get the Medical Restrictions & these NOT EVEN for the 1 YEAR Period as it NORMUNLY is, but for a 6 Month Period before it has to be Renewed - Nov. 30th, 2021 - again.

April 11th, 2021, Blue Unit, B Pod, 5:01 PM - One of the NEW DPS Employee's - CO Humphry - came into the Pod & when CO Humphry gets upstairs - Top Teir - at the back of the Pod around 30 cell, for NO Good Policy or Legit reason started Cussing & Threating - which Violates DPS Policy & Procedure - a guy. CO Humphry went from Silent to Irate - which Video Footage will show - in LESS THAN a second & pushed so hard that it turned into a Code 7 - CO vs Inmate -. That Inmate was BEAT DOWN + above & beyond Reason & DPS Policy or Precedure Protocole - with his Baton & WHILE the Inmate was down & bleeding was Still being hit some more by CO Humphry with his Baton & when the Sgt. got there the Inmate was hit with the Sgts. Taser. Then that Inmate was Cussed, Threatened & Yelled at after all that to get up on his OWN Power & Walk - see Video Footage Proof -. AFTER 6 PM Capt. Covington & CO's came into B Pod & Destoryed our cells EVEN THO the guy/inmate they BEAT DOWN/used EXCESSIVE FORCE on was NO LONGER in the Pod & NO ONE else was part of or involved in what happened, we were Overly Punished & Cell TORN apart. You can BET there will be NO REAL PUNISHMENT or CHARES brough against CO Humphry or that Sergeant. One of the CO's stated that "CO Humphry came from another Prison & the FACT that CO Humphry had walking around like he was full

of piss & vinager just LOOKING FOR or HOPING For a Comfration." These NEW CO's are being Trained by I/tempered CO's or one's who DON'T work on the Unit they are being Trained on & so NOT Trained as things are Done or Handle on that Unit. Like today is the reason WE - inmates & CO's - are put in DANGER because of Repeated, Overlooked & Covered Up DPS Violations of Policy, Procedure, LAWS & Constitutional Rights & Guarantee's & the FACT like today EVERYONE KNOWS & VIDEO FOOTAGE PROVES the FULL falt lies heavily on CO Humphry & then the Sergeant who added to the Issue & Violation, BUT will TOTALLY be blamed on the Inmate & that will be the END of it.

April 16th, 2021 - The Mailroom has again sent back Clearly Labled Legal Mail Stating I have to put a stamp on it. The envelope Clearly States, #1 - Clerk of Commission & #2 - Attorney & Counsellor of Law under the Named persons. So I had to find stamps & has further Delayed getting Legal Mail out to where it needs to go. 2 Timothy 4:3,4,16-18 - "For the time will come when people will not put up with sound doctrine. Instead suit there own desires, they will gather them a great number of teachers to say what their itching ears want to hear. They will turn their eye's away from the truth & turn aside to myths. At my first defence, no one came to my support, but everyone deserted me. May it not be held against them. But the Lord stood at my side & gave me strength, so that through me the message might be fully proclaimed & all the Gentiles might hear it. And I was delivered from the lion's mouth. The Lord will rescue me from every evil attack and will bring me safely to His heavenly kingdom. To Him be the glory for ever and ever. Amen."

April 26th, 2021 - Sent letter to the Attorney General's Office because the Mailroom kept sending me back - April 22nd 2021, April 26th 2021 - the envelopes stating "You Must Provide Postage." But Yet they sent out the envelope addressed to the

Industrial Commission which was ALSO labled Legal Mail. The Mailroom is Yet again Delaying me from getting out more Legal Mail. Either the Mailroom DOESN'T send it out because "Postage" or just DOESN'T send it out AT ALL. I can prove this to be FACT.

May 1st, 2021 - The Nurse brought me a OFF Brand of "Voltaren" called "Perrigo". Im going to findout if "Perrigo" is highly different than "Voltaren" because its CLEARLY states on the box, "Not for use on ANY other body area (such as Back, Hip or Shoulder)". The "Voltaren" was perscribed for my Neck a Shoulders because of Nerve Damage Pain. I was just given this cream without a word about anything or the Fact that the "Perrigo" box contradicts the VERY area's Im suppose to use the cream on. - Dr. Locklear Jones never responded back to my "Information Request Form" I sent to her which is WHAT that forms for, but only get ignored most of the time. Later notes will state Dr. Stephens Scott's reaction to this issue a UNC Spine Medical Records will too -

May 3rd 2021 - Went to Sick Call today finally after going to the first one on March 30th 2021 & put in Follow Up Sick Call in ON March 30th 2021 like I was told to do by the Nurse. Put in "Request Form" to Dr. Locklear Jones on April 5th 2021 over the issue. Put in another Follow Up Sick Call on April 17th 2021 because I got no response back from Dr. Locklear Jones. Was finally seen on the April 17th Follow Up. But Nurse McCallister state I WAITED TOO LONG on filling a Follow Up Sick Call - Which I have the Carbon Copies of ALL stated above papers & told Nurse McCallister the something - & would be charged ANOTHER $5.00 e would have to put in 2 MORE Follow Ups to MAYBE see the Doctor. NOTHING done or ACCOMPLISHED a going to get CHARGED yet again. The FACT this was a FOLLOW UP, Im not suppose to be Charged again because they already

charged me for the one on March 30th, 2021 I could/can prove I put in a Follow Up on March 30th, 2021. But I'm the one Blamed because THEY dragged their feet over Filed Follow Up Sick Call & then turned around & Used the one that went beyond the 15 days SO THAT they can charge me again which isn't the first time. Grievance Filed, carbon copy made.

May 6th, 2021 - Tan 1 Unit Manager Tameka Smith took me - after handing a Grievance Step - to the Notary yesterday & She -Notary- said she'd make sure my Legal Papers got notarized today. 1:26 PM, I talked to CO Hunt -Tan 1, CPod- & Mrs. Hunt said she'd say something to Asst. Unit Manager Sase. Sometime after 3:40 PM - I forgot to write down the time, but it was after I talked to my Case Manager Baywell & that was a 3:34 PM - I'm called out into the corrador outside the Sergeants Offize to get my Legal Papers finally notarized & the Notary -not the one Mrs. Smith took me to see yesterday - Stated she didn't have or Use the Notary Paper that I was told was used on Tan 1 like its used on Green & Red Unit Notaries. Thats the reason I had to Redo the last page of my Legal Papers because it had the Hand Written notary paper in it & Only Mrs. Hall -Blue Unit Secretary & this One Other Notary - is the only one who will sign & notarize a Hand Written notary section. So NOW Ive got to wait yet another week to get these Legal Papers notarized because of what that Notary Mrs. Smith took me to see yesterday told me about the Notary Page. I'm sick & tired of those Deliberate Indifference & Conspiratorical Conduct games they keep playing with me & the delays caused trying to get Legal Work notarized & sent out.

May 12th, 2021 - 2nd Attempt Grievance put in box over Medical Issues & Actions from May 3rd, 2021.

May 13th, 2021 - Again no one came to do Notaries. Talked to Unit Manager

Tameka Smith & she tryed to call Blue Unit Secretary Mrs. Hall & said she got no answer. Mrs. Smith said she'd try to get someone to Notarize them tomorrow. SMH, 4 weeks & still not notarized. I don't know what Tan 1 Secretary did to get into trouble & get sent next door to the Green Cloths Camp, but Scotland needs to put someone in her place until whatever is done/decided on her.

May 14th, 2021 - So when I go see the Nurse at "Sick Call" on May 3rd 2021 I have better than 20/20 vision - I could read BELOW the Red line - & can read the paper in hand used for Reading Vision & passed it also. BUT when I go see the Scotland Eye Doctor today & for a whole 5 minutes that thi vist took, he - eye doctor - says not only do I need Reading Glasses, I need Bifocal in them also. Doctor says YES vision can be fine 3/4 of the day - for example - & Blurry off & on the other 1/4 of the day & thats BECAUSE of my AGE, NOT Because of any Head Injury that has accured. EVEN THO this didn't start UNTILL the Head Injury/Bad Concussion I received on Nov. 29th 2017, NOR the FACT that when Im not having the Vision - Close up & Far Away at the SAME Time - is perfect. This is only Further Proof of their Deliberate Indifference & Conspiratorial Conduct in their handling of TRUE Medical Issues & Nontreatment of those issues. Just like I was over my Facial Issue that I was Treated & Talked To like I was FAKING right up to the moment I was seen by a REAL Specialist - Dr. Andrea Jarchow - on the outside sent me for an CT Scan & foundout I WASN'T FAKING or LIEING & the Medical Issues were Real & Legit. "DPS Policy & Procedure", - Medical Treatment ADII-1, II (a), (3), (6) -, "Mission State-ment" & "Healthcare Treatment Philosophy" states Im to GET the Medical Treat-ment AS IF I was on the Streets seeing a Doctor.

May 14th, 2021 - Assit. Unit Manager Sase says if he can't get me infront of a

Notary today, then he'll make sure I see one on Monday - May 17th, 2021 -
May 17th, 2021 - As of 3:25 PM I've tryed 4 times today - starting around 10AM - to try
to speak to Unit Manager Tameka Smith because Assit. Unit Manager Sase
told me Friday that IF he couldn't find me a Notary on Friday, that HE'D
make sure I seen one on Monday. Mrs. Smith told CO Firster just a minute
ago - like Mrs. Smith says she's been all day, but I've seen her Myself just
standing around doing nothing off & on outside the Sgt's Office in the
corrador - that she was busy & she'd be here untill 6 PM. I told CO Firster
that Notary wouldn't be here untill 6 PM, they leave around or before 5 PM.
6 PM - Still NEVER got to speak to Mrs. Smith.
May 19th, 2021 - Talked to Assit. Unit Manager Sase & he said I WOULD be getting my
Legal Papers notarized tomorrow & he'd talked to Unit Manager Smith
to MAKE SURE it happened this time.
May 20th, 2021 - After 2½ hours of pushing to make sure that I got my Legal Papers
finally notarized after OVER a Month of trying. The Notary had come, notarized
guys papers from Tan 2 & then left before she done ANY of Tan 1 papers.
Around 5:50 PM - Assit Unit Manager Sase brings everyone a KN95 mask. These are
the first ones that ANY of us have been given this Whole Time & its been over a
Year of this Covid 19 thing has been going on. The Covid Tested over half - 84
guys in each Pod - C Pod this morning. Then put us on Quarantine. But YET
still had Tan 1 & Tan 2 - which AREN'T Quarantine - together out in the corrador
for Med. Call. So whats the point? NO CO is wearing ANY - other than
masks, but NOT the KN95 ones - PPE. "Data released on April 16th, 2021 by the
CDC states that 86,080 people in America reported serious Health problems
after taking a Covid 19 vaccine. These include Birth Defects - 17 Case - Permanent
Disabilities - 1,217 Cases - Hospitalization - 6,271 Cases - & Deaths - 3,168 Cases -.

There are somewhat similar reports of Adverse Reactions & Death in other countries. A Jan. 2021 study by the CDC admitted that people who received the Vaccines experience Anophylaxis at a rate 10 Times Higher than the Flu Vaccine. Anaphylaxis is an Allergic Reaction so Severe that it causes Death in 0.7 to 2 percent of cases. That study gives a early indication that the Covid vaccine could be 10 TIMES More FATAL than the Flu shot." YES thats a small percentage or change the FACT that DPS is trying to Force, Threaten, Manipulate & Punish me into taking the Covid Vaccine EVEN WITH these fact known & Published by the CDC in Jan & later further Facts in April 2021 which was within 2 months & 5 months AFTER the first shots had started to be given out in the World. But people like me - or as Ive been told by a Anonymous Sources High Up in DPS about the 5 Dialysis guys who have died because of the Scotland Medical Staff Deliberate Indifference, not because of the Dialysis Medical Staff who's Education & Experties is in the Dialysis Feild has to get Approval from Scotland Medical Staff for anything their paticents need for their treatment which Scotland Medical Staff AREN'T Quilified to make KNOWN & INFORMATIVE decisions over. Any more than they are about alot of different Medical Feilds inwhich DPS Policy & Procedure states they are to send us to Outside Specialist who can make a Quilified & Informative Diagnosis - like what was Finally done over Spine Issue & sent to UNC spine & Finally UNC spine Management alongwith Finally to Dr. Andrea Jorchows over Ear, Nose, Throot & Facial Issue, but not before Long Spans (over YEARS) or Never gotten yet issues - in their Medical Feild of Speciality. Or tho Deliberate Indifference FACT shown that guy from New York who died in MCON from Covid BECAUSE they Quarantined him their instead of taking him to the hospital EVEN THO he was one of those HIGH RISK guys & was BAD OFF, Diabetic & had other

Medically Noted Medical Issues or the FACT another guy brought here Positive for Covid 19 from Lumberton Correctional who was shipped here EVEN THO there was a NO TRANSFER ORDER put out by DPS was in place for ALL Prison's & the FACT all those guys were literally brought in the Back GATE & Back DOOR of Scotland Correctional from Luimberton Correctional. That guy was FINALLY taken to the hospital at the LAST MINUTE, but SHORTLY After DIED of Covid BECAUSE of Scotlands delay of treatment which was told to me by a Relayable DPS Higher Up. With not being able to Get or I have to Fight so Hard for So Long trying to just been SEEN to try to GET the Medical Treatment NEEDED. IF I did take the Covid Vaccine & started having Medical Issues, that wouldn't change anything in the Fight for Looking into & or Getting the Treatment need & as the guy who Finally got taken to the hospital, by that time it was TOO LATE. People have gotten Blood Clots in the Brain-which is an AREA Im already have Medical Issues in- & other Issues after taking the shot. EVEN THO these FACTS are out there, Prisons Officials, Politions & Commentators are still Pushing, trying to Bribe, Fear Mongering & trying to Threaten people - over Jobs to be taken or given but in the end not given, over Vistetion, Religious Services which we are still NOT getting EVEN THO they keep Offering other GROUP Meeting NOT protected in the Constitution, ect. - to get the Covid 19 shot. These are the SAME people who are wring their hands over every death they can tenuously tie back to Covid 19 & then fight hard to COVER UP the fact of their Deliberate Indifference that CAUSED or COULD CAUSE the death of inmates like myself because of their Actions & Decisions! Yet these SAME people are Silent about ANY Drawback, Concerns or Issues connected & cause by the Covid Vaccine. I CAN'T get treatment for issues I've been trying to get

Medical Treatment for over 3 years now & the Covid Vaccine could make worse with Inflamation to the Heart, Blood Clots in the Brain or Allergic Reaction, ect. The Prison, nor DPS don't take ANY of these Issues or CDC FACTs into account & are further showing Deliberate Indifference when you bring concerns of issues before them - BEFORE & DURING COVID -, when they finally get around to seeing you - a month or so more - are still Relaxed, if At ALL in getting you/me any further help or treatment.

