UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| DOUGLAS ROY SYMMES, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:22CV225 |
| NC DEPARTMENT OF PUBLIC SAFETY, et al., | ) ) ) ) |
| Defendants. | ) ) |

RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

By Order entered on October 27, 2023, Plaintiff was given 30 days to file an Amended Complaint in compliance with Federal Rules of Civil Procedure 8(a) and 10(b) and the following parameters set out in a prior Order dated February 10, 2023:

> First, [Plaintiff] must set out and number his proposed claims for relief so that the Court and the Defendants can understand which claims he intends to raise. Second, Plaintiff must also provide a brief summary, not to exceed one page in length, describing each claim and the general basis for it. Third, for each named Defendant, Plaintiff must provide a brief summary, again no longer than one page, stating in plain language how he believes that Defendant violated his rights. Finally, Plaintiff must provide supporting facts for each of his claims. He must list these facts in numbered paragraphs and divide them by claim.

At this point over 60 days have passed, more than double the time given, and Plaintiff has not filed an Amended Complaint and had not even attempted to comply with this guidance. The case cannot proceed without a proper pleading. Plaintiff was previously warned in Orders on February 10, 2023, and on March 30, 2023, that failure to comply would result in dismissal of the action without prejudice. In light of the Court's prior Orders and warnings, and in light of Plaintiff's failure to file a Complaint in compliance with the Federal Rules of Civil

Procedures and the parameters laid out by the Court, the present case should be dismissed, but without prejudice to Plaintiff filing a new Complaint in compliance with this guidance, which will be separately opened and screened.

IT IS THEREFORE RECOMMENDED that this case be dismissed, but without prejudice to Plaintiff filing a new Complaint in compliance with this guidance.

This, the 10th day of January, 2024.

/s/ Joi Elizabeth Peake
United States Magistrate Judge