IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DOUGLAS ROY SYMMES, JR.   )
                          )
        Plaintiff,        )
                          )
    v.                    )   1:22CV225
                          )
NC DEPARTMENT OF PUBLIC   )
SAFETY, et al.,           )
                          )
        Defendants.       )

ORDER

This matter is before the Court on Plaintiff's filing [Doc. #23], contending that his prior Objections have not yet been heard and that he should be given the opportunity to file a corrected Complaint. However, Plaintiff's prior Objections were overruled by Order entered on October 27, 2023. Therefore, Plaintiff had until November 27, 2023 to file a corrected Complaint consistent with the Court's guidance. In light of Plaintiff's current filing, it appears that he may not have received that Order. Therefore, the Court will direct the Clerk to send Plaintiff another copy of the Order [Doc. #17]. Plaintiff will have 30 days from the date of this Order, until June 10, 2024, to file a corrected Complaint in compliance with the prior Orders in this case. To the extent that Plaintiff continues to request copies of his prior filings with the Court in this case and in 1:19cv24 and 1:20cv887, as previously noted this request would involve printing and mailing hundreds of pages, and Plaintiff has not presented a sufficient basis to support that request.

IT IS THEREFORE ORDERED that the Clerk is directed to send Plaintiff another copy of the October 27, 2023 Order [Doc. #17], and Plaintiff has until June 10, 2024, to file

a corrected Complaint in compliance with the prior Orders in this case. If Plaintiff does so, the Complaint will be separately opened for further screening and review. IF PLAINTIFF FAILS TO DO SO, THE CASE WILL BE DISMISSED WITHOUT PREJUDICE TO PLAINTIFF FILING A NEW COMPLAINT IN COMPLIANCE WITH THIS GUIDANCE.

This, the 9th day of May, 2024.

/s/ Joi Elizabeth Peake
United States Magistrate Judge