May 28th, 2021, around 2:25 PM - They are in here again Covid Testing. They just Tested us on May 20th, 2021 & as far as we know - no one has been removed from C Pod - or been told, NO ONE tested Positive from the 20th. They Tested me again today.

7:50 PM - We were given our 2nd KN95 mask. They should have been doing this from the start, cause the Cloth masks they - Prison - wasn't good enough to wear to a Doctors Office or to the Hospital. So how were they any better here when we are around & come in contact with MANY MORE people from the Streets here AT Scotland Correctional then we EVER would outside of Scotland which would be only 1 or 2 people on a Medical Trip.

June 2nd, 2021 - Got the "STAYED" letter from Melissa Botiglione - Special Deputy Commissioner with the Industrial Commission.

June 3rd, 2021 - I was told to pack up, that I was being moved to Tan 2. - this will be the 3rd Attempt at this SENSE, I came to Medium Custody. The FIRST Attempt was the moment I stepped on Tan 1 in April & only weeks after finally getting my "No Climbing" Restriction back & a "Bottom Bunk" Restriction - I went to the Sgt's Office & let Sgt. Timmons & Unit Manager Tameka Smith know - Even Tho Mrs. Smith KNEW about my Restrictions because of the other 2 Attempts of herself trying to move me Upstairs - that I had a "NO

Climbing Restriction". Sgt. Timmons tryed to say that my "NO Climbing" Restriction was just for the Top Bunk & NOT for Stairs & that Restriction Expired TODAY. I showed Sgt. Timmons & Mrs. Smith my Medical Restriction paper which shows that the "NO Climbing" & "Bottom Bunk" Restrictions expire on Nov. 30th, 2021 & the FACT those Restrictions are in TWO Different Sections which means its TWO Different Restrictions. So Mrs. Smith called N.P. Owen & Mrs. Owen told Mrs. Smith she Didn't Care what my "Medical Restriction" paper stated, that my "NO Climbing" Restriction expired TODAY, not Nov. 30th, 2021. I was told that I'd either be going to Tan 2 - which is Upstairs - OR I was going to Red Unit - Restrictive Housing -. I asked Sgt. Timmons & Mrs. Smith if they wanted me to go pack my property for them before they took me to Red Unit. They both said Yes. So thats what I did. Mrs. Smith said they needed my Bunk-C12- because they had a guy with a Breathing Machine that needed that Bunk. The PROBLEM with that is the FACT there is NO PLUG IN between C10 & C12 or between C12 & C14. Ive only been on Tan 1 from Closed Custody starting on April 20th, 2021. In that time to June 3rd, 2021 they -Mrs. Smith- have Attempted to Remove me from C12 Bunk. First time on April 20th, 2021 to Top Teir EVEN THO I had Already been Assigned to C12 before I was brought over from Blue Unit to Tan 1. On Second Attempt to Tan 2 - Up Stairs 2nd Floor -. Both PREVENTED because of my "NO Climbing Restriction" & this is the Third time to remove me from Bunk C12.

3:10 PM - Taken to Main Medical before being taken to Restrictive Housing. While there I informed CO Haywood -Tan 1 CO- who informed to the Male Nurse & the rest of the Nurses & CO standing around that I was Declaring a "Hunger Strike". Mrs. Smith to Lt. Locklear - now Capt Locklear - standing in the Hallway outside of the Chowhall of my Declaration of my "Hunger Strike". Lt. Locklear stated I

was to be given NO FOOD or LIQUIDS. When we get to Red Unit, Mrs. Smith informed Sgt. Wilbert Walker that he HAD to house me on the Bottom Floor BeCAUSE I had a "No Climbing Restriction" which blew my mind Because it was the VERY REASON I was being put on Red Unit. Sgt. Walker told Mrs. Smith to take me to Receiving then & house me there. Mrs. Smith said she Couldn't because it was full. Sgt. Walker told Mrs. Smith so was Restricted Housing. There was 3 guys in the only 3 Holding Cells/Bird Cages on Restricted Housing side. So Sgt. Walker put me in a Rec Cage in C Pod. I informed Sgt. Walker I was on a Hunger Strike. Sgt. Walker told me I'd have to wait untill Breakfest to staft it. I told Sgt. Walker I had not eaten Dinner yet & they were still passing out Dinner Trays, so the Dinner Tray counted as Tray #1 of my Hunger Strike. Sgt. Walker said they had already feed C Pod & walked off. A couple of minutes later CO M^cGill -around 3:45PM- came & offered me a Tray & Juice & I Declared I was on a Hunger Strike & so Mr. M^cGill yelled to Sgt. Walker who was in the corrador outside A,B,C Pod & told him. Sgt. Walker told Mr. M^cGill that Tray didn't count because they had already feed C Pod. I told Sgt. Walker that Mr. M^cGill offered me a Tray & I Declared a Hunger Strike to Mr. M^cGill, thereby it Counts as Hunger Strike Tray #1 OR the FACT he -Sgt. Walker- was Violating DPS Policy & Procedure by Dening me a Dinner Tray with the Intent of Punishment or for Retaliation reason. Sgt. Walker said no more & walked off.

7:38PM - Lt. Rush came to me & wanted to know WHY I was back here -Restricted Housing- & I to Lt. Rush that they stripped me of my "No Climbing Restriction" to remove me from my C12 Bunk & tryed to Force me to move to Tan 2 & climb those stairs. Lt. Rush said she'd be right back, she was going to handle that.

7:49PM - Lt. Rush came back & said that it states in the Computer that I'm to be put on a "Bottom Bunk", but the "No Climbing Restriction" no longer showed up in

the computer. Lt. Rush said there was a Bottom Bunk open on Tan 2. I told Lt. Rush I couldn't climb stairs. IF it has been completely taken out of the computer, then its a good thing I kept the "Medical Restriction" paper in my wallet like I'm suppose to do according to DPS Policy & Procedure. I'd just gotten those Restrictions on March 31st, 2021 & got that paper on April 4th, 2021 after fighting for 3 YEARS to get the "Climbing" Restriction Renewed & moved to Tan 1 on April 20th, 2021.

9:11 PM - I've still not gotten my Property & I've been down here for over 6 hours & the Rotation thats working today will be OFF tomarrow. DPS Policy & Procedure says that ALL Paperwork - Incident Report, Property Invetory Sheets - must be completed BEFORE end of shift.

9:39 PM - When CO came around & scanned my cell & the guy who was in this cell before me is who's picture showed up. Thats NOT Suppose to happen. My information - Opus # - is suppose to be Typed in to log me in as being in this cell. Normally they put that information on a envelope & typed in to Log where I am located in the Prison. Thats not being done - The Other guy is being Logged as being in this cell - LC 21 - even tho his on another Unit. I fear that my Legal Papers that I have - 4 Brown Envelopes full of evidence - to back up my Lawsuit is going to come up missing. I feel this is WHY I've not been brought my Property. This Bed Assignment issue wouldn't be an issue if Unit Manager Tameka Smith would have followed the same thing she told Sgt. Walker he had to do - Bottom Floor because of "No Climbing Restriction -

June 4th, 2021, 11:11 AM - CO scanned my cell & my picture still isn't the one showing up, but the other guys still is & my opus number isn't being put into the Tablet. I asked the CO for a pair of shower shoes because I still don't have my Property. I need a pair so that I can take a shower tonight. If I can't take one tonight,

I'll have to wait until Monday Night.

1:20 PM - My picture finally showed up on the Tablet.

2:20 PM - My Case Manager Bagwell came to see me with a paper that I am under Investigation for "B-25, Refussing Bed Assignment" & I wrote a statement on the bottom of that paper. Paper says it will take 1 to 45 days. Mrs. Bagwell said she'd be right back with a Copy of that paper for me. Mrs. Bagwell said she would go talk to Tan 1 Unit Manager Tameka Smith about WHERE my Property was & Why I hadn't gotten it yet.

3:47 PM - I asked CO Graham again if he could get me a pair of those Bright Orange Shower shoes. Mr. Graham said he has me marked down to get me a pair. I've Declared 4 out of the 9 Trays under the Hunger Strike so far.

5 PM - Well I guess I won't be getting my Property, Legal Paper, Bible, Hygen or Address Books. Nor did Mrs. Bagwell bring me back that copy she said she'd be right back with. There is no reason its taken them over 24 hours to get my Property Invetoried & Brought to me by now. They have NO Polizy reason either. Mrs. Bagwell & other Case Manager all leave Before or At 5 PM. So no hope there of getting my Property.

7:24 PM - Asked CO passing out Mail that I've been trying to get a pair of Shower Shoes all day so I could take a shower tonight. If I missed it tonight, then I'd be 5 days without one come Monday. I told him I still didn't have ANY of my Property from getting locked up yesterday & why I needed a pair of Shower shoes. CO Dail - Male - said he'd try to get the key to the closet - which is beside the Sgts. Office with atleast 20 CASES of the Bright Orange Shower Shoes & Hygen packs - & get me a pair. Mr. Dail said he'd ask Sgt. to call about my Property.

9:05 PM - CO Dail brought me some Shower Shoes, but he said NO Word on my Property yet. This issue is going Delay & for now Preventing me from Contacting

my New Power of Attorney to find out the depth of my Old P.O.A's misconduct &
shady actions with a in my name. I was suppose to call him Sunday - June 6th, 2021 -
June 5th, 2021, 3:28PM - Sgt. Hunt came & asked me why I was on a Hunger Strike - which
which I'm on Tray 7 - & I explained it all to him & the Violations to DPS Policy &
Procedure that WERE Done & WERE Further being Violated. Sgt. Hunt said
that if he could get me back on Tan 1, Ground Floor, would I go back & I said
YES, because I won't have to Climb Stairs, which was WHY I was down here.
3:43 PM - CO just told me to pack up & I'll be going back to Tan 1.
3:50 PM - I was taken to the Sgts. Office & while Sgt. Hunt was keeping me busy
talking, a CO -Female- was trying to get me to sign a paper stating I was coming
off my Hunger Strike & released them - the Prison - of ALL Liability of it & just
as I was reaching to get & sign the paper, Sgt. Hunt jumped the gun & told me he
was putting me on A-54 - which is Top Teir -. I told Sgt. Hunt I couldn't climb
stairs. Sgt. Hunt said well thats the best that he could do. I said why couldn't he
just put me in the GYM then. Sgt. Hunt said he couldn't do that. I said WHY Not, there
are guys still in the GYM. Sgt. Hunt said again that A-54 is the best he could do. I
said again I can't climb stairs. So I was took back to my Restricted Housing cell,
back to C-21. They tryed to TRICK me into signing that paper to get me OFF the
Hunger Strike. Sunday's Lunch Tray WILL BE Tray #9. It looks like they are going
to stay Depriving Me of my Property, Legal Papers, Bible, Hygen & Address Book
which I need to sent out letters to the Court & people on the outside including my
Power of Attorney. This is Further proof of their Deliberate Indifference &
Conspiratorail Conduct which further brings fear over my Legal Papers
over my Lawsuit & Street Charges will disappear & are further Harassment, Intimi-
dation, Retaliation & Manipulation tactics trying to presure me into allowing
them to FORCE me into Indangering myself into Climbing those Stairs by trying

to Manipulate me into Willingly doing it & just going to Tan 2 or Top Teir which would let DPS & Scotland Correctional & DPS Employee's & Staff off the hook for their Violations & Circumventions of DPS Policy & Procedure, Law & Constitutional Rights & Guaranteens of their Misconduct of Deliberate Indifference, Conspiratorial Conduct & of their Threats, Retaliations, Intimidation, Manipulation & Harassment. Ive always tryed to handle & do things by DPS Policy & Procedure Mandated ways & HOPE it helps me in the end cause so far it hasn't. At ALL TIMES I let DPS Employee's & Staff LEAD what goes On & Happens. I give Resistance AS DPS Policy & Procedure SAYS I can, but at ALL TIMES I let DPS Employee's & Staff LEAD Where it goes & How it ends. Good or Bad, By or Violations to DPS Policy & Procedure. Their LEAD & CHOOSES.

4:57PM - I still don't have ANY of my Property, NO Segregation Hygen kit, NOR have they gotten Maintenace to come fix my Cold Water that is BEARLY coming out of the spout. What they are doing is AS BAD as what they do when they Write Up someone & use the words "Reliable Source" or "Appears To Be" or "Looks Like" in their Write Ups & thats the ONLY so called Evidence they have against a person. They DON'T Have, Nor FIND what this "Reliable Source" SAYS that guy had & WON'T let you guestion, NOR bring fourth this "Reliable Source" like the Law States you have the Right to Confront & Question your accuser. Even with the "Appears To Be" or "Looks Like", DHO needs NO other evidence, No whatever it is they SAY is Whatever, NO lab results, NO pictures, NO physical evidence at all.

June 6th 2021, 9:56AM - Tray #9 came & I told CO Tate I was still on my Hunger Strike & I asked her to let Sgt. Hunt know that was Tray #9 when she lets him know Im still Declaring my Hunger Strike Please.

10:18AM - I asked CO Tate if she told Sgt. Hunt That that ways Tray #9 & if not if She could Please do so for me.

3:12 PM - I Declared my Hunger Strike on my 10ᵗʰ Tray. I have yet to see Sgt. Hunt, Nor Shrink, Nor Doctor. So DPS Policy & Procedure is being Further Violated.

3:42 PM - I asked CO Yates to Please let Sgt. Hunt know that was Hunger Strike Tray #10. Mr. Yates said he would.

June 7ᵗʰ, 2021, 10:11 AM - Tray #12, asked CO McGill to let Sgt. Walker know that was Hunger Strike Tray #12.

10:35 AM - I asked CO McGill to Please let Sgt. Walker know that I'm going on Record to let him know that DPS Policy & Procedure says on Tray #9 I'm to go BEFORE a Shrink & a Doctor on THAT Day after Tray #9 has be Declined. Mr. McGill said he'd let Sgt. Walker know & the fact it still hasn't happened.

10:49 AM - CO McGill came back & asked me WHY I was on my Hunger Strike. - CO McGill is a Stickler over DPS Policy & Procedure being followed - So I explained Everything from Start to Present & pointed out the FACTs where DPS Policy & Procedure has been Violated & Circumvented to remove me from my Bunk, over the Hunger Strike & ALL the tricks, stunts, tactics & attempts to FORCE me to Climb Stairs & taking a Bed Assignment on Tan 2 or Top Teir, NOT following DPS Policy & Procedure Accomadation Policy or Policy & Procedure over Hunger Strike Tray #9 or the FACT they still haven't brought me my Property, Legal Papers, Bible, Hygen or Address Book. CO McGill said they couldn't house me in the GYM because it was being used as a Quarantine area. But yet Sgt. Hunt tryed to get me to take Tan 1, A-54 which they are still on Quarantine. If I had not put a Inkpen or Paper in my pocket before I came to Restricted Housing. Then I would have had NO WAY to keep these records, times, dates, events/actions.

12:24 PM - I asked CO Locklear to ask CO Richardson - Write Up Dept. - to Please come see me when she gets done doing her rounds here in C Pod before she leaves. I'm going to ask Mrs. Richardson about that Write Up I've NOT been served yet & ask

her if she'll send me a copy of it & the statement I wrote.

12:58PM - When CO Richardson got done, she left without coming to speak to me. I Heard & Seen Mrs. Locklear let Mrs. Richardson know what I asked.

1:29 PM - I just spoke to CO McGill & he says that the logs for my Hunger Strike DO NOT show up in the computer. NOT EVEN the one he himself logged in on Thursday, or the one's I watched he logged - or look like being logged in - into the Tablet & or called over the Radio to Sgt. Hunt or the Sgt. on Night Rotation at Breakfast time when I Declared I was still on my Hunger Strike. Mr. McGill asked if Medical or Mrs. Collins - the Shrink - had come to see me & I told Mr. McGill NO. Mr. McGill said he talked to Red Unit Assit. Unit Manager Mrs. Jones about it & over my Property & has heard nothing back from Mrs. Jones. So I asked Mr. McGill to Please contact Capt. Gause & ask her to Please come speak to me. Im 12 Trays -4 days - in on my Hunger Strike & nothing. Mr. McGill has NO WORD on my Property & I forgot to ask about a Hygen Pack. So now they are Deleting my Hunger Strike Logs ontop of the "NO CLIMBING" Medical Restriction that Lt. Rush says don't even show up in the computer any longer which had to have been removed within about the 6 Hour period before Mrs. Rush came to talk to me. They keep Doubling Down, showing further Deliberate Indifference, Conspiratorial Conduct along with Adding to & making things Worse without fear of ANY Conseq- uences. or Repercussions for their Violations & Circumventions to DPS Policy & Procedure also of Constitutional Rights & Guarantee's or for their Misconduct. This is WHY Jaren Kelly - Tort Claim - & Clarence J. DelForge tt - Habeas Corpus Case - with the Attorney Generals Office have fought so hard to jet the Courts to drop my Cases because Mr. Kelly & Mr. DelForge III or the DPS Higher Ups - Warden Katy Poole, Secretary of Prisons Eric Hooks, Director of Prisons

Kenneth E. Lassiter, Commissioner of Prisons Todd E. Ishee & their Investigator Monica Bonds – in Raleigh don't want the Court or Public to know the Illegal Conduct & Actions, nor the Denied Medical Care that is being Withheld & being Covered Up thats Truly being done to Human Beings BEHIND the Fence where DPS Employee's & Staff Deliberate Indifference shows that they beleive they ARE Above the Law & so they operate with Impunity & Arrogance. Along with the Beleif DPS Employee's & Staff are Above DPS Policy & Procedure, along with Constitutional Rights & Guarantee's. By the Attorney Generals Office, NOR Dept. of Public Safety not putting a Stop to DPS Employee's Staff's Deliberate Indifference only further Inboldings & further Strengthins these Beliefs. Jaren Kelly's – Assistant Attorney General – Response/Breif proves this Fact – along with Clarence J. DelForge III's (Special Deputy Attorney General) handling of my Habeas Corpus Case (NO: 1:19-cv-24) – in my Tort Claim – No. TA-29039 – & my Response back pointed out the FACTS only further. shows their Deliberate Indifference to what Ive said all along – sense 2019 – along with the Evidence to back it up is True, Factually Accurate Detrimental Information & any further Delay is only allowing DPS/Scotland Employee's & Staff time to show further Deliberate Indifference, further Violations & Circumvention of DPS Policy, Procedure, Medical Oaths, Oaths of Office, Law & Constitutional Rights & Guarantee's along with further Misconduct that all goes against & indanger OUR – Inmate & DPS Employee's & Staff – Health, Safety, Well Being & at time OUR Lives along with further actions of Cruel & Unuseal Conduct, Punishment & Conspiratorail Actions. These Violations, Circumventions, Misconduct, Deliberate Indifference & Conspiratorail Conduct is further Preventing & Delaying me from handling ongoing Legal Issues in the Court System & in Personal ones happening on the Streets.

6:19 PM - Still my Property hasn't been brought to me & its not a lack on my part of not trying to get someone to get it or have it brought to me. The Video Footage in C-Pod will show Each & Everytime a Tray was Offered & Not Taken each time I further Declared I was still on a Hunger Strike. I don't know what more I can do DPS Policy & Procedure wise, nor can I send a letter to the Court over this BECAUSE. I've still not been brought my Property, Legal Papers, Bible or ADDRESS Book so I can Ask the Court to help me Stop the Deliberate Indifference, Conspiratoral Conduct, Misconduct along with the Violation & Circumvention of DPS Policy, Procedure, Law & of the Constitution along with the Repeated Cover Up Efforts going on here at Scotland Correctional. I Thanked CO M^cGill for telling the Truth about me Declaring that First Tray on Thursday even tho the Computer shows no Hunger Strike be Declared. This is just another show of Deliberate Indifference & Conspiratoral Conduct against/towards me, like the stunt pulled by Sgt. Hunt on Saturday with that attempt to destract me while trying to get me to sign that paper.

June 8th 2021 - 4:19 AM, CO Holmes, Tray #14 - 10:28 AM CO Locklear, #15 - 3:29 PM, CO Locklear, #16

1:07 PM - Sgt. Wilbert Walker came & told me to pack up. I asked where was I going. Sgt. Walker said back to Tan 1. I said what Bunk that 1 thru 42 were Ground Floor, 43-84 were Top Teir & Sgt. Walker said he didn't know & walked away.

3:29 PM - I ask CO Locklear what was going on, Mrs. Locklear said what do you mean. I said Sgt. Walker told me to pack up hours ago. Mrs. Locklear said she didn't know. That all she knew was that Sgt. Walker told her to findout if I was going to accept a meal. I told Mrs. Locklear NO.

3:38 PM - CO Locklear came back & told me that Sgt. Walker said they were moving me after feeding.

3:40 PM - They came to take me to see Mrs. M^cLean - Tan Unit Shrink -. IF Mrs. M^cLean

writes in her report what Mrs. McLean SAID she was going to, it will document the "No Climbing Restriction", the refussal to take a Urin Sample yesterday which would have proven how long I have been on this Hunger Strike. The things in the Medical Records & Notes that Mrs. McLean states don't make sense over the Nonrenewal of the "No Climbing Restriction" in 2018 - compaired to the Notes of 2016 & the MRI Results & Notes renewing in 2017 & then NOT renewing between 2018 up to when it was on March 31st, 2021 & then taken on June 3rd, 2021 - & that I was trying to use DPS Policy & Procedure with the Hunger Strike to force them to Stop showing Deliberate Indifference & Conspiratvrail Conduct in their Violations & Circumventions of DPS Policy & Procedure that was going on by trying to Force, Intimidate, Threaten & Manipulate me into doing something that Could get me hurt or God forbid get me killed - Chapter B.0301 (b) "OBEY Lawful Orders", (a) "Health, Offender WILL NOT engage in Conduct which MAY BE Injurious to THEIR Health" - & the Stopping of information being Changed or Deleted from the System. Along with all the things I have explained in detail which Mrs. McLean DID take notes during those tellings. Mrs. McLean SAYS that NP Oliver, NOT Dr. Locklear Jones is the one renewed my "No Climbing Restriction" & added the "Bottom Bunk Restriction" on March 31st 2021 & it WAS NP Owen who Changed the "No Climbing Restriction" from Nov. 30th, 2021 to June 3rd, 2021 ON June 3rd, 2021.

4:06 PM - When I finished talking to Mrs. McLean, Red Unit, Unit Manager Gerald took me to Sgt. Walker & told him to take me back to my cell. On the way I asked Sgt. Walker if I was still being moved back to Tan 1 & Sgt. Walker said NO, that they had NO Bottom Bunk open on the Ground Floor. This only shows a 3rd attempt to Trick me into coming off my Hunger Strike. Like I have said in my papers before to the Court, DPS Employee's & Staff High & Low will DO, SAY & TRY anything to Trick, Force or Manipulate what they want me to

to do that CLEAR shows Conspiratoral Conduct & Deliberate Indifference to that which Violates DPS Policy, Procedure, Law & or Constitution to accomplish whatever it is they are trying to get me to do.

5:14 PM - I ask CO Locklear if she'd ask Sgt. Walker why after a week almost that Ive still not gotten my Property, Legal Papers, Bible, Hygen or Address Books? Mrs. Locklear said didn't you refuse to move. I said NO, that Sgt. Walker finally told me they still had no bottom bunk open on Tan 1. I said Sgt. Walker only told me to pack up to try to Trick me into eating & ending my Hunger Strike. CO Locklear said thats Probably why I still didn't have any of my Property.

10:19 PM - I still don't have my Property, nor Copy of my Write Up, nor that Copy from Case Manager Bagwell of my Statement on that "Investigation" paper, nor Any of my Hygen.

June 9th, 2021 - Around 2 AM CO Holmes came to my cell & said that Medical was down here to draw blood, now I thought I had dreamed this had happened around the same time last night. I told Mrs. Holmes she must have the wrong cell cause I don't take Meds. Mrs. Holmes said that the Nurse said it was me. I asked Mrs. Holmes to ask them WHY they were here to draw blood. Mrs. Holmes said the Nurse said she didn't have to tell me Why. I asked if it was because I was on a Hunger Strike. Mrs. Holmes said she didn't know. Im not letting Medical draw blood UNLESS they have a printout thats dated for that same day & WHY they are drawing it. They - DPS Employee's & Staff - have tryed to Trick me to many times so far & Im not giving them blood so they can send it to the Lab & it come back that NO MEDS are in my system & they doctor - like they have done in the System with my "No Climbing Restriction" & then with the Hunger Strike Logs - & make them look like those SO CALLED Lab results

Medical say they took - but DIDN'T - last year thats stated in my Lawsuit &
Medical makes these New Lab results stale they are the ones from LAST Year.
In the 3 Months between I started taking the Meds Dr. Stephen Scott -
UNC Spine - put me on & Medical taking the Medication - Goabapentin -
from me, NO BLOOD was drawn & Medical have NO Lab Results to show
or Prove me wrong. But yet Refuss to put me back on the Med Dr. Scott
not only renewed, but wanted me taking it 2 times - 2 pill at Lunch & 1
pill at Night Med Call - a day & also UNC Pain Management has also tryed.
Nurses aren't Suppose to & been asked by Dr. Scott & Dr. Philips - UNC
Pain Management - not to open the Copsule & pour the contents out. But they
do it anyway - Even Tho its a Time Release Pill - & pour it in the water. I drank the
water - Which numbs the Whole Mouth & Throat which cause Swolling issues - &
then I'd drink a 2nd little cup to wash it down because of the numbing
issues, Then we are made to Open our mouths to prove nothing is there.
So there is NO WAY that Med wasn't in my Blood System.

3:43 AM, CO Holmes, Tray #17 - 10:31 AM, CO Dial, #18 - 3:13 PM, CO Tate, #19

4:16 AM - CO Holmes brought me a paper. Medical is wanting me to sign saying I
refussed that Blood being drawn.. But it listed 3 or 4 Different Abbravations &
not WHAT or WHY they wanted it done. So I didn't sign it. They - the Nurses -
won't tell me WHY they want to draw blood, then put Abbravations instead of
Words. What are they - Medical - trying to HIDE? Is it another Setup like in
Sgt. Hunts Office on Sat. or Sgt. Walker yesterday? If its over the Hanger Strike,
Then why didn't they do it when I was at Main Medical on Monday? N.P.
Owen said NO to the Urin Sample on Monday. But yet going to Come wake
me up & play games around 2AM when one's brain is hardly half working &
then come back a 4:16AM & wake me up again trying to get me to sign a

paper. If Medical wanted blood, they could have gotten it right then & there on Monday instead of talking To & Around about threating me like I was the one Lieing & Faking while NP Owen talked to me like a DOG with a Attitude & Harshness. Just like DPS Employee's & Staff are Delaying me from responding back to the Court with the information asked for. DPS Employee's & Staff are Delaying me from getting other Legal Papers I need Notarized over another Legal matters because they won't bring me my Property, Legal Papers, Bible or Address Book which I REPEATEDLY have asked for + this whole Deliberate Indifference & Conspiratorial Conduct are even further delaying me from Contacting my Power of Attorney - which I was suppose to have done on June 6th, 2021 - over a Legal Matter out there in the world. Im sitting in this cell with NO Toothbrush, Toothpaste, Deodorante, nor Shampo or Conditioner, Comb or Brush, which Violates DPS Policy & Procedure - Chapter E . 2106, Bathing & Personal Hygiene - Must be Provided & Must be Met. –

7:53 AM – A Nurse came to my cell & gave me a Lecture on how this Hunger Strike can hurt my body. When she finished, I said that if DPS Employee's & Staff would STOP Violating & Circumventing DPS Policy & Procedure which could ALSO hurt my body, then I'd come off this Hunger Strike. The Nurse said, Violating Policy, then shook her head & walked away.

8:33 AM – A CO came & got me for a Sick Call. It was to see Dr. Connie Locklear Jones. Dr. Jones had Blood drawn & Urin sample taken. Dr. Jones said that was why they had come to me this morning to draw blood & NO they don't have to tell me WHY they are Drawing Blood. I ask Dr. Jones why N.P. Owen refussed to take a Urin Sample on Monday at Main Medical while I was down there. Dr. Jones didn't answer me. I informed Dr. Jones with ALL the Stunts, Violations & Circumventions that have been pulled so far starting on Thursday that I

wasn't about to fall for another attempt in tricking me into something. I told Dr. Jones I was having trouble out of my Right Leg. I was having pains between my Hip to above my Knee. Dr. Jones over looked this & stated that the Computer showed I went on the Hunger Strike on Thursday - which Contradicts what CO McGill told me - June 3rd, 2021 at Dinner Time up to Sunday, Lunch Time when it shows I ATE that Tray & Denied all Trays Sense. I said well CO McGill & the Nurses in Main Medical BOTH stated that Trays 1 thru 10 WEREN'T in the Computer & now your telling me it is & that I ATE Sunday's Lunch Tray which was Tray #9 which DPS Policy & Procedure MANDATES that ON that Tray I to be seen by a Shrink & Doctor THAT DAY. Dr. Jones states that you CAN'T go into the System & Back Date that stuff. I told Dr. Jones that the Nurses in Main Medical TOLD Capt. Covington the same thing about Trays 1 thru 10 NOT being in the System. That was Sgt. Hunts shift. Dr. Jones informed me that RALEIGH - Raleigh is the Scapegoat used for MOST DPS Policy & Procedure Violations - are the one's who changed my "No Climbing Restriction". I told Dr. Jones that RALEIGH didn't Change my Restriction in the Computer, that NP Letitia Owen did to help Tan 1 Unit Manager Tameka Smith REMOVE me from Bunk C-12 on Tan 1 & N.P. Owen changed it on June 3rd 2021 to Expire on June 3rd 2021 instead of November. 30th, 2021 that Had Been the expiration date. Dr. Jones said it was Against Policy to change a Restriction JUST to Remove someone off a bunk. I told Dr. Jones that had been the 3rd Attempt to do just that in the last MONTH & 1/2 & that Id only been on Tan1/Medium Custody that long. I asked Dr. Jones, so ya'll can just Remove a Medical Restriction, try to force a man - ME - to do something that THAT Restriction was Preventing because of a DOCUMENTED MEDICAL Issue & take the Chance & show Deliberat Indifference that a guy - ME - could get Hurt/Further Hurt or Killed. Because Ya'll - Medical Staff/Unit Manger -

WITHOUT a Medical Reason as DPS Policy & Procedure states Medical HAS TO HAVE before REMOVING or CHANGING that Restriction. Dr. Jones wouldn't answer me. But did say that RALEIGH looks at ALL Medical Restrictions when they want to send someone to a Prison & Calls that Prison & have THEM Change or Expire a Restriction so they can put the guy being shipped on that bunk. So in another words RALEIGH had my Restriction Experation Date changed to Remove me From My Bunk to put another person Coming on it? Dr. Jones didn't reply. I told Dr. Jones then that YOU SAID that was Against Policy to do & so your saying that WHEN Raleigh does it, that THEN it DOESN'T Violate DPS Policy & Procedure? Still no response. DPS Employee's & Staff keep showing further Deliberate Indifferce & Conspiratorial Conduct towards me by Doubling Down & Double Speaking to Cover Up & Dismiss the Violations/Circumvents of DPS Policy & Procedure along with the Misconduct being done Towards & Against me. Dr. Jones wouldn't answer my question on Reinstating my "No Climbing Restriction". I asked Dr. Jones then why couldn't they just have me put on a bunk in the GYM untill something could be worked out? Dr. Jones said NO because that was Quarantine. I told Dr. Jones that Tan 1, A Pod was too, but yet Sgt. Hunt tryed to put me on Tan 1, A-54 on Saturday, so whats the difference? Urin Sample shows Ive Not eaten, weight 212.4 on Thursday & now 203.0. Dr. Jones said Labwork on the Blood would be back tomarrow & She'd -Dr. Jones- come tell me the results PERSONILLY when she getts them. On my way back to my Restricted Housing cell, Red Unit Assit. Unit Manger Mrs. Jones I asked directly about my Property. Mrs. Jones said she would check on it. Just more Deliberate Indifference & Conspiratorial Conduct with NO END in sight!

10:23AM - After talking to Dr. Jones, then Assit. Unit Manager Jones. I was passed off to CO Douglas & on my way back to my cell, Write Up Dept. CO Kim

Smith - Come to findout the Kim Smith that is the one who on Dec. 2017 stated falsely & signed her name to that paper that stated that I had Refussed to Write a Statement over the Nov. 29th 2017 incident that was being investigated by CO Chaves who also signed that paper stating this Falseity. - She said she had a Write Up for me. I asked, but it isn't the one for June 3rd 2021 B25. Mrs. Smith said it was a B25 from yesterday - June 8th 2021 - Mrs. Smith said she had No Idea about one from a June 3rd 2021 Write Up. - While I was sitting in the BirdCage waiting to see Dr. Jones, I spoke to CO Richardson from the Write Up Dept & she said she had No Idea about the Write Up, Nor a Investigation paper that I'd written that Statement on, but said she would look into it for me - Mrs. Smith said it was a NEW B25 for Refussing A Bed Assignment that Sgt. Wilbert Walker had written me up for. If I am found Guilty for 1 or Both Write Ups I COULD LOSE my Approved Transfer to Caswell Correctional - which would put me not only closer to home, but 35 mins from my Kids! - & yet again will keep me here at Scotland EVEN LONGER for Another Unjustified & Baseless Conviction with NO Warrent or Merits again like it was with that A-10 Charge which is Also part of this Lawsuit that Im asking to be Overturned & OFF my Record. DPS Policy, Procedure, Mission Statement & Health-Care Treatment Philosophy - Medical Treatment, AD II-1, II (a) — States that we are to get the Medical Attention & Treatment AS IF we where on the Streets. NO DOCTOR on the streets would Remove Medical Restrictions that Would or Could Partintually put their Patient in danger or risk of getting further hurt or even the possiblity of being Killed. Nor should any of DPS Employee's, Staff & Doctors get away with it here at Scotland Correctional, nor the ones Supporting, Allowing or Covering Up their Misconduct,

Deliberate Inddifference, Conspiratorail & Unethical actions or the Bulling, Threats, Violations, Circumventions, Harassment, Intimidations & Manipulation attempts to force me into taking that Risk & the Retaliation for NOT DOING so which Violates DPS Reasonable Accommodation Policy - Chapter E.2604 (a)(1)(2)(3)(b)(c)(d)(1)(g) .2605 (a)(b)(c)(d) & Can be Denied ONLY when .2607 (c)(1)(2) -. Like I've said before many times, DPS Employee's & Staff keep Doubling Down again & again showing further Deliberate Indifference & Conspiratorail Conduct more & more that only makes things - Physically & Mentally & FEARFULLY - worse & harder on me now.

6:43 PM - It looks like DPS Employee's & Staff are further going to Deny & Deprive me of my Property, my Legal Papers, my Bible, my Hygen & my Address Books. I CAN'T write a Grievance over it because I wrote a Grievance Mrs. Hatcher - Grievance Dept - on May 18th 2021, got the DC-410 Screening Response thats dated May 19th, 2021, but Ive Not Yet seen a Step 1 Response. Thats 21 DAYS to today & I was Suppose to have gotten a Step 1 Responce no later than 6 days ago by DPS Grievance Policy & Procedure - Chapter G.0307 (f)(1) Step 1 WITHIN 15 days from date Accepted, (2) Step 2 WITHIN 20 days after Requested to Step 2 (3) Step 3 WITHIN 20 days from date of Appeal - So until a grievance makes it to Step 2, I can't sumit another grievance.

June 10th 2021 - Tray #20, CO Osonna, 4:11 AM, #21, 10:10 AM, Sgt Locklear, #22, 3:23 PM, CO Bunya 8:22 AM - Nurse done Vitals, said heart rate was up. Nurse did finger stick & came up 66. Sgt. Locklear asked if I'd accept packs of peantbutter. I said NO, that if they would Reverse Course, Undo the wrongs & circeumventions done, then I'd come off this Hunger Strike. Sgt. Locklear said, well don't give up cause no one likes a quiter. I said I won't untill y'all do & why would I, Im 7 days come Lunch Tray into this Hunger Strike. Sgt. Locklear asked if I was

serious. I said YES. Sgt. Locklear said you have more will power than him. I said ONLY when Im in the Right & it is God who has given me the Strength & Power to sustain in this Hunger Strike. At this moment I have control over me, unlike if I was on those Stairs & my Right Leg decides to give me problems & goes out. Sgt. Locklear was being funny, but all this is not a funny matter, NOR is the Deliberate Indifference, Clear Conspiratorial Conduct, NOR the DPS Policy & Procedure Violations or Circumventions NOR the Misconduct. Right now I BELIEVE over this "No Climbing Restriction" issue & the other list of matters, I believe I have a Medical Reason, Constitutional Reason & DPS Policy & Procedure Reason that back me up Legally & with this Hunger Strike & the FACTS being ALL on my side. Do you believe that Jesus' disciples went through what they did, preached what they did, suffered what they suffered & died for a lie? NO because what they preached they KNEW was the Truth & Facts. Im NO Saint & far from it, but the Point is the Same! Does the Court believe I'd go through all I have sense Jane 3rd, 2021 or all I have been through sense June 14th, 2019 when Cpt. Covington started ALL THIS 4 days after DPS foundout the Federal Court was going to hear my Habea's Corpus Case – NO: 1:19-cv-24 – over the Unwarranted & Unjust A-10 Charge I was found guilty for EVEN THO the evidence showed I was a VICTIM & Not a Willing Participant. Ive tryed to KEEP within DPS Policy & Procedure along with tryed to use DPS Policy, Procedure, Constitution & Law along with the Courts trying Exposse the Violations, Circumventions, Deliberate Indifference, Conspiratorial Conduct, Misconduct, Medical Misconduct & bring it into the open to the FULLEST Extent. During this process & Conduct I've ALWAYS let DPS Employee's & Staff LEAD & DO what they were going to do all the way to the end. I NEVER put myself in the LEAD, I ALWAYS follow

were DPS Employee's & Staff take EACH & EVER event a issue. I just give resistence in Legal & DPS Policy & Procedure ways, but NEVER Lead.

3:19 PM - I just spoke to CO Richardson - Write Up Dept. - & she said she couldn't find ANY record of the B25 Write Up from June 3rd 2021, nor a copy of that "Investigation Paper" that Mrs. Bagwell - my Case Manager - brought me & had me write that Statement on. Mrs. Richardson said maybe its a STG thing EVEN THO Im not STG - Gang Member Tag - & she really don't know what to tell me. But to just sit back & wait & see. Maybe CO Locklear - Write Up Dept. - has it.

7:33 PM - Im still being deprived of my Property, Legal Papers, Bible, Hygen & Address Books. As of June 4th, I've lost my Library Clerk Job, the Gain/Merit time & the pay that comes with it in the SAME manner & way I lost it on Nov. 29th 2017, Un-warranted & Unjustly & Without Merit.

June 11th 2021 - Tray #23, 4:14AM, CO Osonna - #24, 10:26AM, CO Wofford - #25, 3:19PM, CO McGill

11:43 AM - I just found out that DPS Policy & Procedure states that my Property is Suppose to come back here with me OR not long after - before end of Shift, giving them time to invetory it. But brought to me within the same day. Here it is 8 days & STILL NO Property. Im told that at the stage Im at in my Hunger Strike that by DPS Policy & Procedure I SHOULD HAVE already shipped to Central Prison in Raleigh. Scotland DPS Employee's & Staff WON'T do that so that NO Information will be Documented outside of Scotland Correctional, BECAUSE then Scotland Corr. Can't keep it Contained, Coverd Up, nor Corrected.

6:15PM - Dr. Locklear Jones was again today a NO SHOW. Dr. Jones was suppose to have come seen me Personally like she had said she would by Yesterday with the Results from the Blood she had drawn. I guess Dr. Jones didn't come because the Results to her I Was Not & Had Not been licing & so Dr. Jones

could not come wave that paper in my face & glot. So Dr. Jones didn't come at all. I'm still being deprived of my Property, my Legal Papers, my Bible, my Hygen & my Address Books which is Depriving & Delaying me from getting out ANY legal Mail. 8:22PM - I was just brought a charge for a B25 & I plead Not Guilty. Red Unit Assit. Unit Manager Michelle L. Jones states she Hasn't Received the B25 Write Up from June 3ʳᵈ or 4ᵗʰ 2021. Go infront of DHO monday.

June 12ᵗʰ 2021 - 2:44AM - Is when I got back from the Scotland Hospital. A CO who was in Main Medical when they took me there told me that they were going to Write Me Up for having to take me to the hospital. I had went to get up to go to the bathroom, when I took a step forward when my Right Leg - the reason for the "No Climbing Restriction" - went out on me & I woke up in Main Medical with a pain in the Middle of my Chest bone - come to find out a CO put his Knuckle there & wiggled it back & forth on that Bone/Nerves/Muscle which bring SEVERE pain During & Days After, but states like with myself brings people around Because of that pain caused - head hurting which was because of a Very Big & Nasty red & blue goose egg on my forehead - by the Lines on this paper, it was 7x7 round & 1 or so high - & the back of my head hurt with a small knot back there. There were a bunch of people standing around me when I opened my eye's & when I slightly moved my head & I felt that was going to puke & the room started spinning. There was a Code 4 called on Tan 1 & so I was wheeled straped to a strecher & gurney into a room & they - Nurses/CO's - shut the door. A Nurse came in talking junk to me saying that I was awake Before they - CO's - brought me into Main Medical BECAUSE my eye's & eye libs were flutering & yet she said your eye's are closed now & there not doing that now. So if they were doing that when the Nurse SAYS I was awake, then WHY wouldn't that be happening when they KNOW Im awake? The Nurses assessment doesn't Logically make sense. The hospital said I had a Nice -

which means BAD - Concussion, that it takes a good hit to the head to do that & put that Very nasty dark red & blue goose egg on my head. Luckly it didn't worsen that Crack that runs from my Right Eye socket up to the Middle of my fore-head. The hospital Nurse said to give it a few days & the room Spinning, Rolling or Flipping that keeps happening will stop. I don't know when or around what time it happened or when I got to Main Medical or how long I was there before they took me to the hospital. But once we got away from the other people & Nurses & CO's - that were in Main Medical, I do know that Lt. Rush, nor the 2 Transport Officers no longer Talked or Treated me like I was Faking or Lieing about anything while they got me ready to transport me to Scotland Hospital. Nor did the Transport Officers - or the Sgt. who showed up later - the whole time we were gone or even after we got back. But those Scotland Nurses & Other CO's are a different story! The guys across from me in Restricted Housing said - & later CO Holmes admitted was true after I Thanked her for what she did - that the CO's roughly shook me while I was on the floor in my cell. CO Jones told me later that he KNEW I wasn't awake BECAUSE he kicked the cell door - which he said wasn't far above my head - as hard as he could & I NEVER Flinched. The guys said the CO's somewhat roughly dropped me on my bunk - which is a Steel Bed with a THIN Mattress - with CUFFED hands & legs. Then VERY ROUGHLY kept shaking me yelling "Stop Faking", "Open Your Eyes", "We Know You Are Faking", "We Don't Have Time For This Shit", ect. They said CO Holmes kept yelling & telling the CO's that I proably past out because of that hit to my head, Look at the knot on his forehead. The guys said that CO Holmes seemed upset with what the CO's were doing to me. They said NO NURSE was called or came before they done all this & wasn't looked at by Nurses before picked up & put on Strecher. If I'm not mistaken, DPS Policy & Procedure states that Pictures are Suppose to be taken of injuries like this & worse. But none

were taken Before, nor After the hospital vist. Those pictures would have been Visible & in Living Color Evidence of how bad it was & looked. Scotland Correctional can't have that kind of Visible Evidence around after showing Deliberate Indifference & Conspiratorail Conduct. after Acting & Doing what DPS Employee's & Staff done in my cell & Main Medical along with the Deliberate Indifference shown After with Medical Nontreatment. Words came make it Seem like nothing, but Pictures or Video changes all that. I Request the Court to request the Video Footage from my Pod-CPod-in Rectrictive Housing, to Main Medical & inside Main Medical so the Court can see what I remember & what I don't know or remember. Inmates & at times WHOLE Prisons have used a Hunger Strike to shine a BRIGHT Light on Issues, Misconduct & Violations of Policy, Procedure, Laws & of Constitution. But because MANY are Violating, Circumventing, Help, Going Along & Staying Silent about these things are Taking the Light away/off these Violations & Circumventions. So its doing me no good or anyone elese any good in Continuing this Hunger Strike. After lastnights, EVEN THO it was Caused because my Right Leg gave out — is exactly WHY I got & had that "No Climbing Restriction in the first place — & caused lastnights injury. The Hunger Strike was a contribiding factor that slowed or prevented my reaction to stop or deflect the fall. Either way the Right Leg thing would have happened anyway, but I MIGHT HAVE come out not badly or at all hurt as in past accuresses is the only difference it would have been if I hadn't been on that Hunger Strike. But it Could or Would have been Worse if I had been coming down those STEEL Stairs! Im coming off this Hunger Strike at either Lunch or Dinner time. The reason Im going to wait is to see

if Capt. Covington & or Sgt Walker & or any Nurse or anyone else do or try any further Violations or Misconduct because of lastnight & me staying on the Hunger Strike. I can't allow or take any further chances of Causing the things I've tryed to Stop & Prevent along with the Whole Point of Hunger Strike in the first place.

June 12th, 2021 - Tray #26, 3:53AM, CO Jones - #27, 10:30 AM, I ate.

7:30 AM - CO came & asked me if I wanted to go to Main Medical. I said NO. I cant walk that far. They didn't offer me a wheel chair. That bump on my head & the spinning, rolling & or flipping room only makes things worse & walking harder.

7:10 PM - I'm still be Deprived of my Property, Legal Papers, Bible, Hygen & Address Books. I've been down here in Restricted Housing 9 Days.

June 13th, 2021 - Sgt. Walker told a guy on Friday who was complaining that he had Ordered a copy of the DPS Policy & Procedure Manual, but they - DPS, which is who he ordered & paid for it with - won't send it to him. Sgt. Walker told him if he'd tell him - Sgt. Walker - what he was looking for, Sgt. Walker told him he'd print it out for him & on surving those subjects.

12:46 PM - I asked CO Gibson if he'd ask Sgt. Walker if he'd printout the DPS Policy & Procedure of the following subjects - Hunger Strike, Medical Restrictions, Medical Treatment & Inmate property -

3 PM - CO Gibson was making rounds - I must have fallen asleep at some point - & I asked Mr. Gibson what Sgt. Walker said. Mr. Gibson had forgotten. So Mr. Gibson called Sgt. Walker on the radio & asked him about it. Sgt. Walker told Mr. Gibson to tell me that I had to Buy the DPS Policy & Procedure. Sgt. Walker will do it for 1, but not others or it was because it was me Period!

5:59 PM - Still no Property, Legal Papers, Bible, Hygen or Address Books. The funny

thing is that sense I've started eating, NO ONE has asked me to sign that Paper Sgt. Hunt with help tryed to trick me into signing on June 5th, 2021 or any other paper.

June 14th, 2021, 9:29 AM - Was taken to see DHO Regina R. Hampton & no surprise I was found guilty. The following is the Appeal sent to Todd E. Ishee.

"June 14th, 2021 - Regina R. Hampton informed me I had the Right to present my case & evidence. But when it came time, Mrs. Hampton refussed to allow me to clarify the Facts of the case that had been stated by her or presented to her. Mrs. Hampton stated she didn't want to hear any well prepared or well rehurssed statements. I told Mrs. Hampton that it was correct information & information with the time & CO's name that can be easily verified to back up that, that CO did come to my cell at that time, nor would she allow me to state what the question Sgt. Walker sent a CO to my cell to ask hours after Sgt. Walker had come & told me to pack up or the question I asked about being moved or the answer the CO brought back to me from Sgt. Walker which was before I went to see Mrs. McLean at 3:40PM. At the time I wrote that statement I had just come back from seeing the doctor with a head full of information to be written down or the Fact that by that time I was 17 Hunger Strike Trays in & wrote a guick statement so that I could write down info from with the ductor before I forgot anything or the Fact of what Mrs. Smith told Sgt. Walker the day she brought me to Restricted Housing. Mrs. Hampton Incorrectly states the issue is over a Bottom Bunk which takes the focus off the real issue because that Restriction is still there & still doesn't expire untill Nov. 30th 2021 just like the No Climbing Restriction had been untill June 3rd, 2021 wherein where the WHOLE issue lies & them trying to force me to climb stairs, not over the Bottom Bunk cause each place they have spoken about moving - out side June 8th, 2021

case No Place was stated or offered then - me to has been a Bottom Bunk, but either on a Top Teir or Tan 2 which is on the 2nd floor. Sgt. Walkers "Addendum Statement" states I refussed to leave because there was no Bottom Bunk a yet if Mrs. Hampton had heard me out, she would have heard the full Facts & Sgt. Walker couldn't keep his Story Straight, he would not have miss stepped & Showed his falsehood in his "Addendum Statement." Which only shows of the Violations, Circumventions attempts & of some of the Misconduct & their False Statements to try to cover up what they have done. Everything stated herein this Appeal Statement & Rundown that follows is true, correct & as informed as I can give & was written down as things happened. Video Footage will back up movements of myself, when CO's where at my cell & of Trays not taken & were declared under a Hunger Strike & anything else that the Video Footage can confirm. Unlike Mrs. Hamptons statements & of others, you can make me out to be a lier, but you can't make Video Footage out to be false."

   The rest of Page 2 to 5 is the rundown presented to the Court for June 3rd, 2021 thru June 12th, 2021. Sorry June 14th, 2021 at 4:05PM.

June 14th, 2021, 10:17AM - Case Manager R. Bagwell finally came back to see me not even 5 minutes after I got back from seeing DHO. Mrs. Bagwell had another "Investigation Paper" which is really called a "Restrictive Housing Interim Procedure Form," but Mrs. Bagwell called it a "Investigation Paper" for the New B25 & I told Mrs. Bagwell I had JUST left DHO over that charge. I asked Mrs. Bagwell what happened to her bring me Right Back a copy of the other one. Mrs. Bagwell opened her binder & handed me a copy of it. Informed Mrs. Bagwell of EVERYTHING that has

happened & all the people I have seen - Shrink, Doctor & what they said - & what just happened at DHO & of the New Violations & Circumventions of DPS Policy, Procedure & Constitution. I told Mrs. Bagwell I'd still NOT gotten my Property yet & that I'd been in Restricted Housing for 11 days now. Mrs. Bagwell said she'd go speak to Tan 1 Unit Manager Tameka Smith about my Property.

7PM - Still being Deprived of my Property, Legal Papers, Bible, Hygen & Address Books. June 15th, 2021 - 8:46 PM - Still being Deprived of my Property - all the above - June 16th, 2021, 12:54AM - CO Osonna came & woke me up to ask if Im trying to go back to Tan Unit. I said YES. Mr. Osonna said Pack Up. I said hold on, that they have tryed to trick me many times sense I've been back here in Restrictive Housing. I asked What Unit & What Bed #? Mr. Osonna said he didn't know, said they'd handle that over there. I said NO, they have tryed to trick me before. Mr. Osonna asked where I was trying to go. I said ANY bed assignment that is Ground Floor & Not Top Teir. CO Osonna said they should be good with that, said he'd be right back. When I got up to see what CO Osonna wanted, the room started spinning. When I layed back down the room started rolling. It happens when I shower, while walking, ect. Im 4 days in & its still happening.

1:08AM - CO Osonna came back & said Tan 1, C-10. So I said Okay.
1:38AM - CO Osonna came & got me & took me to the Sgt's Office to see Sgt. Bridges. Then I was taken to Tan 1, but NOT to C-10. I was PUT BACK in the SAME BUNK I had started out on, C-12. I went back to the Sgts Office & talked to Sgt. Pitman about my Property. Sgt. Pitman found it in the Storage/Property Room. My Property HAD NOT been Invetoried & still was AS I had packed it luckly. Property comes up Missing out of that room.

Come to findout, Sgt. Pitman & CO Mitchel say C-12 has been EMPTY the WHOLE Time that I was gone. Video Footage will show WHERE my Property has been the Whole time Ive been Denied & Deprived of it & the Lack of an Inventory of my Property Sheet is proof it was just Deliberate Indifferently put in a room Undocument & where like I said property in the past has come up missing from. Without that Property Paperwork, I would not have been able to show I had had any property that could have come up missing which DPS Employee's & Staff would have just said "O well, not our problem" & that would have been that. This is just further proof of further Deliberate Indifference, Conspiratorial Conduct, Violation & Circumvention of DPS Policy, Procedure & Misconduct. June 3rd 2021 thru June 16th 2021 & the New B25 with Sgt. Wibert Walkers Statement & then his Addendum Statement bring these FACTS into the Light & is DPS Documented. It also shows the Extent - Violation of DPS Policy & Procedure, ways of Retaliation, Intimidation, Treats, Harassment, Manipulation, Conspriatorail Conduct & Tactics along bwith & Through Violations of DPS Medical Policy & Procedure along with Overwhelming Misconduct.

June 21st 2021 - I was just told by a Reliable Source in DPS Employment that I was being given a heads up. I was told that Medical or Someone Upfront wanted to know WHY Im back on Tan 1, C-12 bunk. I was told to get my "No Climbing Restriction" taken care of because they will be coming for me & that bunk soon. I asked what MORE could I do then all Ive tryed to do to releave this issue. I was told to write a Grievance. I said I can't because my last one on Sheryl Hatcher - Grievance Dept. - is 30 days Past the 15 days that they have to come up with a Step 1 Response, but havent. Ive tryed talking to Dr. Connie Locklear Jones

about Resolving & Renewing my Restriction that HAS Medical Backing. I don't know what else I can do BY DPS Policy & Procedure to try if they do go through with their actions Again.

June 23rd, 2021 - My "Sick Call" appointment was at 11AM at which time I was still in the Chowhall eating & couldn't leave. So my appointment was by passed & I was not seen later. This wasn't my fault. I couldn't make the CO's let me leave, nor should appointments be made/scheduled during that time or like on Closed Custody, they still see you right after you get back or later that Same day. Spot above my Left ear is really sore today, but not a bad headache like norally accures During & for 2 days After a really, really bad headache.

June 24th 2021 - I get to go to this "Sick Call" - which is for a different issue & Not about the one from yesterday - appointment 10 minutes late because the CO told me I had to wait - this is at 2:55 PM, appointment is a 3PM - untill the Code is cleared. So Nurse Williams" gets an Attatuide with me from the start because I was late. I explained to Mrs. Williamson the full Reason I was late. Mrs. Williamson told me I was still late & so I'd have to put in Another "Sick Call" because of it. So I Again stated Why I was late. So Mrs. Williamson finally asked the CO - which the CO SHOULD have spoken up HERSELF before now - when the Code was called - which Mrs. Williamson already knew because she was Already on the Unit Doing "Sick Call" & there is a speaker outside the "Sick Call" room door & is loud & there's No Way Mrs. Williamson didn't hear it which states each announcement 2 Times, Everytime. - CO stated More Than 10 minutes ago. - so BEFORE 3PM - So still with a Attatuide told me to get on the Scale. Then read over my "Sick Call" & asked still with a Attatuide why did I put in the "Sick Call" - even tho she had just Read why I had - & I explained all the reason to Mrs. Williamson. Then Mrs. Williamson stated with even more Attatuide that I missed my appointment yesterday with P.A. Dimicco

I explained the reason why. Mrs. Williamson with EVEN MORE Attatuide stated that don't I think after a Head Tramma that I'd be smart not to miss a appointment with the doctor? - Which Elaine M. Dimicco ISN'T a doctor, shes a Physicians Assistant - I stated I tryed to do everything by DPS Policy & Procedure - which by Mrs. Williamsons Conduct & Attatuide she herself was Violating DPS Policy & Procedure - AD II - 1, II (a)(3)(6) -, Medical Statement & Health care Treatment Philosophy which is in the "Inmate/Patient Orientation Booklet for Health Services" - & I can't make CO's let me leave the Chowhall & why do they make appointments at that time? Mrs. Williamson said well don't you think it was more important not to miss the appointment with the docotor? - I don't know why most Nurses call Mrs. Dimicco a doctor when she's NOT - More so after a Head Tramma. I said I have already stated more than once WHY I missed that appointment, #2 I didn't know it was to see PA Dimicco, but that doesn't change or help me get out of the Chowhall & #3 I guess it or I was that important that they waited 12 days AFTER it happened or AFTER I had told the Nurses that had come to see me ONCE a day for 3 days straight that I was still having trouble with the room Spinning, Rolling & Flipping when I Sat Up, Layed Down, Rolled Over, Turned my head while laying down, when I Yawaned or Coughed to hard, while trying to take a Shower, ect & again the FACT I can't make CO's anymore than Nurses or PA's or Doctors do anything. I said so because of these FACTS I'm still at fault? Mrs. Williamson stated that I had to put in 3 More "Sick Calls" - which should have been only 2 - before I'd get to see the doctor.- So it will take close to a Month longer before I MIGHT get to see the doctor - Mrs. Williamson says WHY did you come down here to argue for? I said I didn't, your the one who started out with a Attatuide & kept it for no reason, & wanted to be hateful EVEN After the Facts were stated & as far as me being late & the reason Backed Up by the CO, you still kept the Attatuide & it only got worse with

it & Snippy. Mrs. Williamson told the CO to take me out of there. I told Mrs. Williamson she was Violating DPS Policy & Procedure & I'd be letting the Court know also.

4:28 PM - I talked to Case Manager R. Bagwell this morning if she had heard if or when the Notary would be coming around today. Mrs. Bagwell said someone would be around about 4 PM. So far No One has come to do it & I've been standing at the Pod window watch sense 3:30 PM. So another week I'll have to wait.

June 28th 2021, 2:43 PM - CO came & told me to pack up, that I was being moved. I asked where & the CO said she didn't know.

3:18 PM - Corridor outside Sgts. Office - Tan 1 Unit Manager Tameka Smith said she was moving me to A-64. I said that was Top Teir & I couldn't climb stairs. Mrs. Smith said yea. I said you know this is only further proof of Retaliation & further Violations to the Accommodation Policy right? Mrs. Smith said yea I know. - Mrs. Smith was being flipped & I was being serious - They - Mrs. Smith - was moving a guy in a wheelchair who is on Bunk C-30 to my Bunk C-12, but he told Unit Manager Smith he already had that kind of bunk, he NEEDED a bunk in the corner Because he had to have his wheelchair Beside him - he has No Right foot - so he can get in & out of bed & the reason he NEEDED a Corner bunk - which mine isn't - was Because it was in the way for the guy on the Top Bunk - C27 - beside him with his wheelchair on that side & in the way for C29 above him & C32 if his wheelchair was on the other side of his bunk & a Corner bunk would resolve this issue. I don't know what they did about this issue, but I do know they DIDN'T NEED my bunk to Accommodate him or anyone elese. So there was NO NEED to move me & just further shows because Mrs. Smith CHOOSE to with Deliberate Indifference with Conspiratorial Conduct to STILL move forward anyway with trying to FORCE me to Climb Stairs & goes to Show & Prove this is Exactly what it Looks & Sounds like it is No Matter how anyone trys to Look at it or trys to Spin it in words. If you DIDN'T have Green Cloths, Minimum

Custody guys on Brown Cloths, Medium Custody bunks & DPS Policy & Procedure Had Not been Violated & Circumvented on June 3rd 2021, then I Would Not be having this issue again in the first place. I wouldn't be going BACK to Restricted Housing or looking at getting Another B-25 Write Up which will make me lose my Approved Transfer to Caswell Correctional & maybe getting Busted Back to Closed Custody because of it all! There are 126 bunks on Tan 1 between the numbers of 1-42 & 63 of those bunks are Bottom Bunks. There has to be atleast one of them open. So again Tan 1 Unit Manager Tameka Smith has Violated DPS Policy & Procedure "Reasonable Accommodations for Offenders with Disabilities, Chapter E. 2603, .2604 (a)(1)(2)(3)(b)(c)(d)(1). 2605(a) (b)(c). 2607(2), Chapter B. 0301(c), Chapter A. 0707(f), Chapter F. 1605(e)(n). Sgt. Lamb takes me to Main Medical. On the way we get to where the 4 hallways meet & Lt. Locklear - now Capt. - is on Blue/Green Unit hallway by the door of the gym. Sgt. Lamb informs Lt. Locklear - now Capt. - whats going on & Lt. Locklear states, Yea he does this all the time. This was around 4PM or so on June 28th 2021. At that moment DPS Policy & Procedure Chapter B. 0205(b)(1) kicks in & it states, "The Officer In Charge should assign an Investigation Officer within 24 HOURS after being notified of the actual or suspect offender misconduct....." So we leave Lt. Locklear - now Capt. - & as we are going down the hallway Sgt. Lamb asked me why I didn't ask for a "Elevator Pass" & I told Sgt. Lamb that Scotland Correctional doesn't issue ANY "Elevator Passes" anymore than they any longer issue a 2nd Mat, Pillow or Other things they once did for Medical Issues. Sgt. Lamb said well other prisons do. I said well Scotland doesn't. When I got to Restrictive Housing Sgt. Locklear Denied me a Dinner Tray or Anything to eat EVEN THO I had not eaten yet. BUT atleast Sgt. Locklear was LESS Verbally Abusive & No Threats this time!

5:47 PM - I was finally taken from the Rec. cell & placed in A-43. The cell door is

being opened with a KEY because the door WON'T open any other way. Also they invetoried my Property this time & brought it all to me. Problem is they didn't press down hard enough for the carbon paper to transfer the written property onto my copy. Its blank. Ive still not gotten a Step 1 to Grievance #4860-2021-TIC-15474 over Sheryl Hatcher in the Grievance Dept. The DC-410 Screening Response is dated 5-19-2021. Nor have I gotten my Pink copy of the Grievance written on 6-21-2021 & put in the Grievance Box on the way to BreakFest on 6-22-2021 over the "No Climbing Restriction" & the Violations & Circumventions to DPS Policy & Procedure in those 12 days which I was advised to do by a DPS Staff member.

June 29th 2021 - Declared Hunger Strike - 3:29PM, CO Dial-Female-. I gave Pamela Locklear & William Bullard - which I sent BOTH Letters, Carbon Copies made - & Others time to change/undo what is yet again happening. But No One or Nothing has happened to do so. So again I must try to do something to try to get them to have to do something or at the least just create more paperwork on their part to show something is happening & that No One or Nothing is being done about it & that Further DPS Policy & Procedure are being Violated & Circumvented. Like I said before, I let them Start & Lead the way, while I follow with DPS Policy & Procedure resistance.

6:02 PM - CO Dial-Female- came & asked if I will go back to Tan 1. I said if its a Ground Floor bunk between 1 - 42 cause I can't climb stairs. The CO-Female-with Mrs. Dial said, he won't go & walled off.

6:05 PM - CO Dial came back & said pack up, that I was going back to Tan 1. I said where? Mrs. Dial said Tan 1. I said where cause I can't climb stairs. Mrs. Dial said, you said Ground Floor & thats where they are putting you. I said Okay, it won't take me but 2 minutes.

Around 6:40 PM - I asked CO Watts - they were in the middle of moving other guys

out – what was going on? Mr. Watts asked what did I mean. I said CO Dial told me to pack up, that I was going back to Tier 1. Mr. Watts said he didn't know.

8:31 PM – I ask CO Osanna the same question # he said that I wasn't on the list to be moved. Mr. Osanna said he hated when they done that. Said Mrs. Michelle L. Jones – Red Unit Ass't. Manager – nor Lieutenant Said anything about moving me. Contrary to DPS Policy & Procedure Chapter B.0205 (e)(3)(b)(1)(2), I've seen No Write Up, No Investigated a No Case Manager with a "Restrictive Housing Interim Procedures Form" that Mrs. R. Boswell had brought me the last time that I wrote my Statement on last time on

June 3rd, 2021 for this SAME issue by the SAME person.

June 30th, 2021 – Tray #2, 4:20AM to McCallum #3, 10:18AM, CO Dindin – #4, 3:18PM CO Wofford
CO Dindin's Female

11:44 AM – CO told me to get dressed, that I had to go to Main Medical.

12:49 PM – Video Conference with Dr. Andrea Gorchow – Ear, Nose & Throat Specialist – I wasn't taken to be seen over the dizziness from the June 11th 2021 Concussion. I was informed that this Ls NOT ONLY a Designated Medical Facility – 24 Hour –, but also a 24 Hour Mental Health Facility, so DPS/Scotland Employees & Staff had No Excuse for not having a Shrink available to see me on my 9th Hunger Strike Day on June 6th 2021 after Lunch & further makes worse that Sgt. Hunt falsified records to Circumvent that 9th Tray.

6 PM – Still not seen anyone over a B25 Write Up or any other Charge or reason to still be held here in Restrictive Housing.

7 PM – I just got a DC-410 Screwing Response for Grievance #4860-2021-JFOB-15735. Received 5-12-2021, signed by Sheryl Thatcher on 6-29-2021. I don't know what their game or attempt is, but Grievance #4860-2021-TIC-15474 against Mrs. Hatcher still hasn't been delt with & that DC-410 is dated 5-19-2021, signed by Randa.

Locklear, nor the Grievance put in the box on 6-22-2021-dated 6-21-2021-on my way to breakfast still hasn't been signed off on a Pink copy sent to me. Yet now I get this DC-410 Screening Response paper.

I looked back through my Grievances for one that has the same recieved date as listed above & found that Grievance to be #4860-2021-JPODB-15454 which Sheryl Hatcher rejected on 5-17-21 which provoted me into writting 4860-2021-TIC-15474 dated 5-18-21 stated above. So if this is 4860-2021-JPODB-15735 infact resumitted as 4860-2021-JPODB-15454. Then what happened to the 4860-2021-TIC-15474 against Mrs. Hatcher § DPS Policy & Procedure Chapter 6. 0300, .0301(b)(c)(d) .0303 -Reprisals-(a)(b), .0306 (c)(4). Which none of my Grievances fall under Section .0304 & the things stated above from Chapter 6 have not been done like DPS Policy & Procedure Mandates it should be or what they have done that Violates & Circumvents DPS Policy & Procedure which further shows Deliberate Indifference & Conspiratorail Conduct which other Grievances & Responses prove to be true & what accounts, video footage, documents & or actions show & Limits prove Have happened. These things also show & prove, Chapter 6.0307 -Time Limits-(a)(b)(c)(f)(1)(2)(3)(4)(5)(6)(g), nor .0307 -Emergency Grievances-(a)(b) &.0310 -Grievance Reveiw Procedure -all of (a)(b)(c) have not always or completely been as Mandated.

8:05 PM - 3 envelopes put in Mailbox. 1 for Pamela Locklear & 1 for William Bullard updating them on these new developments sense my June 22nd, 2021 letters & 1 to Tan 1 Unit Manager Tameka Smith requesting copies of my Property Sheets she filled out because my copy is Blank, Carbon Copies made of all 3 letters

This is all Wrong, being charged & convicted of that A-10 & all thats gone on Mentally sense Nov. 29th, 2017 to Present & was ratched up above & beyond belief sense June 2019 four days after Habeas Court took up that case &

even more so sense June 3rd 2021 has been beyond Cruel & Unuseal Punishment. Its repeatedly Victimizing & Keeping a Victim in FEAR a looking over my Shoulder a on gaurd - not because of Inmates, but because of DPS Employee's & Staff - because of their Willingness to Violate & Circumvent DPS Policy, Procedure, Law a Constitution with their Deliberate Indifference a Conspriatoral Conduct over a over a over again for what end purpose? To what end? For what DPS Policy reason, Humanatary, Legal, Constitutional reason? What are they Gaining or Accomplishing or trying to do so? How is my FURTHER a Repeated cruelty a needless suffering, fear or tourment caused towards me help DPS Employee's & Staff accomplish or gain anything? Sadly Ive never had to worry, stress or fear over any inmate daily. Sense June 14th 2019 Ive had to do so over DPS Employee's a Staff. Thats NOT how its suppose to be. Its NOT the actions from DPS Employee's & Staff that DPS Policy & Procedure Mandates. Chapter A .0201, .0202 (e)(4)(3)(f)(g), Chapter F.1605(i)(k)(n)(o)

July 1st 2021 - Tray #5, 4:10AM, CO Wamba - #6, Medical Trip, refussed Packaets, Transport Offeicers Watkins a Monroe, who also told Main Medical Nurses & Sgt. Walker. - #7, 3:34 PM, CO Wofford.

1:36 PM - Just got back from a Medical Trip to UNC Spine to see Dr. Stephen Scott who was not happy that Scotland Medical swapted out the "Voltarin prescription for one called Perrigo that Dr. Scott never heard of. Dr. Scott looked it up on the Internet a said it Wasn't what he wanted me to be using. Dr. Scott Wasn't happy that over a year Scotland Medical have kept me off Goabopentin himself & Pain Management Dr. Philips have prescribed for me. I informed Dr. Scott that if ANYTHING prescribed that was expensive & had NO Cheaper substition then they'd -Medical Staff- would not give it or give it & use a False reason to stop giving it to me like the Falsifing Alligations that

that Med didn't show up in Labwork taken, when they KNOW for a Fact NO Blood had been drawn & the Fact there is NO Labwork paperwork to back up their False Alligation. But when it is brought up, Medical only Doubles Down on it further & harder. Dr. Scott said he'd HANDLE the issue with me getting the "Voltarin" cream & back on the Goabopentin & Request again that the Time Release Capsal NOT be opened & poured into the water.

2:53 PM - Asked CO Locklear - Female - if she'd ask Mrs. Gerald if she would inspect & Sign off on my Legal Mail Brown Envelope so I can get it out in the mail tomorrow morning.

6 PM - No go with Mrs. Gerald, still No Investigator, No Write Up & No Case Manager with one of those Investigation Paper. Still No Doctor or Nurse Vist over the Spinning Room issues from the June 11th, 2021 Concussion. Vision has gotten worse Sense that Concussion happened. Sore spot above left ear not as bad as today & Still No bad headache has happened like it normaly happens when that sore spot would appear & would last 2 days after the headache stopped.

9:42 PM - at Mail call I finally got my Pinks of the 6-21-21 Grievance. Still no word back from Pamela Locklear or William Bullard.

July 2nd, 2021 - Tray #8, 3:53AM, CO Womba - #9 11:33AM Sgt Hunt - A.U.M. Jones #10, 3:35PM, & Rowdy CO Blue Sgt Hunt 3:55PM

12:19 PM - asked CO Rowdy if he'd ask Red Unit Assit. Unit Manager Michelle L. Jones if she would inspect & sign off on my Legal Mail Brown Envelope.

1:15 PM - asked CO Locklear if she'd ask R.U.A.U.M. Jones if she could inspect & Sign off on my Legal Mail. Mrs. Locklear called over the radio for Mrs. Jones & Sgt. Hunt answered instead & told Mrs. Locklear to have me sign the envelope & send it out to him unsealed. I asked Mrs. Locklear to ask Mrs. Jones directly because Sgt. Hunt Knows their AREN'T Suppose to go through Legal Mail without

me present. Mrs. Locklear said she didn't know, but would let Mrs. Jones know of my request. Chapter D. 0310(b) - Inspection - (3)(4)(6). This shows the Violation to DPS Policy & Procedure along with Sgt. Hunts Deliberate Indifference & Conspiratorial Conduct by Sgt. Hunts response to CO Locklear & the Other Violations stated about Incoming Legal Mail already opened of & from that Clearly marked letter from that lawfirm & the one from the Attorney Generals office along with the OFF & ON ones from the VA Workers Comp. Commission over that ongoing legal matter. Also there is NO Reason why the Hunger Strike Tray #9 Mandate can't be followed because today is Friday. Medical Staff, Doctors & Shrinks are all here. So there is NO Excuss that they not come see me. There isn't one Even If this was a weekend - like the last time - BECAUSE Scotland Correctimal is Officially Designated as a 24 Hour Medical & Level 3 Mental Health Facility. So Medical & Mental Health staff are suppose to be ON HAND or ON CALL 24 Hours a day, 7 days a week. If Shrinks & Doctors aren't willing to come in when Called & Needed at Night or Weekends, then Scotland shouldn't be Officially Designated as being so. ANY MORE than Medical Staff shouldn't be allowed to Override a Specialist in whatever feild that they are Quilified in WITH a College Degree backing them up IN their Diagnosis of the Medical Issue, what Treatment & Medicines along with the Restrictions Needed for that person.

3:05 PM - Sheryl Hatcher - Grievance Dept. - just brought me a Step 2 of Grievance #4860-2021-TIC-15474 which is the Grievance against Mrs. Hatcher herself. This Step 2 had Dean Locklears name on it & stated he Agreed with Step 1. Which I stated at the bottom of that paper - Step 2 - that I'd not see or received any Step 1.

5PM - As of now all Case Managers, Write Up Dept., Investigators, Shrinks, & Doctors have all gone home. So further Deliberate Indifference & Conspiratorial Conduct

along with further Violations to DPS Policy & Procedure cause these people - DPS Employee's & Staff - won't be here for the next 2 days because its the weekend. So by Monday I'll be a Tray #17 & there be No One here to have me fill out a Investigation or Write Up Statement.

8:46 PM - CO Watts states that ONLY Unit Managers could now sign off on Brown Envelopes - Legal Mail or Not - & that DPS Policy & Procedure had been Changed resently. I guess that was only done for Red Unit cause Sgt. Timmons just done it on Tan 1 on June 22nd, 2021 for me. Chapter D, D310 (b)(3) - "Legal Mail from Offenders may be inspected by Correctional Officers....." & No Notification has been given or present to show me this to be so AS DPS Policy & Procedure Mandates. Chapter A. 0101 3 (b)

July 3rd 2021 - Tray #11, 4:34AM, CO McCullum #12, 10:01AM, Sgt Locklear #13, 2:56, Sgt Locklear   Nurse at Sick Call, 2:42 CO Bush

8:19 AM - CO Harding came & asked If I was going to Sick Call. I said Yes.

8:43 AM - CO said I was going to be left for last for Sick Call because my Cell Door is broken - & was broken Before & When I was put in this cell - & cant get to open 9 out of 10 times from within the Both, so they have to get the KEY from the Control Booth BEFORE they can get my cell door opened. This puts me into a High Risk & in a Unsafe Position if a Emergency occures. Chapter F. 1605 (e), Chapter A, 0704(4) . 0707(j) are ALL being Violated along with my Health, Safety & Well Being.

9:41 AM - Video Footage will show CO's using the KEY & Myself Struggling to get my cell door opened WHILE I was in Handcuffs & not easy getting all the way out.

9:45 AM - I asked Unit Manager Gerald if she would inspect & sign off on my Brown Envelope Legal Mail. Mrs. Gerald said for me to sign the back, NOT seal it & send it out to her. I said DPS Policy & Procedure says you can't make me do that, that I HAVE to be present WHEN if is inspected & sealed. Mrs. Gerald said if its not Legal Mail that don't apply - which isn't correct -. I told Mrs. Gerald it is Legal

Mail like I said a its going to the NC Appeals Court. Mrs. Gerald finally said to let the CO look through the envelope, seal & sign it, then send it out to her. & she'll - Mrs. Gerald - sign off on it & put it in the Mailbox.

10:50 AM - Finished filling out the "Follow Up Sick Call" like the Nurse told me to do. Put it on the same 2 issues - Room still Spinning & No Climbing Restriction" - & Qouted Chapter E. 2603 (a)(2)(3) & the Fact they were using the "No Climbing Restriction" against me on the Accommodation Policy - Which as the Court can see has nothing to do with the other. DPS Policy says a History/Medical Evidence. Not HAS TO HAVE that Restriction First -.

11:49 AM - CO Pate inspected my Legal Mail Brown Envelope, watched me seal it & while I was dating it & signing, Mrs. Pate said to hold that, she'd be right back, closed the trap on the cell door & walked away.

12:46 PM - CO Pate finally came back & got that Brown Envelope Legal Mail.

July 4th, 2021 - Tray #14, 4:27 AM, Co before. Don't remember if - 15, 9:43AM, Sgt. Locklear - #16, 2:58PM, Sgt. Locklear 7:13 PM - Not one attempt to send me back to Tan 1 sense CO Dizal made that FAKE one on June 29th, 2021 at 6:02 PM. Then 8:31PM told not on the list. So no Offers to move, No Write Up, No Investigator vist, No Case Manager vist, No Doctor, No Shrink after the 9th Tray & haven't been Transported to Central Prison cause I'm 16 Trays Hunger Strike.

July 5th, 2021 - Tray #17, 4:16AM, CO Vanzink - #18, 10:20AM, CO Rowdy - #19, 3:27 PM, CO Rowdy 1:19 PM - a Male Nurse come to see me & asked If I had not been eating. I said yes, Nurse that I was 18 Trays into a Hunger Strike. The Nurse asked why. I said because this is the 2nd time they have Violated the Accommodations Policy. Nurse asked what did I mean. I said they are trying to force me to climb stairs when they know I have a Documented Medical Issue that I shouldn't be on the Top Teir or housed on the 2nd Floor - Tan 2 -. Nurse said he just wanted to be clear that I wasn't eating & why I wasn't eating. Nurse said Thank You & walked away.

2:11 PM - I was just informed by 2 Maintenance Workers that C-12 "my old bunk - IS & HAS BEEN empty ever sense I left. So again this shows Deliberate Indifference & Conspritoral Conduct that there was NO Immediate NEED or REASON to again remove me from that bunk Except for Retaliation, Intimidation, Harassment & Manipulation reasons & actions. Which Further shows the Violation, Circumvention & Disreguard for the DPS Accommodation Policy & Procedure. The treacherous are ever distrustful & very, very good at making themselves APPEAR honest, honorable & trustworthy while covering up & taking all eyes off their evil & wrong doings.

3:47 PM - I just talked to Sgt. Walker, I told him C-12 is open on Tan 1, so why don't he just send me back to Tan 1 sense I've been here sense Monday - June 28th 2021 - & gotten No Write Up, No Investigtor Vist & No Case Manager vist to have me write a Statement. Sgt. Walker smiles, then asks how do I know C-12 is open. I said Maintenance Guys from that Pod told me. Sgt. Walker said he'd see if he could let me go first, then he'd call down & see if C-12 is open & if they would put me on it. Sgt. Walker said he couldn't guarantee they'd put me on That bunk. I said I know, but could he try? Sgt. Walker said he'd call & try.

6:30 PM - No word back from Sgt. Walker or anyone elese about going back to Tan 1. No Shrink, Medical, Write Up, Investigator or Case Manager either.

8:35 PM - I gave Sgt. Jackson a note asking & explaining the same thing I did to Sgt. Walker earlier today. Sgt. Jackson asked me why I was back here. I told Sgt. Jackson cause they tryed to put me on Top Teir & I can't climb stairs. Sgt. Jackson took my note & said he'd look into it. Carbon Copy Made

11:38 PM - I just talked to Sgt Oxendine & asked if Sgt. Jackson had left already. He said Yes.

11:45 PM - I'm done with this Hunger Strike. I've proven again their Deliberate Indifference & Conspiratoral Conduct & just how far DPS Employee's & Stoff

are willing to go to Double Down, Violate, Circumvent & Disreguard DPS Policy & Procedure.

July 6th, 2021 - Tray #20 I ate.

5:24 PM - The Shrink Dr. Collins finally showed up today - 20 Trays & 4 Days late - & Tray #9 hit on Friday, July 2nd 2021 at 11:33 AM. Sgt. Walker told Dr. Collins that he was going to try to get me back to Tan 1, C-12 before he leaves tonight. I'd like to know WHEN Dr. Collins was first told about me on the Hunger Strike & Tray #9!

6:55 PM - Sgt. Oxendine is sending me back to Tan 1, A-21 - a Top Bunk, but Ground Floor - I was given a WRKF Choice, take the Top Bunk on Tan 1 OR take the Tan 2 bunk OR stay in Restricted Housing. I had NO perfect choice. I took the Top Bunk ONLY cause it keep me off the Steel Stairs & if I fall getting On or Off the Top Bunk its not far to fall & I HOPE No Injuries. Also cause it got me out of Restricted Housing so I could try to get alot more done. Sgt. Oxendine said C-12 WAS Empty, but they said I couldn't have it. Im hoping the Court doesn't judge me badly & sees I had NO TRUE CHOICE. Ive got Legal Issues need handling that I Can't handle while in Restricted Housing.

July 9th, 2021 - Code 1 - Total Lockdown of Prison - Not enough Staff to Safety run the Prison.

July 11th, 2021 - I just read a Internal Email from Scotland Correctional dated July 7th 2021 - "Subject: Programs - Please be advised that programs have started back up. Currently only A.A & N.A. are the actual programs that are available now. Once faith helpers are identified, we will resume with our religious programs. ONLY COVID Vaccinated offenders will be allowed to attend....." So Im being given a Ultimatum of either get the Vaccine - EVEN THO Vaccinated & Unvaccinated can GET & PASS covid - OR I can't go to ANY Religious

services. EVEN THO I don't take it because of the Medical Issue that COULD be worsened BECAUSE of the Vaccine, Religious Beliefs & the FACT as stated 3 lines back that Vaccinated & Unvaccinated Can Still GET & PASS covid, so whats the point? So DPS Employee's & Staff are showing Deliberate Indifference to Violating my Constitutional of Religion in Going, Being a Part & Fellowship of Religious services & the Right not to be Forced, Threated, Manipulated or Intimidated into getting Injected with Anything - including the Covid Shot - into my body just to gain Access to what has Already been Granted to me in the Constitution & by Law or be Denied because I CHOOSE Not to take the Chance of making my Health WORSE by taking a Shot that DOESN'T STOP ANYTHING. So I should not be punished or denied anything when the Vaccinated still Get & Pass Covid the Same as an Unvaccinated person, but DOESN'T get Punished or Denied, but Rewarded even tho that Fact is a Complete & True FACT.

July 12th, 2021 - Went to Follow Sick Call vist #3, but Nurse its only #2. #1 was on June 19th, 2021 - #2 on June 24th, 2021 - then today makes #3.

July 19th, 2021 - Went to Follow Up Sick Call #4 vist.

July 23rd, 2021 - I just found out by a guy who has the SAME pain I have from the Left Upper part of my Heart that feels like a Round Stake is there when it getts really bad & the Tasering that I feel at that same time going from my Heart to Under my Left arm pit & no further. I'm told that those very semptons are what is called Aorta Vascular Plumary Vessel Anurisum.

At Mailcall I got 2 papers from Medical. Dr. Connie Lucklear Jones states on one that, "No Climbing is no longer an option per DPS. You do have a bottom bunk on M.D.'s." The paper is dated 7-13-2021. The problem is they put me on a Top bunk & Dr. Jones wrote TIA 21 on the paper, so Dr. Jones clearly knows I'm Not on a

Bottom Bunk, but a Top Bunk. Paper #2 states, "Voltarn gel does not expire untill 9-1-2021. You must fill out the - I can't make out the word - refill sheet to get refills. This medicine is not a Chronic Care medicine. I have requested by U.R. to start Neurandin. Neurandin Cannot be given as a capule, it must be opened and poured into water. This is DPS Policy and Protocol." I've have NEVER been given Voltarn, so I Can't put in a refill for it. I was given Perrigo which Dr. Stephen Scott - UNC Spine Specialist - says he has never heard of & DOES NOT want me using. Dr. Jones states, "This medicine is not a Chronic Care medicine," but the Medical Records states it is Chronic Nerve Damage & this is what the Voltarn was prescribed for to help with. Dr. Jones states she has put in a UR for Neurandin - which is also called Goabopentin which is what Dr. Scott put me on last year & Medical has FALSELY stated Labwork didn't show up in my system & also the Med. that Dr. Scott & Dr. Philips - UNC Pain Management - procribed & wanted upgraded from 1 time at Bedtime, to 2 at Lunch time & 1 at Bedtime. Dr. Jones is using the Neurandin name instead of the Goabopentin name to make it Look Like its 2 different Meds., but it isn't. Also Goabopentin & Neurandin are both on the NO CRUSH list BECAUSE it's a Time Release pill & by DPS Policy its NOT to be CRUSH or OPENED - capsule - & poured out.

July 27th 2021 - 9:29AM - I was just told by my Case Manager R. Bagwell that the Prison - Scotland Corr. - has told her that she can NO LONGER make ANY copies of TORT Claim papers. Mrs. Bagwell says that the Prison says that she can SCAN those Legal Papers & SEND them off to who I want them sent off to. So again I am back to them trying to make Copies of Legal Papers & they handle them as they see fit which is Against DPS Policy & the Law. DPS Policy & Procedure doesn't allow the Prisons to OPEN or READ - incoming or outgoing - Legal Papers. So how do they Figure they can SCAN those SAME papers & do Anything with them?

July 28th, 2021 - I seen PA - not doctor - Elaine M. Dimicco today & EVEN THO I was told I had to talk to Mrs. Dimicco over the issue of being housed on a Top Bunk even tho I have a Bottom Bunk Restriction. Mrs. Dimicco states that the Ground Floor Bunks are Custody Dept. Controled, but Top Teir & 2nd floor she HAS say so over. Mrs. Dimicco also states that Just Cause I sustained a Concussion DOESN'T Mean thats why Im still having the Dizzy Spells or thats why my I started have worsing On Again, Off Again Sight issues - which as of today March 11th 2022 is even worse, Overwhelmingly Worse - that it Could be because of my Age. Mrs. Dimicco is having some Blood Test ran, Ordering an Ultra Sound on my neck vains, Put me on a Nasual Spray EVEN THO my Ear, Nose & Throat Specialist doesn't believe I didn't need it which was talked about at my last Video Confience on June 30th 2021. Mrs. Dimicco states Raleigh has gotten rid of ALL the "No Climbing Restrictions" - but can't produce a Copy of that change AS DPS Policy & Procedure Mandates - but then adds a "Climbing Step Limit of 1/2 Flight Restriction" - which will only give DPS Employee's & Staff another way to try to FORCE me to VIOLATE the Accommodation Policy instead of the "No Climbing Restriction" that Would & Should Have solved the issue in the first place - So that Contradicts the whole Removal of the "No Climbing Restriction" Mrs. Dimicco states DPS have gotten rid of. Mrs. Dimicco states I have been Approved for Goabopentin. I stated it was on the NO CRUSH List & that it was a Time Release pill. Mrs. Dimicco stated it WASN'T on the NO CRUSH list & its NOT a Time Release put a started studdering when I stated thats NOT what Dr. Scott or Dr. Philips says - that it is a Time Release pill - & when Mrs. Dimicco tryed to pull up the NO CRUSH List, she stated she couldn't find the list in the computer to show it wasn't on the list - now has one even be produced to show this as I requisted - & started studdering even worse when I stated that thats whats what the Nurses on Blue Unit Closed Custody told me or the List that was once printed - Written Out - out in Large letters showed along with other NO CRUSH List

pills that hung on the back wall. Mrs. Dimicco asked if the Nurses gave it to me whole & I said MOST Did, but not all & the ones who didn't said it didn't matter about that list. Mrs. Dimicco didn't like that answer & stated she'd have to look into that. Mrs. Dimicco ignored the questions of a CT scan or Head Injury Specialist. But maybe they will send me After these so called test are done. I asked about a Stroke because of the issues I would have that didn't completely go away or have gotten worse each time I've gotten those headache's that worse than any I've ever had in my life & the pain above my Left Ear that feels like a Wide Chizel has been stabbed into the side of my head & Still feels that way 2 to 3 days After the headache's have almost completely subsided. Mrs. Dimicco says that She Doubts I've had a Stroke. Asked if I had any Heart issues. Told her about those issues & feelings along with that I was told it was Simptoms of whats called "Aorta Vascular Plumary Vessel Anurisum". Mrs. Dimicco litterly waved that away & moved on Not Commenting on that EVEN THO it shows up in my Medical Records where I went to Sick Calls over it & got no where, so at that time in 2016 stuck with trying to get Medical Treatment over Lower Back/Left leg & Neck/Spine issues.

July 29th 2021 - I was informed by Reliable Source Higher Up DPS staff member that Tan 2 is all Custody Controled Bunks & Tan 1, Ground Floor Bunks Controled my Medical. So PA Elaine M. Dimicco showed Deliberate Indifference & Conspiratorial Conduct Yesterday when she stated what she did about that. So lets see what Dr. Connie Luckleer Jones will state if she will respond back?

8:42 PM - I got a Response to my Appeal over my B25 charge. Its the SAME Stock Form Letter as I got over the A-10 stating there is "Sufficient Evidence" that I'm guilty, but the FACTS & Evidence AGAIN shows & proves I'm not! Which further proves Deliberate Indifference, Conspiratoraal Conduct & the FACT that Monica Bond DOESN'T Investigate or Look Into the Appeal as DPS Policy & Procedure Mandates.

Aug. 2ᴺᵈ 2021 - Was suppose to start taking Goabopentin on July 27ᵗʰ 2021 & as of today its still not here for me to take.

Aug. 3ʳᵈ 2021 - Still no Goabopentin, but at Self Med call I was given Nasal Spray & Claritin pills - 30 pills - EVEN THo my Specialist Mrs. Andrea Jarchow who is A LICENCED Doctor believes & agrees I don't need either & EVEN AFTER telling PA Elaine M. Dimicco this fact STILL procribed me these things. So PHYSICIANS ASSISTANT Dimicco opinion & evaluation is more important & overrides DOCTOR Jarchow's opinion & evaluation of which Dr. Jarchow is more Knowledgeable & a more Educated in this Medical Feild & is so easily overrode & these things are forced onto me by PA Dimicco. I believe Dr. Jarchow will be AS unhappy about this AS Dr. Scott - Spine Specialist - was over the nonVoltaron Cream & the No Goabopentin pills or the fact the capsules are opened.

Aug. 5ᵗʰ 2021, 3:19 PM - ADA Butler just informed me I was Denied ADA BECAUSE I don't have enough Restrictions on my Medical Restriction Paper. I asked Mrs. Butler what the Point is in gathering my Medical Records - which I had to give consent for her to gather for the ADA Sophia Feaster in Raleigh - if they are only going to make a decision WITHOUT reading any of the Medical Records content that shows the Medical issues & shows/proves the Lack/Refussal of Medical Treatment & Restrictions NEEDED because of those Medical Issues which is the WHOLE Purpose of ADA is to Protect me Because of those Medical Issues & Disabilities.

Went to Med Call & still no Goabopentin, No Blood taken or anything elese PA Dimicco stated arreld be done.

Aug. 6ᵗʰ 2021 - Called out to Med Window. The Nurse went looking for my Med. because it showed in the computer it had been all along, but no one had seen it. Nurse said she had found in a locked cabnet - I don't know where - & found in in a place it Wasn't Suppose to be or ANY Reason to be.

Aug. 9th, 2021 - Different Nurse doing Meds tonight a when Nurse Locklear went to open the pill, I told her it was a Time Release No Crush pill a she don't it anyways, So I told Mrs. Locklear I wouldn't take it that way cause its not suppose to be opened, its a Time Release pill.

Aug. 10th, 2021, 10:40 AM - Case Manager R. Bagwell brings me 2 sheets of New Carbon paper, when I sent her 3 sheets. Mrs. Bagwell says she owes me one cause she doesn't have anymore. So they won't make anymore TORT Claim copies a yet keep showing Deliberate Indifference a Conspiratorial games when it comes to Carbon paper. Ive been able to Only get 5 sheets out of 6 sheets in the last 3 months & it took me a Month & 1/2 to get 3 of the 4 sheets I sent Mrs. Bagwell cause she says that She/Prison had NO Carbon paper. But yet I didn't have this issue when I was on Closed Custody a with Mr. Blackmon, Mrs. Bagwell states that a A-10 charge ONLY carries 10 pts. So Im sending Mrs. Bagwell a Request Form asking HOW THEN did I go from 13 pts to 32 pts. after being found guilty of that A-10 charge?

Aug. 10th, 2021 - Nurse Locklear broke open the pill again. I didn't take it.

Aug. 11th, 2021 - Was given my pill WHOLE. I took it.

Aug. 12th, 2021 - Went to Sick Call today. Nurse says I have to start ALL OVER in the process over my Lower Spine/Right Leg issues EVEN THO there is that 1 MRI, got my "No Climbing Restriction" Renewed in 2017 BECAUSE of that MRI, along with 3 sets of X-Rays done in the beginning Before that MRI was done. Med Call Nurse gave me my pill WHOLE. I took it.

Aug. 13th, 2021 - Missed Med Call because I fell asleep cause Chow wasn't even done by almost 8:30 PM!

Aug. 14th, 2021 - Nurse opened capsule again - didn't take it.

Aug 15th, 2021 - Nurse opened capsule again - didn't take it.

Aug. 16th, 2021 - Nurse left pill WHOLE - I took it.

Aug. 17th 2021 - Nurse left pill WHOLE. I took it.

Aug. 18th 2021 - 3AM, had Blood drawn & had to give Urin Sample - 34 DAYS After the July 9th 2021 paper stating Blood would be drawn because of Elevated Bilirubin levels in the June 8th 2021 lab work. Still NO TRUE Medical Treatment for the Dizzy Spells & Other issues - Headaches, Defects Off & On with Vision, Difficulty in Reading & Writting at times which is the reason why it has taken me so long to Rewrite these papers, Inability to Name people that are Around me & or Know most of my life, if not all my life, along with things & objects I know what is but can't name any of them at times, Difficulty with Balance at times outside the Lower Spine/Right Leg issue, Difficulty in Concentration & Attention alot of the time, Difficulty in Speaking words of Thoughts at times, ie slow answering questions I know the answer to but either drawing a Blank on OR finding the words to answer a simple question when the answer is as know as my own name is to me, For some reason at times I seem to Repeat fully a answer or statement before I realize I'm doing it like an echo. Difficulty with keeping certain emotions in check which pop up in a split second - not anger. Having to keep detailed notes like a journal to make sure I don't forget WHAT or WHEN something Happened or Said which is how these papers are so detailed. Its like Altimes, but not fully blown like it was with my StepGrandmother. Also at times in the Middle of a Conversation mind goes blank or can see the words in my mind. but can't get my Mouth to say them - Starting or worsing because of June 11th 2021 Concussion. Worsing Nov. 29th 2017 issues. Nurse left pill WHOLE. So I took it.

Aug. 19th 2021 - Went to Follow Up Sick Call & was told I was to see the doctor, that an appointment was already set up. Told I was now listed as Chronic &

moved to a Bottom Bunk with the Nurses & Sgt. Wiley's GUARANTEE that I'd NOT be harassed by Medical or Unit Manager Tameka Smith, nor later removed from my Bottom Bunk to try to Force me to move to Tan 2 or Top Teir. Sgt. Wiley states along with Nurse states that if Mrs. Smith or anyone elese trys, that they would be braking the Law & Policy. I said they Had - Tameka Smith & Letitia Owen - done that the last 2 times I was removed from C-12 & sent to Restricted Housing because I wouldn't go to Tan 2 or Top Teir.

Nurse said she was going to open capsule & pour in water. Didn't take it.

Aug. 20th, 2021 - Medical, NOR Sgt. Wiley moved me in the computer from A-21 to A-16. So this morning Assit. Unit Manager Sase not know put another guy in the computer on A-16. After explaining the day before's Sick Call & ALL state by the Nurse & Sgt. Wiley along with BOTH of their guarantee. stated, I was finally moved from A-21 to C-12. Again back where I started in the first place.

Will have to again talk to Dr. Stephen Scott - UNC Spine - over Med.

Aug. 21st, 2021 - No Med, was asleep & missed Med Call.

Aug. 23rd, 2021 - Again Step 1 Grievance against Sheryl Hatcher - Grievanc Dppt - has Timed Out & again Step 2 has been brought to me stating if agreed with Step 1 & again NO STEP1 has ever been brought to me, so again I stated this Fact at the bottom of the Step 2 paper. More Deliberate Indifference, more Conspiratorial Conduct, games, delays & attempts to cover up stuff. Its funny how I finally send a Request Form asking WHY I had NOT heard or gotten a Step 1 & the get something Not Long After!

Sept. 8th, 2021, 1:45AM - More Blood & Urin taken. Told the Nurse that the last time that Medical took Blood & Urin which ~~as of~~ as of Sept. 2nd, the lab results weren't even back from Aug. 18th drawn. Nurse stated those results were in fact in the computer.

Sept. 10th, 2021, around 3 PM - Case Manager R. Bagwell came & seen me. Mrs Bagwell states you get 10 pts. for the A-10 charge, then DPS gives you 7 pts. for the Institutional Violance stamp & couldn't tell me what the other 2 pts. came from. So DPS gave me Restricted Housing Punishment, then MCON Punishment, then Modified Housing Punishment - Mod. Housing by DPS Policy & Procedure I was NEVER suppose to be housed in or had to do time there - & then the Institutional Violance 3 to 5 year Punishment that prevented me from gaining my Medium Custody Status, Prevented me from getting closer to home & my Kids. All Endured & further Victimized BECAUSE of Deliberate Indifference of the Clear FACTS & EVIDENCE that proved me to be & NOT a Willing or Known Participant of the BEATING on Nov. 29th 2017.

Mrs. Bagwell says she has NO Carbon Paper at this time - yet again - to Replace the 3 Used Sheets I sent to her.

Sept. 14th, 2021 - Grievance will go out to Director of Prisons/Commissioner Todd E. Ishee tomorrow in the morning mail. Not going to Med Call any longer cause the 2 Nurses that DO NOT open the capsule haven't worked the Med. Window in a long time.

Sept. 21st, 2021 - Had Video Confrence with a Dr. Lubunmi Ifabiyi - Central Prison Specials, Spine - over my Lower Spine/Right Leg issues. Dr. Ifabiyi said she was going to set up for me a MRI & then an Appointment with Dr. Scott - UNC Spine - to go from there dealing with the issues.

Oct. 25th, 2021 - Took Blood again, this time to check Thyrod Glunse. Medical has yet to do Anything for the Head Injury thats still causing the Dizzy Spells for Over 3 Months or for the Memory, Blance, ect. issues still going on.

    Put in Fourth Circuit Court request paper for copy of 6 month

account statement in mailbox to Trust Fund to fill out.

Oct. 27th 2021 - Sent "Authorization To Release Medical Information" form to
Main Medical to have a copy of my Medical Records for my Neck/Spine
issues sent to the VA Workers Comp Commission so that I can finish up
Legal Matters that are being handled through them.

Nov. 8th 2021 - I put 2 Cards in the Mail & the Mailroom sent me little notes - as

| | |
|---|---|
| The CON System doesn't show Indigent tickets for you. You must pick up your indigent tickets from the canteen before this can be mailed out  TIC-12 | The CON System doesn't show Indigent tickets for you. You must pick up your indigent tickets from the canteen before this can be mailed out  TIC-12 |

Seen here - saying I have No Indigent Tickets left. Which means they
used those Tickets for Legal Mail I sent out which is a Different Fund
& have messed me up on Personal Mail & can't get New Tickets untill
Nov. 16th, 2021. I sent out 8 Legal Mail Envelopes. Which means this Last
Ticket I have is No Good. I sent out 7 Personal Mail under an Indigent
Ticket which would have Covered the above 2 cards which would have left
me with 1 Indigent Ticket left to be used out of the 10 I get each month.
Alot of the DPS Employee's here at Scotland Correctional have the Dimeaner
that they have little else in life but their mundane jobs here being Loud,
Overly Eager to flex Verbal Muscles & Conduct that Violates DPS Policy &
Procedure & at times Physical Muscles that also Violates DPS Policy,
Procedure, Law & Constitutional Rights & Guarantee's. These same peoples
Dimeaner say Off the job they take alot of Flack from others & So On
the job they have to show their Power & Control by their Show of Deliberate
Indifference with their Un-Needingly & Unwarrented Flack dished out for
No DPS Policy & Procedure OR any other reason that cause a Issue or makes
a Issue Worse just because they can. Like the Mailroom, in the Grievance